IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. LEWIS, et al.,

      Plaintiff,                    CIV-S-03-2646 WBS KJM (GGH)

      vs.

ROBERT D. RUSSELL, et al.,

      Defendants.             ORDER
_____/

AND RELATED CROSS-CLAIMS
AND COUNTERCLAIMS.
_____/

        Three requests to lift the stay for the purpose of limited law and motion and/or discovery in accordance with the terms of the Settlement Process Order have been filed. Two have been noticed for June 23, 2005; one was not noticed. All motions and request for a lifting of the stay shall be heard on June 23, 2005. Oppositions shall be filed by June 16. No replies are necessary. The undersigned will issue an expeditious decision including a scheduling of the motion before Judge Shubb, if appropriate.

        While some discussion of the merits of the proposed motion may have to be outlined in the opposition, the purpose of the hearing before the undersigned is not to hear the merits of the motion, but rather to simply determine whether the proposed motion will not

1

1  depend upon the facts of contamination, i.e., litigating the amount, type and cause of the
2  contamination at issue.  The motion must deal with a legal claim or defense which does not
3  depend on the nature of the contamination facts.  A non-opposition to the "motion to make a
4  motion" before the undersigned carries no inference that any motion is valid on its merits.
5  DATED: 5/18/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
lewis13.ord