S. Craig Hunter, State Bar No. 125247
**GREENBERG TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA  95814-3938
Tel:  (916) 442-1111
Fax:  (916) 448-1709

Attorneys for Plaintiffs
Charles H. Lewis and Jane W. Lewis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS and JANE W. LEWIS, | Case No. **CIV. S-03-2646 WBS KJM** |
| Plaintiffs, | |
| v. | **SUBSTITUTION OF ATTORNEYS** |
| ROBERT D. RUSSELL; et al., | **ORDER APPROVING** |
| Defendants. | **SUBSTITUTION OF ATTORNEYS** |
| AND RELATED COUNTER- AND CROSS- ACTIONS. | |

Plaintiffs and counter-defendants Charles H. Lewis and Jane W. Lewis, and each of them, hereby substitute:

New Attorneys:    S. Craig Hunter
                           **GREENBERG TRAURIG, LLP**
                           1201 K Street, Suite 1100
                           Sacramento, CA  95814-3938
                           Tel: (916) 442-1111 / Fax: (916) 448-1709
                           email:  hunters@gtlaw.com

as their attorneys of record in place of:

Old Attorneys:    S. Craig Hunter
                         **LIVINGSTON & MATTESICH LAW CORPORATION**
                         1201 K Street, Suite 1100
                         Sacramento, CA  95814-3938
                         Tel: (916) 442-1111 / Fax: (916) 448-1709
                         email:  chunter@lmlaw.net

*Substitution of Attorneys*

1   The undersigned consent to the above substitution.

2

3   Dated: October 15, 2005.          /s/ Charles H. Lewis
                                      Charles H. Lewis

4
                                      /s/ Jane W. Lewis
5                                     Jane W. Lewis

6

7   The undersigned consents to the above substitution.

8   Dated: October 11, 2005.          LIVINGSTON & MATTESICH
                                      LAW CORPORATION
9

10
                                      By: /s/ S. Craig Hunter
11                                        S. Craig Hunter

12

13  The undersigned accepts the above substitution.

14  Dated: October 11, 2005.          GREENBERG TRAURIG, LLP

15

16                                    By: /s/ S. Craig Hunter
                                          S. Craig Hunter
17

18  **IT IS SO ORDERED.**

19

20  Dated:  October 20, 2005

21                                    William B. Shubb
                                      WILLIAM B. SHUBB
22                                    UNITED STATES DISTRICT JUDGE

23

24
    i:\01160-004\pleading\substty.doc
25

26

27

28

*Lewis v. Russell et al.*
United States District Court Eastern District of California.
Case No. CIV. S-03-2646 WBS KJM

### DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action.  I am an employee of Livingston & Mattesich Law Corporation, and my business address is 1201 K Street, Suite 1100, Sacramento, CA  95814.  On this day I caused to be served the following document(s):

**SUBSTITUTION OF ATTORNEYS;**
**ORDER APPROVING SUBSTITUTION OF ATTORNEYS**

☒ by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

**<u>SEE ATTACHED SERVICE LIST</u>**

☐ **BY MAIL**:  I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐ **BY PERSONAL SERVICE**:  I caused such envelope to be delivered by hand.

☐ **BY OVERNIGHT COURIER**:  I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐ **BY FACSIMILE**:  I caused such document(s) to be transmitted by facsimile transmission from (916) 448-1709 to the person(s) and facsimile transmission number(s) shown above.  The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine.  A true and correct copy of the transmission report will be attached to this proof of service after facsimile service is completed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 18, 2005, at Sacramento, California.

/s/ S. Craig Hunter

*Substitution of Attorneys*

1

SERVICE LIST

2

Dennis M. Cota                                    Attorney for Ben J. Newitt

3       Best, Best & Krieger, LLP
        400 Capitol Mall, Suite 1650

4       Sacramento, CA  95814

5       Craig A. Caldwell                                 Attorney for Workroom Supply, Inc.
        Porter Scott Weiberg & Delehant

6       PO Box 255428
        Sacramento, CA 95865

7

8       Linda M. Moroney                                  Attorney for Safety-Kleen Systems, Inc.
        Gordon & Rees, LLP                                (sued as Safety Kleen Corporation)

9       Embarcadero Center West
        275 Battery Street, Suite 2000

10      San Francisco, CA  94111

11      Jennifer Hartman King                             Attorney for City of Davis
        Erin Quinlan

12      McDonough, Holland & Allen
        555 Capitol Mall, 9th Floor

13      Sacramento, CA  95814-4692

14

15      Lee N. Smith                                      Attorney for The Davis Center, LLC,
        Stoel Rives, LLP                                  Melvin R. Stover and Emily A. Stover,
                                                          individually and as trustees of the Stover
16      770 L Street, Suite 990                           Family Trust; Stover Family Trust;
        Sacramento, CA 95814                              Richard Albert Stinchfield, individually
17                                                        and as successor trustee of the Robert S.
                                                          Stinchfield Separate Property Revocable
18                                                        Trust and as trustee of the Barbara Ellen
                                                          Stinchfield Testamentary Trust; Robert
19                                                        S. Stinchfield Separate Property
                                                          Revocable Trust, and The Barbara Ellen
20                                                        Stinchfield Testamentary Trust

21      Theodore S. Goodwin                               Attorney for Jung Hang Suh and Soo
        Law Office of Theodore S. Goodwin                 Jung Suh

22      1050 Fulton Avenue, Suite 125
        Sacramento, CA 95825

23

24      Daniel W. Smith                                   Attorney for Robert D. Russell
        Law Offices of Daniel W. Smith

25      3610 American River Drive, Suite 112
        Sacramento, CA  95864

26

27      Michael J. Thomas                                 Attorneys for Marie L. Whitcombe,
        Downey Brand, LLP                                 Individually and as Trustee of the Marie
                                                          L. Whitcombe Trust
28      555 Capitol Mall, Tenth Floor
        Sacramento, CA  95814-4686

*Substitution of Attorneys*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeffory J. Scharff
Law Offices of Jeffory J. Scharff
2625 Fair Oaks Boulevard, Suite 7
Sacramento, CA  95864
Tel     (916) 485-5882
Fax     (916) 485-5912

Attorneys for Potter Taylor & Company, and its predecessors-in-interest: Potter, Long, Adams & Taylor, Ltd.; Davis Center; Potter-Taylor, Inc.; and Potter Taylor & Scurfield, Inc.

*Substitution of Attorneys*