DENNIS M. COTA, SBN 127992
DEREK P. COLE, SBN 204250
COTA DUNCAN & COLE
2241 Douglas Boulevard, Suite 250
Roseville, CA 95661
Telephone: (916) 780-9009
Facsimile: (916) 780-9050
dcota@cotalawfirm.com

Attorneys for Defendant/Cross-Claimant, BEN J. NEWITT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS and JANE W. LEWIS,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>ROBERT D. RUSSELL; BEN J. NEWITT; the Estate of PHILLIP NEWITT, Deceased, et al.,<br><br>　　　　Defendants. | Case No. CIV S-03-2646 WBS KJM<br><br>**SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER** |
| BEN J. NEWITT,<br><br>　　　　Cross-Claimant,<br>　　v.<br><br>ROBERT D. RUSSELL; the Estate of PHILLIP NEWITT, Deceased; JUNG HANG SUH; SOO JUNG SUH; JUNK K. SEO; THE DAVIS CENTER, LLC; MELVIN R. STOVER, individually and as trustee of the Stover Family Trust; STOVER FAMILY TRUST; RICHARD ALBERT STINCHFIELD, individually and as successor trustee of the Robert S. Stinchfield Separate Property Revocable Trust, and as trustee of the Barbara Ellen Stinchfield Testamentary Trust; ROBERT S. STINCHFIELD SEPARATE PROPERTY REVOCABLE TRUST; THE BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST; WORKROOM SUPPLY, INC. a California corporation; SAFETY-KLEEN CORPORATION, a California corporation; and the CITY OF DAVIS,<br><br>　　　　Cross-Defendants. | |

THE COURT AND ALL PARTIES ARE NOTIFIED that BEN J. NEWITT makes the following substitution:

1. **Former legal representative:** Dennis M. Cota, Best Best & Krieger, 400 Capitol Mall, Suite 1650, Sacramento, California 95814; telephone (916) 325-4000.

2. **New legal representative:** Dennis M. Cota, Cota Duncan & Cole, 2241 Douglas Boulevard, Suite 250, Roseville, California 95661; telephone (916) 780-9009.

3. The party making the substitution is the Defendant and Cross-Claimant in the above and foregoing matter.

I consent to this substitution.

Dated: 2/1/07                                    /s/ Ben J. Newitt
                                                 BEN J. NEWITT

I consent to this substitution.                  BEST BEST & KRIEGER LLP

Dated: 2/2/07                                    By:/s/ Thomas R. Gibson
                                                    THOMAS R. GIBSON

I consent to this substitution.                  COTA DUNCAN & COLE

Dated: 1/29/07                                   By:/s/ Dennis M. Cota
                                                    DENNIS M. COTA

IT IS SO ORDERED

Dated: February 5, 2007

                                                 WILLIAM B. SHUBB
                                                 UNITED STATES DISTRICT JUDGE