S. Craig Hunter, CA State Bar No. 125247
Attorney At Law
PO Box 13810
San Luis Obispo, CA  93406
Tel:    (805) 544-4980
email: *craighunterlaw@sbcglobal.net*

Attorneys for Plaintiffs
Charles H. Lewis and Jane W. Lewis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS and JANE W. LEWIS,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL; et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | Case No. **CIV. S-03-2646 WBS KJM**<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br>**[Proposed]**<br>**ORDER APPROVING SUBSTITUTION** |

    Notice is hereby given that plaintiffs, cross-defendants, and cross-complainants Charles H. Lewis and Jane W. Lewis make the following substitution of attorneys:

    1.    <u>Former Attorneys of Record</u>: Greenberg Traurig, LLP (formerly Livingston & Mattesich Law Corporation), 1201 K Street, Suite 1100, Sacramento, CA 95814; telephone (916) 442-1111.

    2.    <u>New Attorney of Record</u>: S. Craig Hunter, P.O. Box 13810, San Luis Obispo, CA 93406; telephone: (805) 544-4980; email: *craighunterlaw@sbcglobal.net*.

///

///

- 1 -

Lewis Substitution of Attorney

PDF created with pdfFactory trial version www.pdffactory.com

1  We consent to the foregoing substitution.

2

3  Dated: February 22, 2007.

4  /s/ Charles H. Lewis                           /s/ Jane W. Lewis
   Charles H. Lewis                               Jane W. Lewis
5

6

7  I consent to the foregoing substitution.

8

9  Dated: February 22, 2007.            GREENBERG TRAURIG, LLP

10

11                                      By: /s/ Gene Livingston
                                            Gene Livingston
12

13

14  I accept the foregoing substitution.

15  Dated: February 22, 2007.            /s/ S. Craig Hunter
                                             S. Craig Hunter
16

17
    **IT IS SO ORDERED.**
18

19  Dated:  February 26, 2007

20

21                                      WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

- 2 -

Lewis Substitution of Attorney

PDF created with pdfFactory trial version www.pdffactory.com

*Lewis v. Russell, et al.*
USDC, EDC, Case No. CIV. S-03-2646 WBS KJM

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of Sacramento, State of California and my business address is Greenberg Traurig, LLP, 1201 K Street, Suite 1100, Sacramento, CA 95814. On this day I caused to be served the following document(s):

**1) SUBSTITUTION OF ATTORNEYS; [PROPOSED] ORDER APPROVING SUBSTITUTION**

☒  by placing ☐ the original ☒ a true copy into sealed envelopes addressed and served as follows:

**SEE ATTACHED SERVICE LIST**

☒  **BY MAIL**: I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February _____, 2007, at Sacramento, California.

Paula Jovanov

- 3 -

Lewis Substitution of Attorney

PDF created with pdfFactory trial version www.pdffactory.com

## SERVICE LIST

| | |
|---|---|
| Lee N. Smith<br>Stoel Rives, LLP<br>770 L Street, Suite 800<br>Sacramento, CA 95814<br>Tel     (916) 447-0700<br>Fax    (916) 447-4781 | Attorneys for The Davis Center, LLC, Melvin R. Stover and Emily A. Stover, individually and as trustees of the Stover Family Trust; Stover Family Trust; Richard Albert Stinchfield, individually and as successor trustee of the Robert S. Stinchfield Separate Property Revocable Trust and as trustee of the Barbara Ellen Stinchfield Testamentary Trust; Robert S. Stinchfield Separate Property Revocable Trust, and The Barbara Ellen Stinchfield Testamentary Trust |
| Jung Hang Suh and Soo Jung Suh<br>1843 Trinity Way<br>West Sacramento, CA 95691 | |
| David W. Byers<br>Joshua B. Clark<br>Law Offices of David W. Byers<br>3020 Explorer Drive, Suite 7<br>Sacramento, CA 95827<br>Tel     (916) 366-3692<br>Fax    (916) | Attorneys for Jung K. Seo |
| Dennis M. Cota<br>Best, Best & Krieger, LLP<br>400 Capitol Mall, Suite 1650<br>Sacramento, CA 95814 | Attorneys for Ben J. Newitt |
| Daniel W. Smith<br>Law Offices of Daniel W. Smith<br>3610 American River Drive, Suite 112<br>Sacramento, CA 95864<br>Tel     (916) 922-9400<br>Fax    (916) 922-0481 | Attorneys for Robert D. Russell |
| Jeffory J. Scharff<br>Law Offices of Jeffory J. Scharff<br>2625 Fair Oaks Boulevard, Suite 7<br>Sacramento, CA 95864<br>Tel     (916) 485-5882<br>Fax    (916) 485-5912 | Attorneys for Potter Taylor & Company |
| Michael J. Thomas<br>Downey Brand, LLP<br>555 Capitol Mall, Tenth Floor<br>Sacramento, CA 95814-4686 | Attorneys for Marie L. Whitcombe, Individually and as Trustee of the Marie L. Whitcombe Trust |

- 4 -

Lewis Substitution of Attorney

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | Linda M. Moroney<br>Gordon & Rees, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | Attorney for Safety-Kleen Systems, Inc.<br>(sued as Safety Kleen Corporation) |
| 5 | Craig A. Caldwell<br>Porter Scott Weiberg & Delehant<br>PO Box 255428<br>Sacramento, CA 95865<br>Tel    (916) 929-1481<br>Fax    (916) 927-3706 | Attorney for Workroom Supply, Inc. |
| 8 | Jennifer Hartman King<br>Downey Brand, LLP<br>555 Capitol Mall, Tenth Floor<br>Sacramento, CA 95814-4686 | Attorney for City of Davis |

- 5 -

Lewis Substitution of Attorney

PDF created with pdfFactory trial version www.pdffactory.com