IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. LEWIS, et al.,

        Plaintiff,                     CIV-S-03-2646 WBS KJM (GGH)

    vs.

ROBERT D. RUSSELL, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Currently pending on this court's calendar for December 13, 2007, is a status conference. Due to the inability of a party to appear on December 13, 2007, and being apprised that November 30, 2007 is a day convenient to the parties, the conference is rescheduled for November 30, 2007 at 10:00 a.m. No further rescheduling will take place. The conference will be in part a settlement conference; therefore, the parties shall appear at the conference with authority to make settlement issue determinations or they shall have present a person(s) who can make such determinations.

        IT IS SO ORDERED.

Dated: 11/9/07

                              /s/ Gregory G. Hollows
                              _____
                              UNITED STATES MAGISTRATE JUDGE

GGH:076 - lewis2646.sts