IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. LEWIS, et al.,

    Plaintiff,                    CIV-S-03-2646 WBS KJM (GGH)

    vs.

ROBERT D. RUSSELL, et al.,

    Defendants.               ORDER
_____/

AND RELATED COUNTER, CROSS
AND THIRD PARTY CLAIMS.
_____/

          All parties met on November 30, 2007, before the undersigned in status/settlement conference in the above captioned case. The purpose of the conference was to determine if and how the settlement process could continue in light of monies needed to further fund the process, and the present absence of certain parties "participating" in the process. The nonparty Regional Water Board representative also discussed the status of administrative enforcement, the status of cleanup order amendment to bring in new parties, and the likelihood of enforcement if the settlement process did not make further progress in the near future. At the end of the conference, the following was ordered of all parties who do not have a current bankruptcy stay in place:

\\\\\

1

1. No later than January 8, 2008, the parties shall telephonically or in person relate to attorney S. Craig Hunter (Lewis attorney)[1] their firm position concerning pro rata monetary participation (commencing as of that date) in the settlement process pursuant to the settlement process order; the parties are encouraged to contact each other informally prior to that date with discussions concerning this topic as necessary in order to formulate the firm position;[2]

2. On January 15, 2008 the participating parties shall file and serve (if service is not to be performed electronically) a joint statement regarding their desire to continue the settlement process as participating parties; within that joint statement the parties may breakout their positions as necessary;

3. On January 15, 2008, the parties who are not presently participating, and who do not have a bankruptcy stay in place, shall file and serve a statement regarding their desire to join as participating parties pursuant to the terms of the settlement process order;[3]

4. In their statements, the parties shall identify any possibly available insurance coverage and the status of insurance coverage;

5. Mr. Hunter shall include within the joint statement of the participating parties, the status of any party for whom a bankruptcy stay is in place.

---

[1] 670 Chorro St., Suite A, San Luis Obispo, CA, 805-544-4980, 805-547-9302(fax), e-mail: craighunterlaw@sbcglobal.net.

[2] While further pro rata funding will be prospective only, the final apportionment envisioned by the settlement process order will be based on the entirety of the case, i.e., past and future expenditures.

[3] The purpose of the prior discussion among all parties, and the giving of a firm oral position to Mr. Hunter, is to inform the parties of the willingness of each party to participate in the settlement process before the time it becomes necessary to inform the court of a party's position. A party may well want to know what another party(s) is going to do before making known its final assessment to the court. Mr. Hunter can serve as a clearinghouse for the prior discussions if the parties and Mr. Hunter desire. In any event, the firm, oral position shall be disclosed to Mr. Hunter one week before the filing of the court statement. While the undersigned will not foreclose a change in position from the time of oral statement to the filing of the written statement, any change shall only be for good cause. Gamesmanship will not be tolerated as the final written position of other parties may well be determined by the nature of the oral commitment.

After review of the statements, the undersigned will determine whether to inform Judge Shubb that the settlement process should be dissolved and full litigation resumed, whether to issue an order continuing the settlement process without further discussion, whether to require an expeditious supplemental statement, or whether another hearing is necessary on this subject. The undersigned will act expeditiously as time is of the essence.

IT IS SO ORDERED.

Dated: 11/30/07

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
lewis2646.ord3

3