IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES H. LEWIS, et al.,

      Plaintiff,                    CIV-S-03-2646 WBS KJM (GGH)

    vs.

ROBERT D. RUSSELL, et al.,

      Defendants.                <u>ORDER</u>
_____/
AND RELATED COUNTER, CROSS
AND THIRD PARTY CLAIMS.
_____/

          The court has reviewed the various statements of the parties concerning continued participation in the settlement process for this environmental case.  Regrettably, there appears to be insufficient desire to participate such that continuation of this settlement process makes sense. Therefore, on or about March 1, 2008, the undersigned will recommend to Judge Shubb that the stay in this case be dissolved and litigation recommenced.

          If within this time the intent of the non-fully participating parties to participate in the settlement process changes, the undersigned will reconsider his determination.

Dated: 01/22/08                                    /s/ Gregory G. Hollows

lewis2646.ord4                                    UNITED STATES MAGISTRATE JUDGE