1   Chad N. Dunigan, Esq. (SBN 204946)
    KOELLER, NEBEKER, CARLSON & HALUCK, LLP
2   3010 Lava Ridge Court, Ste 160
    Roseville, CA  95661
3   (916) 724-5700
    (916) 788-2850
4
    Attorney for Defendants/Cross-Complainants/
5   Third Party Plaintiffs
    THE DAVIS CENTER, LLC; EMILY STOVER;
6   individually and as Trustee of the STOVER FAMILY
    TRUST and as Personal Representative for Melvin Stover
7   (deceased); and RICHARD ALBERT STINCHFIELD,
    individually and as Trustee of the ROBERT S.
8   STINCHFIELD SEPARATE REAL PROPERTY TRUST
    and as Trustee of the BARBARA ELLEN STINCHFIELD
9   TESTAMENTARY TRUST (dissolved)

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

12

13   CHARLES H. LEWIS and JANE W. LEWIS,        **Case No. CIV S-03-2646 WBS**

14            Plaintiffs,
                                                **SUBSTITUTION OF ATTORNEYS**
15   v.

16   ROBERT D. RUSSELL; BEN J. NEWITT; et
     al.,
17
              Defendants.
18

19   THE DAVIS CENTER, LLC; MELVIN R.
     STOVER, individually and as Trustee of the
20   STOVER FAMILY TRUST; EMILY
     STOVER, individually and as Trustee of the
21   STOVER FAMILY TRUST; and RICHARD
     ALBERT STINCHFIELD, individually and
22   as Trustee of the STINCHFIELD
     SEPARATE REAL PROPERTY TRUST and
23   as Trustee of the ELLEN STINCHFIELD
     TESTAMENTARY TRUST,
24

25            Third Party Plaintiffs,

26   POTTER TAYLOR & COMPANY, a
     California corporation; POTTE, LONG,
27   ADAMS & TAYLOR, LTD., a California
     corporation; POTTER-TAYLOR, INC., a
28   California corporation, its General Partner;

                                    **1**
     **Substitution of Attorneys**                              **CIV-S-03-2646**

1   POTTER TAYLOR & SCURFIELD, INC.;
    JENSEN CORPORATION; VIC
2   MANUFACTURING COMPANY USA, a
    Minnesota corporation; and MARTIN
3   FRANCHISES, INC., a Delaware
    Corporation, and ROES 41-70,
4
                Third Party Defendants..
5

6        Defendants, Cross-Complainants, Third Party Plaintiffs, THE DAVIS CENTER, LLC;

7   EMILY STOVER; individually and as Trustee of the STOVER FAMILY TRUST and as

8   Personal Representative for Melvin Stover (deceased); and RICHARD ALBERT

9   STINCHFIELD, individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE

10  REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD

11  TESTAMENTARY TRUST (dissolved), make the following substitution of attorney:

12

13

14  Former Legal Representation:      LEE N. SMITH , ESQ. (SBN 138071)
                                      STOEL RIVES LLP
15                                    770 L Street, Suite 800
                                      Sacramento, CA  95814
16                                    (916) 447-0700 Telephone
                                      (916) 447-4781 Facsimile
17                                    lnsmith@stoel.com

18

19
                                      CHAD N. DUNIGAN, ESQ. (SBN 204946)
20  New Legal Representation:         KOELLER, NEBEKER, CARLSON & HALUCK, LLP
                                      3010 Lava Ridge Court, Ste 160
21                                    Roseville, CA  95661
                                      (916) 724-5700 Telephone
22                                    (916) 788-2850 Facsimile
                                      chad.dunigan@knchlaw.com
23

24

25

26

27

28

**Substitution of Attorneys**                                          **CIV-S-03-2646**

1  I consent to this substitution.

2  DATED: __Feb. 6_____, 2008          THE DAVIS CENTER, LLC

3

4                                        By: ____/s/_____
                                              BRETT STOVER
5

6  DATED: _____, 2008            EMILY STOVER; individually and as
                                         Trustee of the STOVER FAMILY TRUST
7                                        and as Personal Representative for Melvin
                                         Stover (deceased)
8

9                                        By: __/s/_____
                                              EMILY STOVER
10

11  DATED: _Feb. 6_____, 2008         RICHARD   ALBERT   STINCHFIELD,
                                         individually and as Trustee of the ROBERT
12                                       S.   STINCHFIELD   SEPARATE   REAL
                                         PROPERTY TRUST and as Trustee of the
13                                       BARBARA     ELLEN     STINCHFIELD
                                         TESTAMENTARY TRUST (dissolved)
14

15                                       By: _/s/_____
16                                            RICHARD ALBERT STINCHFIELD

17  I consent to this substitution.

18  DATED: _Feb. 7_____, 2008          KOELLER, NEBEKER, CARLSON &
                                         HALUCK, LLP
19

20                                       By:__/s/_____
                                         CHAD N. DUNIGAN, ESQ.
21                                       Attorney for Defendants/
                                         Cross-Complainants/
22                                       Third   Party   Plaintiffs,   THE   DAVIS
                                         CENTER,   LLC;   EMILY   STOVER;
23                                       individually and as Trustee of the STOVER
                                         FAMILY   TRUST   and   as   Personal
24                                       Representative for Melvin Stover (deceased);
                                         and RICHARD ALBERT STINCHFIELD,
25                                       individually and as Trustee of the ROBERT
                                         S.   STINCHFIELD   SEPARATE   REAL
26                                       PROPERTY TRUST and as Trustee of the
                                         BARBARA     ELLEN     STINCHFIELD
27                                       TESTAMENTARYTRUST (dissolved)

28

**3**

**Substitution of Attorneys**                                    **CIV-S-03-2646**

1

2          I consent to this substitution.

3          DATED:  _Feb. 6_____, 2008                    STOEL RIVES LLP

4

5                                                          By: _/s/_____
                                                           LEE N. SMITH, ESQ.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Substitution of Attorneys**                                        **CIV-S-03-2646**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

IT IS SO ORDERED.


DATED:   February 13, 2008

_____

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Substitution of Attorneys**                                                                                   **CIV-S-03-2646**