1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES H. LEWIS, et al.,

11          Plaintiff,              CIV-S-03-2646 WBS KJM (GGH)

12      vs.

13   ROBERT D. RUSSELL, et al.,

14          Defendants.            ORDER
                            /
15
     AND RELATED COUNTER, CROSS
16   AND THIRD PARTY CLAIMS.
                            /
17

18          By order of April 14, 2005, litigation in the case was stayed in lieu of a complex

19   settlement process.  The parties undertook to settle the case in phases.  However, after much

20   good work has been done, including an investigation and joint remediation efforts, the

21   undersigned regrets to inform the district judge that the process has broken down with little or no

22   prospect of being successfully reinvigorated.  The parties, including those who were not

23   denominated "participating parties," have irreconcilable differences about the propriety, source

24   and amounts of funding for the settlement process which makes continuation of the settlement

25   process infeasible.

26   \\\\\

1

Counsel for the parties shall meet and confer, and forthwith contact Judge Shubb's clerk with a request to schedule a joint status conference.

Dated: 03/28/08

/s/ Gregory G. Hollows

_____

UNITED STATES MAGISTRATE JUDGE

lewis2646.ord5