S. Craig Hunter, CA State Bar No. 125247
Attorney At Law
PO Box 13810
San Luis Obispo, CA  93406
Tel:    (805) 544-4980
email: *craighunterlaw@sbcglobal.net*

Attorneys for Plaintiffs
Charles H. Lewis and Jane W. Lewis

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS and JANE W. LEWIS, | Case No. **CIV. S-03-2646 WBS KJM** |
| Plaintiffs, | **STIPULATION REQUESTING JOINT STATUS CONFERENCE** |
| v. | |
| ROBERT D. RUSSELL; et al., | *** ~~*Proposed*~~ *** **ORDER FOR JOINT STATUS CONFERENCE** |
| Defendants. | |
| AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | |

Pursuant to the Order of Magistrate Judge Gregory G. Hollows, issued in the above-entitled action on March 28, 2008, the parties hereto hereby stipulate to and request that a joint status conference be scheduled in the above-entitled action on June 30, 2008, at 2:00 p.m.

Respectfully submitted,

Dated: April 8, 2008.          /s/ S. Craig Hunter
                               S. Craig Hunter
                               Attorney for Plaintiffs
                               Charles H. Lewis and Jane W. Lewis

[SIGNATURES CONTINUED ON NEXT PAGE]

1     Dated: April _____, 2008.       KOELLER NEBEKER CARLSON & HALUCK, LLP

2

3                                    By: _____

                                         Chad N. Dunigan

4                                    Attorneys for The Davis Center, LLC; Emily A. Stover, Individually, as Personal Representative for Melvin R. Stover, Deceased, and as Trustee of the Stover Family Trust; Stover Family Trust; Richard Albert Stinchfield, Individually and as Successor Trustee of the Robert S. Stinchfield Separate Property Revocable Trust; Robert S. Stinchfield Separate Property Revocable Trust

5

6

7

8     Dated: April _____, 2008.       LAW OFFICES OF JEFFORY J. SCHARFF

9

10                                    By: _____

                                         Jeffory J. Scharff

11                                    Attorneys for Potter Taylor & Company, and its predecessors-in-interest: Potter, Long, Adams & Taylor, Ltd.; Davis Center; Potter-Taylor, Inc.; and Potter Taylor & Scurfield, Inc.

12

13

14     Dated: April 8, 2008.            DOWNEY BRAND, LLP

15                                    By: /s/ Gregory T. Broderick

                                         Gregory T. Broderick

16                                    Attorneys for the City of Davis

17     Dated: April 10, 2008.         DOWNEY BRAND, LLP

18

19                                    By: /s/ Michael J. Thomas

                                         Michael J. Thomas

20                                    Attorneys for Marie L. Whitcombe (Deceased)

21

22     Dated: April _____, 2008.       _____

                                         Jung Hang Suh, Pro se Defendant

23                                    _____

24                                    Soo Jung Suh, Pro se Defendant

25

26     Dated: April _____, 2008.       _____

                                         Jung K. Seo, Pro se Defendant

27

28                         [SIGNATURES CONTINUED ON NEXT PAGE]

- 2 -

| | | |
|---|---|---|
| 1 | Dated: April _____, 2008. | COTA DUNCAN & COLE |
| 2 | | |
| 3 | | By: _____ |
| | | Dennis M. Cota |
| 4 | | Attorneys for Ben J. Newitt |
| 5 | Dated: April _____, 2008. | LAW OFFICES OF DANIEL W. SMITH |
| 6 | | |
| 7 | | By: _____ |
| | | Daniel W. Smith |
| 8 | | Attorneys for Robert D. Russell, Deceased |
| | | and Irene Russell |
| 9 | | |
| 10 | Dated: April 9, 2008. | PORTER SCOTT WEIBERG & DELEHANT |
| 11 | | By: /s/ Matthew R. Day |
| | | Matthew R. Day |
| 12 | | Attorneys for Workroom Supply, Inc. |
| 13 | | |
| 14 | Dated: April 8, 2008. | GORDON & REES, LLP |
| 15 | | By: /s/ Bethany A. Stahley |
| | | Bethany A. Stahley |
| 16 | | Attorneys for Safety-Kleen Systems, Inc., |
| 17 | | sued as Safety-Kleen Corporation |
| 18 | Dated: April 8, 2008. | GORDON & REES, LLP |
| 19 | | |
| 20 | | By: /s/ Kristin N. Reyna |
| | | Kristin N. Reyna |
| 21 | | Attorneys for Martin Franchises Inc. |
| | | aka/dba Martinizing Dry Cleaning |
| 22 | | |
| 23 | Dated: April 8, 2008. | PETERSON WEYAND MARTIN, LLP |
| 24 | | By: /s/ Paul P. DeAngelis |
| | | Paul P. DeAngelis |
| 25 | | Attorneys for Vic Manufacturing Company |
| 26 | | |
| 27 | | |
| 28 | | |

- 3 -

1

### ORDER

2       The Court having reviewed the foregoing Stipulation Requesting Joint Status

3  Conference, and good cause appearing therefor,

4

5       **IT IS HEREBY ORDERED** that a Joint Status Conference is ordered for June 30,

6  2008, at 2:00 p.m., in Courtroom 5, 14th Floor, 501 "I" Street, Sacramento, California.  The

7  parties shall file a Joint Status Scheduling Report no later than June 16, 2008.

8

9

10  Dated:  April 16, 2008

11

12                          WILLIAM B. SHUBB
                             UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Joint Status Conference; Order

*Lewis v. Russell, et al.*
United States District Court, Eastern District of California Case No. CIV. S-03-2646 WBS KJM

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action.  I am employed in the County of San Luis Obispo, State of California and my business address is PO Box 13810, San Luis Obispo, CA 93406.  On this day I caused to be served the following document(s):

**STIPULATION REQUESTING JOINT STATUS CONFERENCE;**
***Proposed* ORDER FOR JOINT STATUS CONFERENCE**

☒   by placing ☐ the original ☒ a true copy into sealed envelope(s) addressed and served as follows:

**SEE ATTACHED SERVICE LIST**

☒   **BY MAIL**:  I deposited such envelope(s), postage prepaid, with the U.S. Postal Service at San Luis Obispo, California.

☐   **BY PERSONAL SERVICE**:  I caused such envelope(s) to be delivered by hand.

☐   **BY OVERNIGHT COURIER**:  I caused such envelope(s) to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐   **BY FACSIMILE**:  I caused such document(s) to be transmitted by facsimile transmission from (805) 547-9803 to the person(s) and facsimile transmission number(s) shown above.  The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine.  A true and correct copy of the transmission report will be attached to this proof of service after facsimile service is completed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 11, 2008, at San Luis Obispo, California.


/s/ S. Craig Hunter
S. Craig Hunter

Stipulation for Joint Status Conference; Order

1

<u>SERVICE LIST</u>

2

Jung Hang Suh and Soo Jung Suh          Unrepresented Defendants
1843 Trinity Way

3

West Sacramento, CA  95691

4

5

Jung K. Seo                             Unrepresented Defendant
3539 Bradshaw Road, Suite B-265

6

Sacramento, CA  95827

7

8

Alex M. Weyand                          Attorneys for Defendant Vic Manufacturing
Peterson Weyand Martin LLP              Company
49 Stevenson St., 10th Floor

9

San Francisco, CA 94105
Tel      (415) 399-2900

10

Fax      (415) 399-2930

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Joint Status Conference; Order