**UNITED STATES DISTRICT COURT**

**EASTERN  DISTRICT OF CALIFORNIA**

----ooOoo----

| | |
|---|---|
| CHARLES H.  LEWIS, et al., ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:03CV2646 WBS KJM |
| v. ) | |
| ) | **\*\*AMENDED** ORDER RESETTING |
| ROBERT D.  RUSSELL, et al., ) | STATUS (PRETRIAL |
| ) | SCHEDULING) CONFERENCE |
| Defendants. ) | |
| _____) | |

----ooOoo----

This action has been assigned to the undersigned judge. Pursuant to the provisions of Federal Rule of Civil Procedure 16, IT IS ORDERED that:

1.  The Status (pretrial scheduling) Conference is reset for **August 11, 2008  at 02:00 PM**, before the undersigned judge in Courtroom No. 5.

2.  Pursuant to Local Rule 16-240, the parties shall submit to the court an **amended** JOINT Status Report **fourteen (14) calendar days** prior to the hearing date, which shall contain:

(a) brief summary of the claims;

1        (b) a statement as to the status of service upon all

2   defendants and cross defendants;

3        (c) a statement as to the possible joinder of

4   additional parties;

5        (d) any contemplated amendments to the pleadings;

6        (e) the statutory basis of jurisdiction and venue;

7        (f) a written report outlining the proposed discovery

8   plan required by Fed. R. Civ. P. 26(f).

9        (g) a proposed cut-off date by which all discovery

10  shall be concluded;

11       (h) a proposed date by which all motions shall be filed

12  and heard;

13       (i) any proposed modifications of standard pretrial

14  proceedings due to the special nature of the action;

15       (j) the estimated length of trial;

16       (k) a statement as to whether the case is related to

17  any other case, including any matters in bankruptcy;

18       (l) any other matters discussed in Local Rule 16-240

19  that may add to the just and expeditious disposition of this

20  matter.

21       3.   Concurrently with the service of process, or as soon

22  thereafter as possible, plaintiff shall serve upon each of the

23  parties named in the complaint, and upon all parties subsequently

24  joined, a copy of this order, and shall file with the clerk a

25  certificate reflecting such service.

26       4.   In the event this action was originally filed in a state

27  court and was thereafter removed to this court, the removing

28                                  2

1  party or parties shall immediately following such removal, serve

2  upon each of the other parties and upon all parties subsequently

3  joined a copy of this order, and shall file with the clerk a

4  certificate reflecting such service.

5      5.  All parties to the action shall appear by counsel (or in

6  person if acting without counsel).  A FAILURE TO APPEAR AT THE

7  APPROPRIATE TIME WILL BE TREATED AS A FAILURE TO APPEAR AND MAY

8  SUBJECT COUNSEL TO SANCTIONS.

9      **6.  In order to assist the court in meeting its recusal

10 responsibilities, any non-governmental corporate party to this

11 action shall submit a statement identifying all its parent and

12 subsidiary corporations and listing any publicly held company

13 that owns 10% or more of the party's stock.  Such statements

14 shall be included in the parties' Joint Status Report.  If any

15 non-governmental corporate party has no parent or subsidiary

16 corporations or no publicly held companies owning 10% or more of

17 its stock, it shall so state in the Joint Status Report.  **Failure

18 to comply with the foregoing requirements of this paragraph will

19 result in the Joint Status Report being stricken and such other

20 sanctions as may be appropriate**.  Thereafter, if there is any

21 change in the information, the party shall file and serve a

22 supplemental statement within a reasonable time after such change

23 occurs.

24     7.  In appropriate cases, and after receiving the parties'

25 joint status report, the court may issue a Status (Pretrial

26 Scheduling) Order without requiring a status conference.  Unless

27 the parties have received such an order prior to the status

28                                3

1  conference, the parties are required to attend the status

2  conference as scheduled.

3

4  DATE: June 26, 2008

5                                    WILLIAM B.  SHUBB
                                     UNITED STATES DISTRICT JUDGE
6

7                                    by: K.  Kirksey Smith
                                         Courtroom Deputy Clerk
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                   4