S. Craig Hunter, CA State Bar No. 125247
Attorney At Law
PO Box 13810
San Luis Obispo, CA  93406
Tel:     (805) 544-4980
email: *craighunterlaw@sbcglobal.net*

Attorneys for Plaintiffs
Charles H. Lewis and Jane W. Lewis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS and JANE W. LEWIS,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL; et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | Case No. **CIV. S-03-2646 WBS KJM**<br><br>**PLAINTIFF LEWIS' EX PARTE APPLICATION FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE; S. CRAIG HUNTER DECLARATION**<br><br>*** *Proposed* ***<br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Plaintiffs Charles H. Lewis and Jane W. Lewis respectfully submit this ex parte application to the Court for an order continuing the Status (Pretrial Scheduling) Conference presently set in the above-entitled action for August 11, 2008, at 2:00 p.m., in Courtroom 5, 14th Floor, 501 "I" Street, Sacramento, California.

A.      **Pertinent Procedural History.**

On March 28, 2008, Magistrate Judge Gregory G. Hollows issued an order directing the parties hereto to submit to the Court a stipulation and request for a joint status conference. Pursuant to Judge Hollows' order, on April 11, 2008, the parties submitted their Stipulation Requesting Joint Status Conference, asking that a status conference be scheduled in the above-entitled action for June 30, 2008, at 2:00 p.m.

- 1 -

1   On April 17, 2008, the Court issued its Order scheduling a Joint Status Conference for June 30, 2008, at 2:00 p.m., in Courtroom 5, 14th Floor, 501 "I" Street, Sacramento, California.

On June 26, 2008, the Court issued its Order Resetting Status (Pretrial Scheduling) Conference for August 11, 2008, at 2:00 p.m., in Courtroom 5.

**B.    Request for Continuance of August 11, 2008 Status (Pretrial Scheduling) Conference.**

Plaintiffs' counsel of record, S. Craig Hunter, has an unreconcilable conflict on August 11, 2008. On August 11, 2008, plaintiffs' counsel will be on the Island of Kauai, Hawaii, where he will be attending his older daughter's wedding. Plaintiffs' counsel will be in Hawaii from August 4 through 14, 2008. As a result, plaintiffs' counsel is not available on August 11, 2008 for the presently scheduled Status (Pretrial Scheduling) Conference.

Plaintiffs' counsel has represented plaintiffs in connection with the Lewis Cleaners site investigation since 1999, and as plaintiffs' attorney of record in the above-entitled action since its inception in late 2003.

Plaintiffs' counsel is a solo practitioner, and has no one able to attend the Status (Pretrial Scheduling) Conference on behalf of plaintiffs in his absence.

For the foregoing reasons, plaintiffs respectfully request that the Status (Pretrial Scheduling) Conference, presently set for August 11, 2008, be re-set for a later date.

Respectfully submitted,

Dated: July 1, 2008.

/s/ S. Craig Hunter
S. Craig Hunter
Attorney for Plaintiffs
Charles H. Lewis and Jane W. Lewis

- 2 -

Plaintiff Application for Continuance of Status (Pretrial Scheduling) Conference; Proposed Order

**DECLARATION OF S. CRAIG HUNTER
IN SUPPORT OF PLAINTIFF LEWIS' EX PARTE APPLICATION
FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE**

I, S. Craig Hunter, declare as follows:

1. I am an attorney duly admitted to practice before the United States District Court, Eastern District of California. I am the attorney of record for Charles H. Lewis and Jane W. Lewis, the plaintiffs in the above-entitled action. I make this declaration of my own knowledge and, if called as a witness, could testify competently hereto.

2. On August 11, 2008, I will be on the Island of Kauai, Hawaii, where I will be attending my older daughter's wedding. I will be in Hawaii from August 4 through 14, 2008. As a result, I am not available on August 11, 2008 for the Status (Pretrial Scheduling) Conference presently set for that date.

3. I have represented plaintiffs in connection with the Lewis Cleaners site investigation since 1999, and as plaintiffs' attorney of record in the above-entitled action since its inception in late 2003.

4. I am a solo practitioner. I have no one able to attend the status conference on behalf of plaintiffs in my absence.

5. For the foregoing reasons, I respectfully request that the Status (Pretrial Scheduling) Conference, presently set for August 11, 2008, be re-set for a later date.

This declaration is made under penalty of perjury under the laws of the State of California. This declaration is executed at San Luis Obispo, California, on the date set out below.

Dated: July 1, 2008.

/s/ S. Craig Hunter
S. Craig Hunter

**ORDER CONTINUING STATUS
(PRETRIAL SCHEDULING) CONFERENCE**

The Court having reviewed the foregoing Ex Parte Application of Plaintiffs Charles H. Lewis and Jane W. Lewis for Continuance of Status (Pretrial Scheduling) Conference and the supporting declaration of S. Craig Hunter, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Status (Pretrial Scheduling) Conference, presently set for August 11, 2008, is ordered continued to **September 8, 2008 at 2:00 p.m.**, in Courtroom 5, 14th Floor, 501 "I" Street, Sacramento, California.

Dated: July 8, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

*Lewis v. Russell, et al.*
United States District Court, Eastern District of California Case No. CIV. S-03-2646 WBS KJM

**DECLARATION OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of San Luis Obispo, State of California and my business address is PO Box 13810, San Luis Obispo, CA 93406. On this day I caused to be served the following document(s):

1) **PLAINTIFF LEWIS' EX PARTE APPLICATION FOR CONTINUANCE OF STATUS (PRETRIAL SCHEDULING) CONFERENCE; S. CRAIG HUNTER DECLARATION; *Proposed* ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE**

☒ by placing ☐ the original ☒ a true copy into sealed envelope(s) addressed and served as follows:

Jung Hang Suh and Soo Jung Suh          Unrepresented Defendants
1843 Trinity Way
West Sacramento, CA  95691

Jung K. Seo          Unrepresented Defendant
3539 Bradshaw Road, Suite B-265
Sacramento, CA  95827

☒ **BY MAIL**: I deposited such envelope(s), postage prepaid, with the U.S. Postal Service at San Luis Obispo, California.

☐ **BY PERSONAL SERVICE**: I caused such envelope(s) to be delivered by hand.

☐ **BY OVERNIGHT COURIER**: I caused such envelope(s) to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐ **BY FACSIMILE**: I caused such document(s) to be transmitted by facsimile transmission from (805) 547-9803 to the person(s) and facsimile transmission number(s) shown above. The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine. A true and correct copy of the transmission report will be attached to this proof of service after facsimile service is completed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 1, 2008, at Davis, California.

/s/ S. Craig Hunter
S. Craig Hunter

Plaintiff Application for Continuance of Status (Pretrial Scheduling) Conference; Proposed Order