1
S. Craig Hunter, CA State Bar No. 125247
Attorney At Law
2
PO Box 13810
San Luis Obispo, CA  93406
3
Tel:    (805) 544-4980
email: *craighunterlaw@sbcglobal.net*
4

5
Attorneys for Plaintiffs
Charles H. Lewis and Jane W. Lewis
6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES H. LEWIS and JANE W. LEWIS,    )   Case No. **CIV. S-03-2646 WBS KJM**
                                            )
12          Plaintiffs,                     )
                                            )
13   v.                                     )        **STIPULATION AND EX PARTE**
                                            )       **APPLICATION FOR ORDER**
14   ROBERT D. RUSSELL; et al.,             )   **DISSOLVING STAY OF LITIGATION**
                                            )      **AND REQUIRING RULE 26a**
15          Defendants.                     )            **DISCLOSURES**
     ───────────────────────────────────── )
16                                          )        *** *Proposed* ***
     AND RELATED COUNTER, CROSS AND         )   **ORDER DISSOLVING STAY AND**
17   THIRD PARTY CLAIMS.                     )  **REQUIRING RULE 26a DISCLOSURES**
     ───────────────────────────────────── )
18

19          The parties hereto, through their respective counsel of record, do hereby stipulate and

20   apply to the above-entitled Court for an order dissolving the stay of litigation in above-entitled

21   case imposed by the Court's April 14, 2005 Order of Settlement Process and requiring initial

22   and/or supplemental Rule 26a disclosures.

23   **A.      Pertinent Procedural History.**

24          On April 14, 2005, in order to facilitate the mediation process in the instant action, the

25   Court issued its Order of Settlement Process.  Among other things, the Order stated:

26          The ordering of this settlement process will result in a continued stay of litigation
            proceedings except for administrative matters and the discrete motions identified
27          above.  The time parameters of the stay will depend upon the time necessary for the
            expert to perform investigation and report as well as the continued ability of the
28          parties to agree on events associated with Stages II and III of the Settlement Process.

- 1 -

1   Reluctantly, Magistrate Judge Gregory G. Hollows, who was appointed by this Court

2   to mediate the issues in controversy between and among the parties to the above-entitled

3   action, determined that the mediation efforts had run their course without a successful

4   resolution of the action and that the stay of litigation imposed by the Order of Settlement

5   Process should be dissolved and the litigation recommenced (see Judge Hollows' January 22,

6   2008 order; Exhibit A hereto).  Accordingly, on March 28, 2008, Judge Hollows issued an

7   order directing the parties submit to the Court a request that a status conference be scheduled

8   (see Judge Hollows' March 28, 2008 order; Exhibit B hereto).

9   Pursuant to Judge Hollows' March 28, 2008 order, on April 11, 2008, the parties

10  submitted their Stipulation Requesting Joint Status Conference, asking that a status

11  conference be scheduled in the above-entitled action.  In response to the parties' request, the

12  Court scheduled a status (pretrial scheduling) conference, ultimately rescheduling that

13  conference for September 8, 2008.

14  On September 4, 2008, *sua sponte*, the Court continued the status (pretrial scheduling)

15  conference to April 6, 2009.  However, the Court did not dissolve the stay of litigation

16  imposed by the Order of Settlement Process.

17

18  **B.**      **Stipulation and Application for Order Dissolving Litigation Stay.**

19  The parties hereto do stipulate to, and respectively request that the Court issue, an

20  order dissolving the litigation stay imposed by the Order of Settlement Process.

21  The parties hereto also do stipulate to, and respectively request that the Court issue,

22  an order consistent with the parties' Amended Joint Status Report, filed on August 25, 2008,

23  requiring that, within sixty (60) days following the Court's order, Rule 26(a)(1) initial

24  disclosures be made (to the extent not already made) and that, as to those parties already

25  having made an initial disclosure, supplemental disclosures be made, as appropriate,

26  pertaining to the new claims made against recently named defendants Martin Franchises Inc.

27  and Vic Manufacturing Company.

28  ///

- 2 -

1    Respectfully submitted,

2    Dated: September 12, 2008.          /s/ S. Craig Hunter
                                         S. Craig Hunter
3                                        Attorney for Plaintiffs
                                         Charles H. Lewis and Jane W. Lewis
4

5    Dated: September 12, 2008.          KOELLER NEBEKER CARLSON & HALUCK, LLP

6

7                                        By: /s/ Chad N. Dunigan
                                             Chad N. Dunigan
                                         Attorneys for The Davis Center, LLC; Emily A. Stover,
8                                        Individually, as Personal Representative for Melvin R.
                                         Stover, Deceased, and as Trustee of the Stover Family
9                                        Trust; Stover Family Trust; Richard Albert Stinchfield,
                                         Individually and as Successor Trustee of the Robert S.
10                                       Stinchfield Separate Property Revocable Trust; Robert
                                         S. Stinchfield Separate Property Revocable Trust
11

12   Dated: September 12, 2008.          SCHARFF, BRADY & VINDING

13

14                                       By: /s/ Jeffory J. Scharff
                                             Jeffory J. Scharff
                                         Attorneys for Potter Taylor & Company, and its
15                                       predecessors-in-interest: Potter, Long, Adams & Taylor,
                                         Ltd.; Davis Center; Potter-Taylor, Inc.; and Potter
16                                       Taylor & Scurfield, Inc.

17

18   Dated: September 12, 2008.          DOWNEY BRAND, LLP

19                                       By: /s/ Jennifer Hartman King
                                             Jennifer Hartman King
20                                       Attorneys for the City of Davis

21

22   Dated: September 12, 2008.          DOWNEY BRAND, LLP

23                                       By: /s/ Michael J. Thomas
                                             Michael J. Thomas
24                                       Attorneys for Marie L. Whitcombe (Deceased)

25

26   Dated: September 12, 2008.          COTA DUNCAN & COLE

27                                       By: /s/ Dennis M. Cota
                                             Dennis M. Cota
28                                       Attorneys for Ben J. Newitt

- 3 -

**ORDER DISSOLVING STAY**
**AND REQUIRING RULE 26a DISCLOSURES**

The Court having reviewed the foregoing Stipulation and Ex Parte Application of, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the stay of litigation imposed by the April 14, 2005 Order of Settlement Process be, and hereby is, dissolved.

**IT ALSO IS HEREBY ORDERED** that, within sixty (60) days following the date of this order, initial disclosures required by Federal Rules of Civil Procedure, Rule 26(a)(1) be made (to the extent not already made) and that, as to those parties already having made an initial disclosure, supplemental disclosures be made, as appropriate, pertaining to the new claims made against recently named defendants Martin Franchises Inc. and Vic Manufacturing Company.   **The Scheduling Conference set for April 6, 2009 at 2:00 p.m. shall remain as previously ordered.**

Dated:   September 12, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation and Application for Order Lifting Stay of Litigation; Proposed Order

*Lewis v. Russell, et al.*
United States District Court, Eastern District of California Case No. CIV. S-03-2646 WBS KJM

## DECLARATION OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action.  I am employed in the County of San Luis Obispo, State of California and my business address is PO Box 13810, San Luis Obispo, CA 93406.  On this day I caused to be served the following document(s):

1)   **STIPULATION AND EX PARTE APPLICATION FOR ORDER DISSOLVING STAY OF LITIGATION AND REQUIRING RULE 26a DISCLOSURES and *Proposed* ORDER DISSOLVING STAY AND REQUIRING RULE 26a DISCLOSURES**

☒    by placing ☐ the original ☒ a true copy into sealed envelope(s) addressed and served as follows:

Jung Hang Suh and Soo Jung Suh          Unrepresented Defendants
1843 Trinity Way
West Sacramento, CA  95691


Jung K. Seo                                              Unrepresented Defendant
3539 Bradshaw Road, Suite B-265
Sacramento, CA  95827


☒    **BY MAIL**:  I deposited such envelope(s), postage prepaid, with the U.S. Postal Service at San Luis Obispo, California.

☐    **BY PERSONAL SERVICE**:  I caused such envelope(s) to be delivered by hand.

☐    **BY OVERNIGHT COURIER**:  I caused such envelope(s) to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☐    **BY FACSIMILE**:  I caused such document(s) to be transmitted by facsimile transmission from (805) 547-9803 to the person(s) and facsimile transmission number(s) shown above.  The facsimile transmission was reported as complete without error and a transmission report was properly issued by the transmitting facsimile machine.  A true and correct copy of the transmission report will be attached to this proof of service after facsimile service is completed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 12, 2008, at Davis, California.


/s/ S. Craig Hunter
S. Craig Hunter

- 5 -