UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CHARLES H. LEWIS and JANE W. LEWIS, | NO. CIV. S-03-2646 WBS KJM |
| Plaintiffs, | |
| v. | REQUEST FOR BRIEFING |
| ROBERT D. RUSSELL; IRENE RUSSELL; BEN J. NEWITT; the Estate of PHILLIP NEWITT, Deceased; JUNG HANG SUH; SOO JUNG SUH; JUNG K. SEO; THE DAVIS CENTER, LLC; MELVIN R. STOVER, individually and as trustee of the Stover Family Trust; EMILY A. STOVER, individually and as trustee of the Stover Family Trust; STOVER FAMILY TRUST; RICHARD ALBERT STINCHFIELD, individually and as successor trustee of the Robert S. Stinchfield Separate Property Revocable Trust, and as trustee of the Barbara Ellen Stinchfield Testamentary Trust; ROBERT S. STINCHFIELD SEPARATE PROPERTY REVOCABLE TRUST; THE BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST; WORKROOM SUPPLY, INC., a California corporation; SAFETY-KLEEN CORPORATION, a California corporation; the CITY OF DAVIS; JENSEN MANUFACTURING COMPANY; VIC MANUFACTURING COMPANY; MARTIN FRANCHISES INC., aka/dba | |

1

| | |
|---|---|
| 1 | MARTINIZING DRY CLEANING, |
| 2 |         Defendants. |

AND RELATED COUNTER, CROSS, AND THIRD PARTY CLAIMS.
_____/

----oo0oo----

On December 14, 2005, Magistrate Judge Hollows issued an Order recognizing that Jung Hang Suh and Soo Jung Suh ("Suhs"), defendants, cross-defendants, counter-defendants, counter-claimants, and cross-claimants in this action, had filed for bankruptcy. Given the stay of litigation for the purposes of settlement then in effect, Judge Hollows acknowledged the uncertain effect of an automatic stay pursuant to 11 U.S.C. § 362 but nonetheless ordered that the Suhs need not participate in the settlement process. In light of the September 12, 2008 Order dissolving the stay of litigation, the court requests briefing from the non-bankrupt parties addressing the effect § 362 has on the future proceedings in this action.[1] The non-bankrupt parties are to state their positions and supporting authority in briefs filed with the court by 5:00 p.m. on Tuesday, April 7, 2009.

DATED: April 1, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] In addition to the Suhs, it appears that defendant Jensen Manufacturing Company, which has yet to be served, has also filed for bankruptcy. (See Am. Joint Status Report (Docket No. 250) 7:25-27.)

2