1 LINDA MOIN MORONEY (SBN: 172668)
BETHANY A. STAHLEY (SBN: 209421)
2 GORDON & REES LLP
Embarcadero Center West
3 275 Battery Street, Suite 2000
San Francisco, CA 94111
4 Telephone: (415) 986-5900
Facsimile: (415) 986-8054
5
6 Attorneys for Defendant and Cross-Defendant
SAFETY-KLEEN SYSTEMS, INC.
7 (SUED HEREIN AS SAFETY-KLEEN CORPORATION)

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 CHARLES H. LEWIS and JANE W. LEWIS, | CASE NO. **CIV. S-03-2646 WBS KJM** |
| 12 Plaintiffs, | **ORDER TO APPEAR TELEPHONICALLY AT DEFENDANT AND THIRD PARTY CLAIMANT THE DAVIS CENTER, LLC'S MOTION FOR ORDER GRANTING LEAVE TO AMEND COMPLAINT, CROSS-COMPLAINTS TO NAME ADDITIONAL DEFENDANTS AND ASSERT CLAIMS** |
| 13 v. | |
| 14 ROBERT D. RUSSELL; et al., | |
| 15 Defendants. | |
| 16 | |
| 17 AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | |
| 18 | Judge: William B. Shubb |
| 19 | Date: April 13, 2009 |
| 20 | Time: 2:00 p.m. Ctrm: 5 (14th Floor) |

21 HAVING CONSIDERED Defendant SAFETY-KLEEN SYSTEMS, INC.'s

22 Request to Appear Telephonically at the hearing on Defendant And Third Party

23 Claimant The Davis Center, LLC's Motion For Order Granting Leave To Amend

24 Complaint, Cross-Complaints To Name Additional Defendants And Assert Claims

25 and good cause appearing:

26 IT IS HEREBY ORDERED that Defendant SAFETY-KLEEN SYSTEMS,

27 INC. shall appear telephonically at the hearing on Defendant And Third Party

28 Claimant The Davis Center, LLC's Motion For Order Granting Leave To Amend

Complaint, Cross-Complaints To Name Additional Defendants And Assert Claims on April 13, 2009, at 2:00 p.m.  The clerk of the court will initiate the call to attorney Bethany A. Stahley at (415) 875-3254.

Dated:  April 9, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA  92101