```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       EASTERN DISTRICT OF CALIFORNIA
10                               ----oo0oo----
11
    CHARLES H. LEWIS and JANE W.        NO. CIV. S-03-2646 WBS KJM
12  LEWIS,
13              Plaintiffs,
                                        ORDER
14       v.
15  ROBERT D. RUSSELL; IRENE
    RUSSELL; BEN J. NEWITT; the
16  Estate of PHILLIP NEWITT,
    Deceased; JUNG HANG SUH; SOO
17  JUNG SUH; JUNG K. SEO; THE DAVIS
    CENTER, LLC; MELVIN R. STOVER,
18  individually and as trustee of
    the Stover Family Trust; EMILY
19  A. STOVER, individually and as
    trustee of the Stover Family
20  Trust; STOVER FAMILY TRUST;
    RICHARD ALBERT STINCHFIELD,
21  individually and as successor
    trustee of the Robert S.
22  Stinchfield Separate Property
    Revocable Trust, and as trustee
23  of the Barbara Ellen Stinchfield
    Testamentary Trust; ROBERT S.
24  STINCHFIELD SEPARATE PROPERTY
    REVOCABLE TRUST; THE BARBARA
25  ELLEN STINCHFIELD TESTAMENTARY
    TRUST; WORKROOM SUPPLY, INC., a
26  California corporation; SAFETY-
    KLEEN CORPORATION, a California
27  corporation; the CITY OF DAVIS;
    JENSEN MANUFACTURING COMPANY;
28  VIC MANUFACTURING COMPANY;
```

```
 1  MARTIN FRANCHISES INC., aka/dba
    MARTINIZING DRY CLEANING,
 2
                Defendants.
 3  _____
 4  AND RELATED COUNTER, CROSS,
    AND THIRD PARTY CLAIMS.
 5  _____/
 6                      ----oo0oo----
 7              IT IS HEREBY ORDERED that:
 8              1) All parties that have not yet responded to the
 9  court's request for briefing shall file a brief discussing the
10  scope and effect of the automatic bankruptcy stay on future
11  proceedings in this case no later than 5:00 p.m. on April 22,
12  2009;
13              2) Counsel for all parties shall appear at a hearing on
14  the issue of the automatic bankruptcy stay at 2:00 p.m. on May 4,
15  2009; and
16              3) All other proceedings and discovery in this action
17  are stayed pending the court's determination of the effect of the
18  automatic bankruptcy stay.
19  DATED: April 14, 2009
```

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE