Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS and JANE W. LEWIS,<br><br>    Plaintiffs,<br><br>vs.<br><br>ROBERT D. RUSSELL; BEN J. NEWITT; et al.,<br><br>    Defendants.<br><br>THE DAVIS CENTER, LLC; MELVIN R. STOVER, individually and as Trustee of the STOVER FAMILY TRUST; EMILY STOVER, individually and as Trustee of the STOVER FAMILY TRUST; and RICHARD ALBERT STINCHFIELD, individually and as Trustee of the STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the ELLEN STINCHFIELD TESTAMENTARY TRUST,<br><br>    Third Party Plaintiffs,<br><br>vs.<br><br>POTTER TAYLOR & COMPANY, a California corporation; POTTER, LONG, ADAMS & TAYLOR, LTD., a California corporation; POTTER- | CASE NO. CIV S-03-2646 WBS KJM<br><br>**[PROPOSED] ORDER GRANTING THIRD-PARTY DEFENDANT MARTIN FRANCHISES, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT MAY 4, 2009 SCHEDULING CONFERENCE AND HEARING** |

- 1 -

[PROPOSED] ORDER GRANTING MARTIN FRANCHISES, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT MAY 4, 2009 SCHEDULING CONFERENCE & HEARING

| | |
|---|---|
| 1 | TAYLOR, INC., a California corporation, its General Partner; POTTER TAYLOR & SCURFIELD, INC.; JENSEN CORPORATION; VIC MANUFACTURING COMPANY USA, a Minnesota corporation; and MARTIN FRANCHISES, INC., a Delaware corporation, and ROES 41-70, Third Party Defendants. |

For good cause appearing, the request for telephonic appearance by MARTIN FRANCHISES, INC. at the upcoming Scheduling Conference and hearing on May 4, 2009 at 2 p.m. is hereby GRANTED.

The courtroom deputy shall initiate the telephone conference call to Kristin N. Reyna at (619) 230-7760 on the day of the hearing.

DATED: April 27, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -

[PROPOSED] ORDER GRANTING MARTIN FRANCHISES, INC.'S REQUEST FOR TELEPHONIC APPEARANCE AT MAY 4, 2009 SCHEDULING CONFERENCE & HEARING