WEYAND LAW FIRM, A Professional Corporation
531 HOWARD STREET, FIRST FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE: 415-536-2800 FACSIMILE: 415-536-2818

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS AND JANE W. LEWIS<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT D. RUSSELL, et al.,<br><br>Defendants.<br>_____<br><br>AND RELATED THIRD-PARTY COMPLAINTS | CASE NO. CIV S-03-2646 WBS KJM<br><br>**ORDER GRANTING THIRD-PARTY DEFENDANT VIC MANUFACTURING COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE AT MAY 4, 2009 SCHEDULING CONFERENCE AND HEARING** |

For good cause appearing, the request for telephonic appearance by VIC MANUFACTURING COMPANY at the upcoming Scheduling Conference and hearing on May 4, 2009 at 2 p.m. in hereby granted.

The courtroom deputy shall initiate the telephone conference call to Alexander M. Weyand at (415) 536-2856 on the day of the hearing.

Dated: April 29, 2009

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED ORDER GRANTING THIRD-PARTY DEFENDANT VIC'S REQUEST FOR TELEPHONIC APPEARANCE AT MAY 4, 2009 SCHEDULING CONFERENCE AND HEARING