UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CHARLES H. LEWIS and JANE W. LEWIS, | NO. CIV. 2:03-2646 WBS GGH |
| Plaintiffs, | ORDER RE: RESETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE |
| v. | |
| ROBERT D. RUSSELL; IRENE RUSSELL; BEN J. NEWITT; the Estate of PHILLIP NEWITT, Deceased; JUNG HANG SUH; SOO JUNG SUH; JUNG K. SEO; THE DAVIS CENTER, LLC; MELVIN R. STOVER, individually and as trustee of the Stover Family Trust; EMILY A. STOVER, individually and as trustee of the Stover Family Trust; STOVER FAMILY TRUST; RICHARD ALBERT STINCHFIELD, individually and as successor trustee of the Robert S. Stinchfield Separate Property Revocable Trust, and as trustee of the Barbara Ellen Stinchfield Testamentary Trust; ROBERT S. STINCHFIELD SEPARATE PROPERTY REVOCABLE TRUST; THE BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST; WORKROOM SUPPLY, INC., a California corporation; SAFETY-KLEEN CORPORATION, | |

1

```
California corporation; the
CITY OF DAVIS; JENSEN
MANUFACTURING COMPANY; VIC
MANUFACTURING COMPANY; MARTIN
FRANCHISES INC., aka/dba
MARTINIZING DRY CLEANING,

              Defendants,
                                    /
AND RELATED COUNTER, CROSS,
AND THIRD-PARTY CLAIMS.
                                    /
```

----oo0oo----

As it appears that defendants, cross-defendants, counter-defendants, counter-claimants, and cross-claimants Jung Hang Suh and Soo Jung Suh ("the Suhs") were not served with the court's prior Order setting a Status (Pretrial Scheduling) Conference (Docket No. 334), the court hereby RESETS the Status (Pretrial Scheduling) Conference for April 18, 2011, at 2:00 p.m. in Courtroom No. 5. **Failure of a party to comply with the requirements enumerated in this Order may result in sanctions including, but not limited to, dismissal of that party's claims and/or an entry of default against the party.**

IT IS ORDERED THAT:

1. At least twenty-one (21) calendar days before the scheduling conference is held, the parties shall confer and attempt to agree upon a discovery plan, as required by Federal Rule of Civil Procedure 26(f).

2. Pursuant to Local Rule 240, the parties shall submit to the court an amended <u>JOINT</u> Status Report **fourteen (14) calendar days** prior to the hearing date, which shall contain the Suhs' amendments to the previously-submitted Joint Status Report

```
 1  regarding the following information:
 2              (a) a brief summary of the claims;
 3              (b) a statement as to the status of service upon
 4  all defendants and cross-defendants;
 5              (c) a statement as to the possible joinder of
 6  additional parties;
 7              (d) any contemplated amendments to the pleadings;
 8              (e) the statutory basis of jurisdiction and venue;
 9              (f) a written report outlining the proposed
10  discovery plan required by Federal Rule of Civil Procedure 26(f);
11              (g) a proposed cut-off date by which all discovery
12  shall be concluded;
13              (h) a proposed date by which all motions shall be
14  filed and heard;
15              (i) any proposed modification of standard pretrial
16  proceedings due to the special nature of the action;
17              (j) the estimated length of trial;
18              (k) a statement as to whether the case is related
19  to any other case, including any matters in bankruptcy;
20              (l) any other matters discussed in Local Rule 240
21  that may add to the just and expeditious disposition of this
22  matter; and
23              (m) a statement by any nongovernmental corporate
24  party identifying all of its parent and subsidiary corporations
25  and listing any publicly-held company that owns 10% or more of
26  the party's stock.  If any nongovernmental corporate party has no
27  parent or subsidiary corporations or no publicly-held companies
28  owning 10% or more of its stock, it shall so state in the Joint
```

3

Status Report.  Thereafter, if there is any change in the information, the party shall file and serve a supplemental statement within a reasonable time after such change occurs.

3. In appropriate cases, and after receiving the parties' Joint Status Report, the court may issue a Status (Pretrial Scheduling) Order without requiring a status conference.  Unless the parties have received such an order prior to the status conference, the parties are required to attend the status conference as scheduled. **Failure of counsel or of a pro se party to attend the status conference as scheduled may result in sanctions, including but not limited to dismissal of that party's claims and/or an entry of default against the party.**

DATED: March 17, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4