S. Craig Hunter, CA State Bar No. 125247
Attorney At Law
PO Box 13810
San Luis Obispo, CA  93406
Tel:    (805) 544-4980
email: *craighunterlaw@sbcglobal.net*

Attorneys for Plaintiffs
Charles H. Lewis and Jane W. Lewis (Deceased)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT D. RUSSELL; et al., <br><br> Defendants. <br><br> AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | Case No. **CIV. S-03-2646 WBS CKD** <br><br> **STIPULATION FOR ORDER OF DISMISSAL [FRCP 41(a)(2)]** <br><br> [*Proposed*] **ORDER OF DISMISSAL** |

Plaintiff Charles H. Lewis, on behalf of himself and for Jane W. Lewis, Deceased ("Lewis"), and defendant Martin Franchises Inc., aka/dba Martinizing Dry Cleaning ("Martin"), through their respective attorneys of record, stipulate to an order of the above-entitled Court dismissing the above-entitled action, as against Martin only, with prejudice, according to the terms of a Mutual Release of Claims (the "Release"), having an "Effective Date" of September 13, 2011, entered into by and between Lewis and Martin.

Dated: September __16__, 2011.         /s/_____
                                        S. Craig Hunter
                                        Attorney for Plaintiffs
                                        Charles H. Lewis and
                                        Jane W. Lewis (Deceased)

- 1 -

Stipulation for Order of Dismissal of Defendant Martin Franchises, Inc.; [*Proposed*] Order of Dismissal

Dated: September _16___, 2011.     Gordon & Rees, LLP

By: /s/_____
    Kristin Reyna
Attorneys for Martin Franchises Inc.
aka/dba Martinizing Dry Cleaning

### ORDER OF DISMISSAL

The Court, having reviewed and considered the stipulation set forth above, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above-entitled action be, and hereby is, dismissed, as against defendant Martin Franchises Inc., aka/dba Martinizing Dry Cleaning only, with prejudice.

**IT IS ALSO HEREBY ORDERED** that the dismissal is expressly conditioned upon the terms and conditions of that certain Mutual Release of Claims entered into by and between Lewis and Martin having an Effective Date of September 13, 2011 (the "Release").

**IT IS FURTHER HEREBY ORDERED** that the Court retains jurisdiction of this matter for the sole purpose of taking any action needed to enforce the terms of the Release.

**IT IS FURTHER HEREBY ORDERED** that each of the parties hereto shall bear its own costs, including attorney's fees, as provided in the Release.

Dated:   September 19, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE