S. Craig Hunter, CA State Bar No. 125247
Attorney At Law
PO Box 13810
San Luis Obispo, CA  93406
Tel:    (805) 544-4980
email: *craighunterlaw@sbcglobal.net*

Attorneys for Plaintiffs
Charles H. Lewis and Jane W. Lewis (Deceased)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS, et al., | Case No. **CIV. S-03-2646 WBS CKD** |
| Plaintiffs, | |
| v. | **STIPULATION FOR ORDER OF DISMISSAL [FRCP 41(a)(2)]** |
| ROBERT D. RUSSELL; et al., | |
| Defendants. | [*Proposed*] **ORDER OF DISMISSAL** |
| AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | |

Plaintiff Charles H. Lewis, on behalf of himself and for Jane W. Lewis, Deceased ("Lewis"), and defendant Vic Manufacturing Company, a dissolved Minnesota corporation ("Vic"), through their respective attorneys of record, stipulate to an order of the above-entitled Court dismissing the above-entitled action, as against Vic only, with prejudice, according to the terms of a Mutual Release of Claims (the "Release"), having an "Effective Date" of November 1, 2011, entered into by and between Lewis and Vic.


Dated: November _1___, 2011.        /s/_____
                                    S. Craig Hunter
                                    Attorney for Plaintiffs
                                    Charles H. Lewis and
                                    Jane W. Lewis (Deceased)

- 1 -

Stipulation for Order of Dismissal of Defendant Vic Manufacturing Company.; [*Proposed*] Order of Dismissal

1  Dated: November _2___, 2011.   WEYAND LAW FIRM

2

3  By: /s/_____
        Paul P. DeAngelis
   Attorneys for Vic Manufacturing Company,
4     a dissolved Minnesota corporation

## ORDER OF DISMISSAL

The Court, having reviewed and considered the stipulation set forth above, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above-entitled action be, and hereby is, dismissed, as against defendant Vic Manufacturing Company only, with prejudice.

**IT IS ALSO HEREBY ORDERED** that the dismissal is expressly conditioned upon the terms and conditions of that certain Mutual Release of Claims entered into by and between Lewis and Vic having an Effective Date of November 1, 2011 (the "Release").

**IT IS FURTHER HEREBY ORDERED** that the Court retains jurisdiction of this matter for the sole purpose of taking any action needed to enforce the terms of the Release.

**IT IS FURTHER HEREBY ORDERED** that each of the parties hereto shall bear its own costs, including attorney's fees, as provided in the Release.

Dated: November 7, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation for Order of Dismissal of Defendant Vic Manufacturing Company.; [*Proposed*] Order of Dismissal