MICHAEL E. VINDING (SBN 178359)
BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone: (916) 446-3400
Facsimile: (916) 446-7159
mvinding@bradyvinding.com

Attorneys for Potter-Taylor & Co.,
Potter Long Adams & Taylor Ltd.,
Potter-Taylor Inc., and Potter-Taylor
& Scurfield, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS AND JANE W. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL, et al.<br><br>Defendants.<br><br>AND RELATED THIRD—PARTY COMPLAINTS. | CASE NO. 2:03-CV-02646 WBS KJM<br><br>**NOTICE OF WITHDRAWAL OF CO-COUNSEL BRADY & VINDING; [PROPOSED] ORDER** |

NOTICE IS HEREBY GIVEN that BRADY & VINDING withdraws as co-counsel for Potter-Taylor & Co., Potter Long Adams & Taylor Ltd., Potter-Taylor Inc., and Potter-Taylor & Scurfield, Inc., cross-claimants, counter-claimants, third party defendants, cross-defendants and counter-defendants in the above-entitled matter.

Jeffory J. Scharff will continue representation of Potter-Taylor & Co., Potter Long Adams & Taylor Ltd., Potter-Taylor Inc., and Potter-Taylor & Scurfield, Inc. in this matter.

Dated: December 8, 2011         BRADY & VINDING

                                 By:  /s/ Michael E. Vinding
                                      MICHAEL E. VINDING
                                      Attorney for Potter-Taylor & Co., Potter Long
                                      Adams & Taylor Ltd, Potter-Taylor Inc., and
                                      Potter-Taylor & Scurfield, Inc.

1     I consent to the withdrawal.

2   Dated: December 8, 2011            /s/ Jeffory J. Scharff
                                         JEFFORY J. SCHARFF
                                           (As authorized on December 8, 2011–L.R. 131)
                                           Attorney for Potter-Taylor & Co., Potter Long
                                           Adams & Taylor Ltd, Potter-Taylor Inc., and
                                           Potter-Taylor & Scurfield, Inc.

**ORDER**

IT IS SO ORDERED.

Dated:   December 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE