```
MICHAEL E. VINDING (SBN 178359)
BRADY & VINDING
400 Capitol Mall, Suite 2640
Sacramento, CA 95814
Telephone:  (916) 446-3400
Facsimile:   (916) 446-7159
mvinding@bradyvinding.com

Attorneys for Potter-Taylor & Co.,
Potter Long Adams & Taylor Ltd.,
Potter-Taylor Inc., and Potter-Taylor
& Scurfield, Inc.
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS AND JANE W. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL, et al.<br><br>Defendants. | CASE NO. 2:03-CV-02646 WBS KJM<br><br>**NOTICE OF WITHDRAWAL OF CO-COUNSEL BRADY & VINDING; [PROPOSED] ORDER** |
| AND RELATED THIRD—PARTY COMPLAINTS. | |

NOTICE IS HEREBY GIVEN that BRADY & VINDING withdraws as co-counsel for Potter-Taylor & Co., Potter Long Adams & Taylor Ltd., Potter-Taylor Inc., and Potter-Taylor & Scurfield, Inc., cross-claimants, counter-claimants, third party defendants, cross-defendants and counter-defendants in the above-entitled matter.

Jeffory J. Scharff will continue representation of Potter-Taylor & Co., Potter Long Adams & Taylor Ltd., Potter-Taylor Inc., and Potter-Taylor & Scurfield, Inc. in this matter.

Dated:  December 8, 2011            BRADY & VINDING

                                    By:   /s/ Michael E. Vinding
                                          MICHAEL E. VINDING
                                          Attorney for Potter-Taylor & Co., Potter Long
                                          Adams & Taylor Ltd, Potter-Taylor Inc., and
                                          Potter-Taylor & Scurfield, Inc.

I consent to the withdrawal.

Dated: December 8, 2011      /s/ Jeffory J. Scharff
JEFFORY J. SCHARFF
(As authorized on December 8, 2011–L.R. 131)
Attorney for Potter-Taylor & Co., Potter Long Adams & Taylor Ltd, Potter-Taylor Inc., and Potter-Taylor & Scurfield, Inc.

**ORDER**

IT IS SO ORDERED.

Dated:   December 9, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE