1  DENNIS M. COTA, Bar No. 127992
   DEREK P. COLE, Bar No. 204250
2  COTA COLE LLP
   2261 Lava Ridge Court
3  Roseville, CA  95661
   Telephone:     (916) 780-9009
4  Facsimile:     (916) 780-9050

5  Attorneys for Defendant/Counter-Claimant/
   Cross-Claimant Ben J. Newitt

6

7

8

9                    UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11  CHARLES H. LEWIS and JANE W. LEWIS,          Case No.  CIV S-03-2646 WBS KJM

12           Plaintiffs,                         **STIPULATION FOR ORDER OF
                                                 DISMISSAL**
13       v.
                                                 **[F.R.C.P. Rule 41(a)]**
14  ROBERT D. RUSSELL; BEN J. NEWITT; the
    Estate of PHILLIP NEWITT, Deceased, et al.,
15
             Defendants.
16

17  AND RELATED COUNTER- AND CROSS-
    ACTIONS.
18

19

20

21

22

23

24

25

26

27

28

{JEM/00016941.2}

1    Defendant/Counter-Claimant/Cross-Claimant BEN J. NEWITT ("Newitt") and Defendant

2  and Cross-Defendant MARTIN FRANCHISES, INC. ("Martin"), through their respective

3  attorneys of record, stipulate to an order of the above-entitled Court dismissing Newitt's claims in

4  his Answer to First Amended Third Party Complaint of Davis Center, LLC, et al; Cross-Claims;

5  and Demand for Jury Trial filed on or about February 19, 2008, in the above-entitled action

6  ("Newitt's Claims"), as against Martin only, with prejudice, according to the terms of Settlement

7  Agreement and Mutual Release of Claims (the "Release"), having an effective date of

8  November 4, 2011, entered into by and between Newitt and Martin.

9

10 Dated:  December 15, 2011                    COTA COLE LLP

11

12                                             By:/s/ _____

13                                                 Dennis M. Cota
                                                   Derek P. Cole
14                                                 Attorneys for Defendant/Counter-
                                                   Claimant/Cross-Claimant Ben J. Newitt
15

16 Dated:  December 15, 2011                    GORDON & REES LLP

17

18                                             By:/s/ _____

19                                                 P. Gerhardt Zacher
                                                   Kristin N. Reyna
20                                                 Attorneys for Third-Party Defendant/
                                                   Cross-Claimant Martin Franchises, Inc.
21                                                 aka/dba Martinizing Dry Cleaning

22

23

24                            **ORDER OF DISMISSAL**

25        The Court, having reviewed and considered the stipulation set forth above, and good cause

26 appearing therefor:

27        **IT IS HEREBY ORDERED** that Newitt's Claims in the above-entitled action be, and

28 hereby are, dismissed, as against defendant Martin Franchises, Inc. only, with prejudice.

{JEM/00016941.2}                    -1-

COTA COLE LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

1    **IT IS ALSO HEREBY ORDERED** that the dismissal is expressly conditioned upon the

2    terms and conditions of that certain Settlement Agreement and Mutual Release of Claims entered

3    into by and between Newitt and Martin having an Effective Date of November 4, 2011 (the

4    "Release").

5    **IT IS FURTHER HEREBY ORDERED** that the Court retains jurisdiction of this matter

6    for the sole purpose of taking any action needed to enforce the terms of the Release.

7    **IT IS FURTHER HEREBY ORDERED** that each of the parties hereto shall bear his/its

8    own costs, including attorney's fees, as provided in the Release.

9

10

11   Dated:  December 15, 2011

12

13   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COTA COLE LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

{JEM/00016941.2}                                     - 2 -

**PROOF OF SERVICE**

I, Rena Wade, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is Cota Cole LLP, 2261 Lava Ridge Court, Roseville, California 95661. On December 15, 2011 I served the within document(s):

**STIPULATION FOR ORDER OF DISMISSAL**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 3:00 p.m.

☑    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Roseville, California, addressed as set forth below.

☐    I caused such envelope to be delivered via overnight delivery addressed as indicated below. Such envelope was deposited for delivery by _____, following the firm's ordinary business practices.

☑    via electronic/email service. The document(s) listed above were served via email the addressees listed in the attached service list via the Eastern District's CM/ECF server.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 15, 2011, at Roseville, California.

_____
Rena Wade

COTA COLE LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

{JEM/00016941.2}

POS, -1-

*Lewis v. Russell, et al.*, U.S. Eastern District Court Case No. CIV S-03-2646 WBS KJM

## SERVICE LIST

| Attorney/Firm | Party(ies) Represented |
|---|---|
| S. Craig Hunter<br>P.O. Box 13810<br>San Luis Obispo, CA  93406<br>Tel:  (805) 544-4980<br>Fax: (805) 547-9302 | Attorneys for Plaintiffs<br>Charles H. Lewis and Jane W. Lewis |
| Michael S. Middleton<br>Middleton, Young & Minney, LLP<br>701 University Avenue, Suite 150<br>Sacramento, CA  95825<br>Tel:  (916) 646-1400<br>Fax: (916) 646-1300 | Attorneys for Defendants The Davis Center, LLC; Emily Stover, individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (deceased); and Richard Albert Stinchfield, individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust (dissolved) |
| Jeffory J. Scharff<br>Attorney at Law<br>2625 Fair Oaks Boulevard, Suite 7<br>Sacramento, CA  95864<br>Tel:  (916) 485-5700<br>Fax: (916) 485-5912 | Attorneys for Defendants Potter Taylor & Company, and its predecessors-in-interest:  Potter, Long, Adams & Taylor, Ltd.; Davis Center; Potter-Taylor, Inc.; and Potter Taylor & Scurfield, Inc. |
| Jung Hang Suh and Soo Jung Suh<br>1843 Trinity Way<br>West Sacramento, CA  95691<br>**[Service by U.S. Mail Only]** | Unrepresented Defendants |
| Jung K. Seo<br>3539 Bradshaw Road, Suite B-265<br>Sacramento, CA  95827<br>**[Service by U.S. Mail Only]** | Unrepresented Defendant |
| Daniel W. Smith<br>Law Offices of Daniel W. Smith<br>3610 American River Drive, Suite 112<br>Sacramento, CA  95864<br>Tel:  (916) 922-9400<br>Fax: (916) 922-0481 | Attorneys for Defendant Irene Russell, Successor-in-Interest to Robert D. Russell (deceased) |
| Chad S. Tapp<br>Matthew R. Day<br>Porter Scott Weiberg & Delehant<br>350 University Avenue, Suite 200<br>Sacramento, CA  95825<br>Tel:  (916) 929-1481<br>Fax: (916) 927-3706 | Attorneys for Defendant Workroom Supply, Inc. |

COTA COLE LLP<br>2261 LAVA RIDGE COURT<br>ROSEVILLE, CALIFORNIA 95661

{JEM/00016941.2}

POS, -2-

| Attorney/Firm | Party(ies) Represented |
|---|---|
| Alexander M. Weyand<br>Paul P. DeAngelis<br>J. Scott Feder<br>Weyand Law Firm, PC<br>531 Howard Street, First Floor<br>San Francisco, CA  94105<br>Tel:  (415) 536-2800<br>Fax: (415) 536-2818 | Attorneys for Third Party Defendant Vic<br>Manufacturing Company |
| Linda M. Moroney<br>Gordon & Rees, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA  94111<br>Tel:  (415) 986-5900<br>Fax: (415) 986-8054 | Attorneys for Defendant Safety-Kleen Systems,<br>Inc., sued as Safety-Kleen Corporation |
| Robert P. Soran<br>Jennifer Hartman King<br>Andrew Skanchy<br>Downey Brand, LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA  95814<br>Tel:  (916) 444-1000<br>Fax: (916) 444-2100 | Attorneys for Defendant and Counter-Claimant City<br>of Davis |
| Steven H. Goldberg<br>Michael J. Thomas<br>Leslie Fredrickson<br>Downey Brand, LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA  95814<br>Tel:  (916) 444-1000<br>Fax: (916) 444-2100 | Attorneys for Third Party Defendant Marie L.<br>Whitcombe (deceased) |
| P. Gerhardt Zacher<br>Kristin N. Reyna<br>Gordon & Rees LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA  92101<br>Tel:  (619) 696-6700<br>Fax: (619) 696-7124 | Attorneys for Third Party Defendant Martin<br>Franchises, Inc. aka/dba Martinizing Dry Cleaning |

COTA COLE LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

{JEM/00016941.2}

POS, - 3 -