1  DENNIS M. COTA, Bar No. 127992
   DEREK P. COLE, Bar No. 204250
2  COTA COLE LLP
   2261 Lava Ridge Court
3  Roseville, CA  95661
   Telephone:     (916) 780-9009
4  Facsimile:     (916) 780-9050

5  Attorneys for Defendant/Counter-Claimant/
   Cross-Claimant Ben J. Newitt

6

7

8

9                    UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11  CHARLES H. LEWIS and JANE W. LEWIS,          Case No.  CIV S-03-2646 WBS KJM

12          Plaintiffs,                          **STIPULATION FOR ORDER OF
                                                 DISMISSAL**
13      v.
                                                 **[F.R.C.P. Rule 41(a)]**
14  ROBERT D. RUSSELL; BEN J. NEWITT; the
    Estate of PHILLIP NEWITT, Deceased, et al.,

15          Defendants.

16

17  AND RELATED COUNTER- AND CROSS-
    ACTIONS.

18

19

20      Defendant, Counter Claimant and Cross-Claimant BEN J. NEWITT ("Newitt") and

21  Defendant and Cross-Defendant VIC MANUFACTURING COMPANY, a dissolved corporation

22  ("Vic"), through their respective attorneys of record, stipulate to an order of the above-entitled

23  Court dismissing Newitt's claims in his Answer to First Amended Third Party Complaint of

24  Davis Center, LLC, et al.; Cross-Claims; and Demand for Jury Trial filed on or about

25  February 19, 2008 in the above entitled action ("Newitt's Claims"), as against Vic only, with

26  prejudice, according to the terms of a Mutual Release of Claims (the "Release"), having an

27  effective date of November 30, 2011, entered into by and between Newitt and Vic.

28

COTA COLE LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

{JEM/00018477.}                          POS, -1-

1  Dated: December 16, 2011                    COTA COLE LLP

2

3                                              By:  /s/ Dennis M. Cota
                                                   Dennis M. Cota
4                                                  Derek P. Cole
                                                   Attorneys for Defendant/Counter-
5                                                  Claimant/Cross-Claimant Ben J. Newitt

6

7  Dated: December 15, 2011                    WEYAND LAW FIRM, PC

8

9                                              By:  /s/ Paul P. DeAngelis
                                                   Paul P. DeAngelis
10                                                 Attorneys for Third-Party Defendant/
                                                   Cross-Claimant Vic Manufacturing
11                                                 Company

12                          **ORDER OF DISMISSAL**

13

14         The Court, having reviewed and considered the stipulation set forth above, and good cause

15 appearing therefor:

16         **IT IS HEREBY ORDERED** that Newitt's Claims in the above-entitled action be, and

17 hereby are, dismissed, as against defendant Vic Manufacturing Company only, with prejudice.

18         **IT IS ALSO HEREBY ORDERED** that the dismissal is expressly conditioned upon the

19 terms and conditions of that certain Mutual Release of Claims entered into by and between Newitt

20 and Vic having an Effective Date of November 30, 2011 (the "Release").

21         **IT IS FURTHER HEREBY ORDERED** that the Court retains jurisdiction of this matter

22 for the sole purpose of taking any action needed to enforce the terms of the Release.

23         **IT IS FURTHER HEREBY ORDERED** that each of the parties hereto shall bear its own

24 costs, including attorney's fees, as provided in the Release.

25                                      Dated:  December 19, 2011

26

27                                      WILLIAM B. SHUBB
                                        UNITED STATES DISTRICT JUDGE

28

COTA COLE & ASSOCIATES
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

1

**PROOF OF SERVICE**

2          I, Rena Wade, declare:

3          I am a resident of the State of California and over the age of eighteen years, and
not a party to the within action.  My business address is Cota Cole LLP, 2261 Lava Ridge Court,
4   Roseville, California 95661.  On December 16, 2011, I served the within document(s):

5

**STIPULATION FOR ORDER OF DISMISSAL [as to Vic Manufacturing
6    Company, with prejudice]**

7

☐          by transmitting via facsimile the document(s) listed above to the fax number(s) set
8                forth below on this date before 3:00 p.m.

9

☑          by placing the document(s) listed above in a sealed envelope with postage thereon
                fully prepaid, in the United States mail at Roseville, California, addressed as set
10               forth below.

11

☐          I caused such envelope to be delivered via overnight delivery addressed as
12               indicated below.  Such envelope was deposited for delivery by _____,
                following the firm's ordinary business practices.
13

☑          via electronic/email service.  The document(s) listed above were served via email
14               the addressees listed in the attached service list via the Eastern District's CM/ECF
                server.
15

16

17          **SEE ATTACHED SERVICE LIST**

18

19          I am readily familiar with the firm's practice of collection and processing
correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal
20   Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I
am aware that on motion of the party served, service is presumed invalid if postal cancellation
21   date or postage meter date is more than one day after date of deposit for mailing in affidavit.

22          I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.
23

24          Executed on December 16, 2011, at Roseville, California.

25

                                                    */s/ Rena Wade*
26                                                   Rena Wade

27

28

COTA COLE & ASSOCIATES
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

*Lewis v. Russell, et al.*, **U.S. Eastern District Court Case No. CIV S-03-2646 WBS KJM**

**<u>SERVICE LIST</u>**

COTA COLE LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

| Attorney/Firm | Party(ies) Represented |
|---|---|
| S. Craig Hunter<br>P.O. Box 13810<br>San Luis Obispo, CA  93406<br>Tel:  (805) 544-4980<br>Fax: (805) 547-9302 | Attorneys for Plaintiffs<br>Charles H. Lewis and Jane W. Lewis |
| Michael S. Middleton<br>Middleton, Young & Minney, LLP<br>701 University Avenue, Suite 150<br>Sacramento, CA  95825<br>Tel:  (916) 646-1400<br>Fax: (916) 646-1300 | Attorneys for Defendants The Davis Center, LLC;<br>Emily Stover, individually and as Trustee of the<br>Stover Family Trust and as Personal Representative<br>for Melvin Stover (deceased); and Richard Albert<br>Stinchfield, individually and as Trustee of the<br>Robert S. Stinchfield Separate Real Property Trust<br>and as Trustee of the Barbara Ellen Stinchfield<br>Testamentary Trust (dissolved) |
| Jeffory J. Scharff<br>Attorney at Law<br>2625 Fair Oaks Boulevard, Suite 7<br>Sacramento, CA  95864<br>Tel:  (916) 485-5700<br>Fax: (916) 485-5912 | Attorneys for Defendants Potter Taylor &<br>Company, and its predecessors-in-interest:  Potter,<br>Long, Adams & Taylor, Ltd.; Davis Center; Potter-<br>Taylor, Inc.; and Potter Taylor & Scurfield, Inc. |
| Jung Hang Suh and Soo Jung Suh<br>1843 Trinity Way<br>West Sacramento, CA 95691<br>**[Service by U.S. Mail Only]** | Unrepresented Defendants |
| Jung K. Seo<br>3539 Bradshaw Road, Suite B-265<br>Sacramento, CA  95827<br>**[Service by U.S. Mail Only]** | Unrepresented Defendant |
| Daniel W. Smith<br>Law Offices of Daniel W. Smith<br>3610 American River Drive, Suite 112<br>Sacramento, CA  95864<br>Tel:  (916) 922-9400<br>Fax: (916) 922-0481 | Attorneys for Defendant Irene Russell, Successor-<br>in-Interest to Robert D. Russell (deceased) |
| Chad S. Tapp<br>Matthew R. Day<br>Porter Scott Weiberg & Delehant<br>350 University Avenue, Suite 200<br>Sacramento, CA  95825<br>Tel:  (916) 929-1481<br>Fax: (916) 927-3706 | Attorneys for Defendant Workroom Supply, Inc. |

{JEM/00018477.}

POS, -4-

COTA COLE LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661

| Attorney/Firm | Party(ies) Represented |
|---|---|
| Alexander M. Weyand<br>Paul P. DeAngelis<br>J. Scott Feder<br>Weyand Law Firm, PC<br>531 Howard Street, First Floor<br>San Francisco, CA  94105<br>Tel:  (415) 536-2800<br>Fax: (415) 536-2818 | Attorneys for Third Party Defendant Vic Manufacturing Company |
| Linda M. Moroney<br>Gordon & Rees, LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 2000<br>San Francisco, CA  94111<br>Tel:  (415) 986-5900<br>Fax: (415) 986-8054 | Attorneys for Defendant Safety-Kleen Systems, Inc., sued as Safety-Kleen Corporation |
| Robert P. Soran<br>Jennifer Hartman King<br>Andrew Skanchy<br>Downey Brand, LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA  95814<br>Tel:  (916) 444-1000<br>Fax: (916) 444-2100 | Attorneys for Defendant and Counter-Claimant City of Davis |
| Steven H. Goldberg<br>Michael J. Thomas<br>Leslie Fredrickson<br>Downey Brand, LLP<br>621 Capitol Mall, 18th Floor<br>Sacramento, CA  95814<br>Tel:  (916) 444-1000<br>Fax: (916) 444-2100 | Attorneys for Third Party Defendant Marie L. Whitcombe (deceased) |
| P. Gerhardt Zacher<br>Matthew P. Nugent<br>Gordon & Rees LLP<br>101 W. Broadway, Suite 2000<br>San Diego, CA  92101<br>Tel:  (619) 696-6700<br>Fax: (619) 696-7124 | Attorneys for Third Party Defendant Martin Franchises, Inc. aka/dba Martinizing Dry Cleaning |

{JEM/00018477.}

POS, - 5 -