DENNIS M. COTA, Bar No. 127992
DEREK P. COLE, Bar No. 204250
COTA COLE LLP
2261 Lava Ridge Court
Roseville, CA  95661
Telephone:     (916) 780-9009
Facsimile:      (916) 780-9050

Attorneys for Defendant/Counter-Claimant/
Cross-Claimant, Ben J. Newitt

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS and JANE W. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL; BEN J. NEWITT; the Estate of PHILLIP NEWITT, Deceased, et al.,<br><br>Defendants. | Case No.  CIV S-03-2646 WBS KJM<br><br>**ORDER** |
| AND RELATED COUNTER-, CROSS- AND THIRD-PARTY ACTIONS. | |

**IT IS HEREBY ORDERED**, as follows:

1.     As a result of this Court's February 29, 2012, Order approving the settlement agreement between Plaintiff Charles H. Lewis and Ben J. Newitt, Mr. Newitt is dismissed with prejudice from all claims in the action entitled Lewis et al. v. Russell et al. in the United States District Court for the Eastern District of California Case No. CIV S-03-2646 WBS KJM.

Dated:  March 13, 2012

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE