Chad N. Dunigan, Esq. (SBN 204946)
Sara J. Dresser, Esq. (SBN 265743)
KOELLER, NEBEKER, CARLSON & HALUCK, LLP
1478 Stone Point Drive, Suite 400
Roseville, CA  95661
(916) 724-5700
(916) 788-2850 Facsimile

Attorneys for Defendants/Cross-Complainants/
Third Party Plaintiffs,
THE DAVIS CENTER, LLC; EMILY STOVER,
Individually and as Trustee of the STOVER FAMILY
TRUST and as Personal Representative for Melvin Stover
(Deceased); and RICHARD ALBERT STINCHFIELD,
Individually and as Trustee of the ROBERT S.
STINCHFIELD SEPARATE REAL PROPERTY TRUST
and as Trustee of the BARBARA ELLEN STINCHFIELD
TESTAMENTARY TRUST

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES LEWIS,<br><br>          Plaintiff,<br><br>v.<br><br>ROBERT RUSSELL, et al.,<br><br>          Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. CIV S-03-2646 WBS KJM<br><br>**STIPULATION FOR ORDER OF DISMISSAL**<br><br>[F.R.C.P. Rule 41(a)]<br><br>Trial Date:   September 16, 2014 |

Defendants/Complainants/Third Party Plaintiffs, THE DAVIS CENTER, LLC; EMILY STOVER, Individually and as Trustee of the STOVER FAMILY TRUST and as Personal Representative for Melvin Stover (Deceased); and RICHARD ALBERT STINCHFIELD, Individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST (collectively, "THE DAVIS CENTER") and Defendant/Third Party Defendant MARTIN FRANCHISES, INC., through their respective attorneys of record, stipulate to the following:

That THE DAVIS CENTER's claims in its First Amended Third-Party Complaint filed on or about September 6, 2007 in the above entitled action ("Claims") be dismissed as against

MARTIN FRANCHISES, INC. only, with prejudice, according to the terms of a Mutual Release of Claims (the "Release") entered into by and between THE DAVIS CENTER and MARTIN FRANCHISES, INC. and having an effective date of June 21, 2012.

DATED: July 3, 2012         KOELLER, NEBEKER, CARLSON & HALUCK, LLP

/s/ Chad N. Dunigan

Chad N. Dunigan, Esq.
Sara J. Dresser, Esq.
Attorneys for Defendants/Cross-Complainants/
Third Party Plaintiffs,
THE DAVIS CENTER, LLC; EMILY STOVER,
Individually and as Trustee of the STOVER FAMILY
TRUST and as Personal Representative for Melvin Stover
(Deceased); and RICHARD ALBERT STINCHFIELD,
Individually and as Trustee of the ROBERT S.
STINCHFIELD SEPARATE REAL PROPERTY TRUST
and as Trustee of the BARBARA ELLEN STINCHFIELD
TESTAMENTARY TRUST

DATED: July 5, 2012         GORDON & REESE, LLP

/s/ Matthew P. Nugent

Matthew P. Nugent, Esq.
Attorneys for Defendant/Third Party Defendant,
MARTIN FRANCHISES, INC.

**ORDER OF DISMISSAL**

The Court, having reviewed and considered the stipulation set forth above and good cause appearing, issues the following Order:

**IT IS HEREBY ORDERED** that THE DAVIS CENTER's Claims in the above-entitled action be, and hereby are, dismissed as against MARTIN FRANCHISES, INC. only, with prejudice.

**IT IS FURTHER HEREBY ORDERED** that the dismissal is expressly conditioned upon the terms and conditions of the Release entered into by and between THE DAVIS CENTER and MARTIN FRANCHISES, INC. on June 21, 2012.

**IT IS FURTHER HEREBY ORDERED** that the Court retains jurisdiction of this matter

for the sole purpose of taking any action needed to enforce the terms of the Release.

**IT IS FURTHER HEREBY ORDERED** that each of the parties hereto shall bear its own costs, including attorney's fees, as provided in the Release.

Date: July 10, 2012

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE