1  P. GERHARDT ZACHER (SBN: 043184)
   KRISTIN N. REYNA (SBN: 211075)
2  MATTHEW P. NUGENT (SBN: 214844)
   GORDON & REES LLP
3  101 W. Broadway
   Suite 2000
4  San Diego, CA 92101
   Telephone: (619) 696-6700
5  Facsimile: (619) 696-7124
   gzacher@gordonrees.com
6  kreyna@gordonrees.com
   mnugent@gordonrees.com
7

8  Attorneys for Cross-Defendant
   MARTIN FRANCHISES INC.

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12

13 CHARLES H. LEWIS and JANE W. LEWIS,  )   CASE NO.   2:03-CV-02646-WBS-CKD
                                        )
                Plaintiffs,             )
14                                      )   **STIPULATION OF CROSS-**
       vs.                              )   **COMPLAINANT CITY OF DAVIS AND**
15                                      )   **CROSS-DEFENDANT MARTIN**
                                        )   **FRANCHISES INC. TO STAY**
16 ROBERT D. RUSSELL; BEN J. NEWITT; et )   **PROCEEDINGS BETWEEN THEM**
   al.,                                 )   **PENDING SETTLEMENT; [**~~PROPOSED~~
17                                      )   ~~ORDER~~**]**
                Defendants.             )
18 _____)
                                        )
19 CITY OF DAVIS,                       )
                                        )
20              Cross-claimant,         )
                                        )
21     vs.                              )
                                        )
22                                      )
                                        )
23 ROBERT D. RUSSELL; BEN J. NEWITT; the)
   Estate of PHILLIP NEWITT, Deceased; JUNG)
24 HANG SUH; SOO JUNG SUH; JUNG K.      )
   SEO; THE DAVIS CENTER, LLC; MELVIN   )
25 R. STOVER, individually and as a trustee of )
   the Stover Family Trust; EMILY A. STOVER, )
26 individually and as a trustee of the Stover )
   Family Trust; STOVER FAMILY TRUST;   )
27 RICHARD ALBERT STINCHFIELD,          )
   individually and as a successor trustee of the )
28 Robert S. Stinchfield Separate Property  )

- 1 -

**STIPULATION OF CITY OF DAVIS AND MARTIN TO STAY PROCEEEDINGS BETWEEN THEM
PENDING SETTLEMENT; [PROPOSED] ORDER          CASE NO. 2:03-CV-02646-WBS-CKD**

| | |
|---|---|
| Revocable Trust, and as trustee of the Barbara Ellen Stinchfield Testamentary Trust; ROBERT S. STINCHFIELD SEPARATE PROPERTY REVOCABLE TRUST; THE BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST; WORKROOM SUPPLY, INC., a California corporation; SAFETY-KLEEN CORPORATION, a California corporation; JENSEN MANUFACTURING COMPANY; VIC MANUFACTURING COMPANY USA, a Minnesota corporation; and MARTIN FRANCHISES, INC., aka/dba MARTINIZING DRY CLEANING; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Cross- Defendants. | ) |

WHEREAS, on October 3, 2012, this Court issued an order granting the motion for summary judgment of MARTIN FRANCHISES, INC. (hereinafter, "MARTIN") as to the claims of the CITY OF DAVIS ("CITY") against it for negligence, strict product liability, negligence per se, and under chapter 33.00 of the Davis Municipal Code [Docket No. 428];

WHEREAS, on October 3, 2012, this Court issued an order denying the CITY's motion for leave to amend its cross-claims against MARTIN [Docket No. 429];

WHEREAS, on October 3, 2012, this Court issued an order allowing the CITY ten days to submit a declaration or affidavit under Federal Rule of Civil Procedure 56(d) seeking time to obtain affidavits or declarations or to take discovery to support its opposition to MARTIN's summary judgment motion as to its CERCLA and nuisance claims against MARTIN [Docket No. 430];

WHEREAS, on October 3, 2012, this Court issued an order allowing MARTIN to file an opposition to said F.R.C.P. 56(d) submission within ten days of the filing of the CITY's submission [Docket No. 431];

WHEREAS, on October 3, 2012, this Court postponed its ruling on MARTIN's summary judgment motion on the CITY's CERCLA and nuisance claims until the Court could consider the F.R.C.P. 56(d) request by the CITY [Docket No.430];

WHEREAS, following the above-cited orders of the Court, the CITY and MARTIN began a dialogue on the potential settlement of the CITY's remaining claims against MARTIN;

- 2 -

STIPULATION OF CITY OF DAVIS AND MARTIN TO STAY PROCEEEDINGS BETWEEN THEM
PENDING SETTLEMENT; [PROPOSED] ORDER          CASE NO.  2:03-CV-02646-WBS-CKD

1  WHEREAS, on October 10, 2012, the CITY and MARTIN reached an agreement on the settlement of the CITY's remaining claims against MARTIN, which is expressly contingent on approval of the settlement terms by the City Council and the City's insurance carriers;

WHEREAS, pending the finalization of said settlement, the CITY and MARTIN hereby stipulate to stay the current proceedings between them, including, the CITY's Rule 56(d) submission, MARTIN's opposition thereto, and any rulings by this Court on the CITY's Rule 56(d) submission and MARTIN's summary judgment motion as to the CITY's CERCLA and nuisance claims;

WHEREAS, the CITY and MARTIN hereby stipulate that if the settlement cannot be finalized within forty-five (45) days of October 10, 2012, that is, by November 23, 2012, the stay of the current proceedings between the CITY and MARTIN shall terminate and the proceedings, including the CITY's Rule 56(d) submission, MARTIN's opposition thereto, and any rulings by the Court on the Rule 56(d) submission and MARTIN's summary judgment motion as to the CITY's CERCLA and nuisance claims, shall recommence and proceed in due course.  The CITY and MARTIN further stipulate that, should the stay of the current proceedings between them terminate, the CITY shall have ten (10) days from such termination to file its Rule 56(d) submission and MARTIN shall have ten (10) days from the CITY'S submission to file its opposition thereto.

IT IS SO STIPULATED.

Dated:  October 12, 2012         GORDON & REES LLP

                                 By:  /s/ *Kristin N. Reyna*
                                      Kristin N. Reyna
                                      Attorneys for Cross-Defendant
                                      MARTIN FRANCHISES INC.

Dated:  October 12, 2012         COTA COLE LLP

                                 By:  /s/ *Jennifer Hartman King*
                                      Jennifer Hartman King
                                      Miranda Dalju
                                      Attorneys for Cross-complainant
                                      CITY OF DAVIS

STIPULATION OF CITY OF DAVIS AND MARTIN TO STAY PROCEEEDINGS BETWEEN THEM
PENDING SETTLEMENT; [PROPOSED] ORDER          CASE NO.  2:03-CV-02646-WBS-CKD

*Gordon & Rees LLP*
*101 West Broadway, Suite 2000*
*San Diego, CA  92101*

1  IT IS SO ORDERED.

2  DATED: October 16, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Gordon & Rees LLP
101 West Broadway, Suite 2000
San Diego, CA  92101

- 4 -

STIPULATION OF CITY OF DAVIS AND MARTIN TO STAY PROCEEEDINGS BETWEEN THEM
PENDING SETTLEMENT; [PROPOSED] ORDER            CASE NO.  2:03-CV-02646-WBS-CKD