S. Craig Hunter
CA State Bar No. 125247
Law Office of S. Craig Hunter
PO Box 13810
San Luis Obispo, CA  93406
Tel:    (805) 544-4980
email: *craighunterlaw@sbcglobal.net*

Attorneys for Plaintiffs Charles H. Lewis
and Jane W. Lewis (Deceased)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS and JANE W. LEWIS,<br><br>　　Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL; et al.,<br><br>　　Defendants.<br><br>AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | Case No. **CIV. S-03-2646 WBS CKD**<br><br>**ORDER APPROVING SETTLEMENT, GRANTING APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, DISMISSING SAFETY-KLEEN SYSTEMS, INC., AND BARRING INDEMNITY AND CONTRIBUTION CLAIMS** |

The Court, having received and considered the application and supporting materials of plaintiff Charles H. Lewis, for himself and for plaintiff Jane W. Lewis, Deceased ("Lewis"), and defendant Safety-Kleen Systems, Inc., erroneously sued as Safety-Kleen Corporation ("Safety-Kleen"), for an order (1) approving the settlement between Lewis and Safety-Kleen (the "Lewis / Safety-Kleen Settlement"), (2) determining that the Lewis / Safety-Kleen Settlement is made in good faith, (3) dismissing all claims asserted against Safety-Kleen in the above-entitled action, with prejudice (including, but not limited to, the claims asserted by Lewis against Safety-Kleen in the Second Amended Complaint), and (4) barring all claims relating to the facts of this action, including, but not limited to, contribution and indemnity claims that have been or that could have been asserted by any person or entity, in this action

or otherwise, against Safety-Kleen with regard matters asserted in this action and with regard to the dry cleaner site located at 670 "G" Street, Davis, CA (the "Site"), whether such claims are or could be brought pursuant to federal or state law, having received no opposition to the application, no motion having been made contesting the application, and good cause appearing therefor, the Court finds that the Lewis / Safety-Kleen settlement is made in good faith, pursuant to California Code of Civil Procedure section 877.6.

Therefore, good cause appearing:

**IT IS HEREBY ORDERED**, as follows:

1. That the application of plaintiff Charles H. Lewis, for himself and for Jane W. Lewis, Deceased ("Lewis"), and of defendant Safety-Kleen Systems, Inc., sued herein as Safety-Kleen Corporation ("Safety-Kleen") for approval of their settlement be, and hereby is, **GRANTED**.

2. That the settlement between Lewis and Safety-Kleen (the "Lewis / Safety-Kleen Settlement") be, and hereby is, confirmed and approved and determined to have been made in good faith.

3. That all claims asserted in the above-entitled action against Safety-Kleen, including, but not limited to, the claims asserted by Lewis against Safety-Kleen in the Second Amended Complaint, be, and hereby are, dismissed, with prejudice.

4. That all claims relating to the facts of this action, including, but not limited to, claims for contribution and indemnity that have been or that could have been asserted against Safety-Kleen by any person or entity, whether in this action or otherwise, with regard to matters asserted in the above-entitled action and/or with regard to the dry cleaner site located at 670 "G" Street, Davis, CA (the "Site"), whether such claims are, or could be, brought pursuant to federal and/or state law, be, and hereby are, forever barred.

1      5.     That the Uniform Comparative Fault Act ("UCFA") be applied to the Lewis / Safety-Kleen Settlement.

Dated: May 9, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE