UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CHARLES H. LEWIS and JANE W. LEWIS, | NO. CIV. 2:03-2646 WBS CKD |
| Plaintiffs, | ORDER RE: MOTION TO AMEND STATUS (PRETRIAL SCHEDULING) ORDER |
| v. | |
| ROBERT D. RUSSELL; IRENE RUSSELL; BEN J. NEWITT; the Estate of PHILLIP NEWITT, Deceased; JUNG HANG SUH; SOO JUNG SUH; JUNG K. SEO; THE DAVIS CENTER, LLC; MELVIN R. STOVER, individually and as trustee of the Stover Family Trust; EMILY A. STOVER, individually and as trustee of the Stover Family Trust; STOVER FAMILY TRUST; RICHARD ALBERT STINCHFIELD, individually and as successor trustee of the Robert S. Stinchfield Separate Property Revocable Trust, and as trustee of the Barbara Ellen Stinchfield Testamentary Trust; ROBERT S. STINCHFIELD SEPARATE PROPERTY REVOCABLE TRUST; THE BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST; WORKROOM SUPPLY, INC., a California corporation; SAFETY-KLEEN CORPORATION, a California corporation; the CITY OF DAVIS; JENSEN MANUFACTURING COMPANY; VIC MANUFACTURING COMPANY; | |

1

```
1  MARTIN FRANCHISES INC., aka/dba
   MARTINIZING DRY CLEANING,
2
              Defendants.
3  ─────────────────────────────────

4  AND RELATED COUNTER, CROSS,
   AND THIRD PARTY CLAIMS.
5  ─────────────────────────────────/
```

----oo0oo----

Charles H. Lewis and Jane W. Lewis (the "Lewises") brought this action pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9601-9675, for recovery of costs incurred to remove hazardous substances from a piece of real property located in Davis, California ("Property"). Various cross-, counter-, and third-party claims were subsequently filed. Currently before the court is The Davis Center, LLC, Emily Stover,[1] and Richard Stinchfield's[2] (collectively, "Davis Center") motion to amend the April 14, 2011 Status (Pretrial Scheduling) Order. (Docket No. 447.)

The April 14, 2011 Status (Pretrial Scheduling) Order set the discovery deadline for March 21, 2014, the motion deadline for May 23, 2014, the Final Pretrial Conference for July 21, 2014, and the trial date for September 16, 2014. (Docket No. 344.) Davis Center wishes to extend all deadlines 180 days while it explores "a detailed investigative program and laboratory

---

[1] Emily Stover files the motion individually, as trustee of the Stover Family trust, and as personal representative for Melvin Stover (deceased).

[2] Richard Stinchfield files the motion individually, as trustee of the Robert S. Stinchfield Separate Real Property Trust, and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust.

2

study" of "a viable remediation approach for the site."  (Davis Center's Mem. in Supp. of Mot. to Stay at 3:12-15 (Docket No. 448).)

Although the court is skeptical that good cause exists to modify the Status Order when the parties have had over ten years to pursue the study and a global settlement, no party has filed an opposition to Davis Center's motion.  To the contrary, all parties who have an interest in this matter have affirmatively stated their non-opposition to the request.  (See Docket Nos. 452-454, 456 (statements of non-opposition filed by various parties).)  The court will accordingly grant the motion.

IT IS THEREFORE ORDERED that Davis Center's motion to amend the April 14, 2011 Status (Pretrial Scheduling) Order be, and the same hereby is, GRANTED.  The deadlines provided in the April 14, 2011 Status (Pretrial Scheduling) Order are hereby VACATED and AMENDED as follows:

Discovery Deadline: no later than September 19, 2014;

Motion Deadline: no later than November 21, 2014;

Final Pretrial Conference: January 20, 2015 at 2:00 p.m.; and

Trial Date: March 17, 2015 at 9:00 a.m.

All other dates, times, and information provided in the April 14, 2011 Status (Pretrial Scheduling) Order shall remain unchanged.

DATED:  August 29, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3