Chad N. Dunigan (SBN 204946)
Jason A. Rose (SBN 271139)
KOELLER, NEBEKER, CARLSON & HALUCK, LLP
1478 Stone Point Drive, Suite 400
Roseville, CA 95661
(916) 724-5700
(916) 788-2850 Facsimile
Chad.dunigan@knchlaw.com
Jason.rose@knchlaw.com

Attorneys for Defendants/Cross-Complainants/
Third Party Plaintiffs,
THE DAVIS CENTER, LLC; EMILY STOVER,
Individually and as Trustee of the STOVER FAMILY
TRUST and as Personal Representative for Melvin Stover
(Deceased); and RICHARD ALBERT STINCHFIELD,
Individually and as Trustee of the ROBERT S.
STINCHFIELD SEPARATE REAL PROPERTY TRUST
and as Trustee of the BARBARA ELLEN STINCHFIELD
TESTAMENTARY TRUST

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| CHARLES LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RUSSELL, et al.,<br><br>Defendants. | **Case No. CIV S-03-2646 WBS KJM**<br><br>**STIPULATION TO EXTEND THE EXPERT DISCLOSURE DEADLINE TO A DATE CONSISTENT WITH ORDER GRANTING THE DAVIS CENTER, LLC, ET AL.'S MOTION TO MODIFY APRIL 11, 2011 STATUS ORDER AND ORDER THEREON** |
| AND RELATED CROSS-ACTIONS. | Trial Date: March 17, 2015 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On August 30, 2013, the Court granted THE DAVIS CENTER, LLC; EMILY STOVER, Individually and as Trustee of the STOVER FAMILY TRUST and as Personal Representative for Melvin Stover (Deceased); and RICHARD ALBERT STINCHFIELD, Individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST's (collectively

the "Davis Center") Motion to Modify the April 11, 2011 Status Order ("Motion") and extended the trial date and many of the discovery and litigation related deadlines. (Docket No. 457.) The Order, however, left the disclosure of experts and of expert reports for September 13, 2013, with rebuttal expert disclosures and production of reports for November 15, 2013. The basis for the Motion was to extend the deadlines to provide the Davis Center with sufficient time to complete an investigative study to determine the efficacy of a potential site remedy. Given the additional work the Davis Center plans to complete, expert disclosures and production of the reports is premature because these disclosures and reports would lack the data generated from the investigative study and, as a result, these reports would be incomplete. Such a result would create needless work and expense to the parties.

The participating parties[i] appearing in the above-entitled action due hereby stipulate to extend the deadline to disclose experts and produce reports from September 13, 2013 to March 12, 2014 and rebuttal experts and production of rebuttal expert reports from November 15, 2013 to May 10, 2014.

**SO STIPULATED.**

DATED: September 4, 2013

*/s/ Jason A. rose*
Chad N. Dunigan
Jason A. Rose
Attorneys for Defendants/Cross-Complainants/ Third Party Plaintiffs, THE DAVIS CENTER, LLC; EMILY STOVER, Individually and as Trustee of the STOVER FAMILY TRUST and as Personal Representative for Melvin Stover (Deceased); and RICHARD ALBERT STINCHFIELD, Individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST

DATED: September _5, 2013

*/s/ Jeffory J. Scharff*
Jeffory J. Scharff
Attorney for Potter Taylor & Company, and it predecessors-in-interest: Potter, Long, Adams & Taylor, Ltd.; Davis Center; Potter-Taylor, Inc.; and Potter Taylor & Scurfield, Inc.

DATED: September _5, 2013

*/s/ Daniel W. Smith*
Daniel W. Smith
Attorneys for Robert D. Russell (Deceased) and Irene Russell.

DATED: September _4, 2013

*/s/ Jennifer Hartman King*
Jennifer Hartman King
Attorneys for the City of Davis

DATED: September _3, 2013

*/s/ Olivia Marie Wright*
Steven H. Goldberg
Olivia Marie Wright
Attorneys for Marie L. Whitcombe (Deceased)

DATED: September _3, 2013

*/s/ S. Craig Hunter*
S. Craig Hunter
Attorney for Charles H. Lewis and Jane W. Lewis (Deceased)

**ORDER**

Pursuant to stipulation, it is hereby ordered that the parties must disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than March 12, 2014. Experts whose testimony is intended solely for rebuttal must be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before May 10, 2014.

**SO ORDERED**.

DATED: September 18, 2013

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[i] Jung Hang Suh, Soo Jung Suh, and Jung K. Seo have not participated in this case for years and are not part of the group of parties that is directly involved in trying to resolve this matter.