UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS and JANE W. LEWIS,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL; et al.,<br><br>    Defendants.<br><br>AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | Case No. CIV. S-03-2646 WBS CKD<br><br>ORDER OF DISMISSAL OF FIRST, SECOND, THIRD, FOURTH, FIFTH AND SIXTH CLAIMS FOR RELIEF OF THE SECOND AMENDED COMPLAINT |

Plaintiff Charles H. Lewis, for himself and for plaintiff Jane W. Lewis, deceased ("Lewis"), moves pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure for an order dismissing, with prejudice, the following claims for relief asserted in plaintiffs Lewis' Second Amended Complaint:

   1.   The First Claim for Relief for Cost Recovery under CERCLA § 107(a);

   2.   The Second Claim for Relief for Contribution under CERCLA § 113;

   3.   The Third Claim for Relief for Contribution and/or Indemnity under California Health and Safety Code section 25363(e);

   4.   The Fourth Claim for Relief for Equitable Indemnity and Contribution;

     5.     The Fifth Claim for Relief for Negligence; and

     6.     The Sixth Claim for Relief for Declaratory Relief.

After reviewing and considering plaintiff's memorandum and because all remaining parties either filed statements of non-opposition or declined to file any opposition, the court finds that oral argument is unnecessary and that the motion should be granted.

**IT IS THEREFORE ORDERED** that Lewis' Rule 41(a)(2) motion for dismissal, with prejudice, of the First, Second, Third, Fourth, Fifth and Sixth Claims for Relief of the Second Amended Complaint be, and the same hereby is, GRANTED and the hearing set for December 30, 2013, at 2:00 p.m. be vacated.

**IT IS FURTHER ORDERED** that the First Claim for Relief for Cost Recovery under CERCLA § 107(a), the Second Claim for Relief for Contribution under CERCLA § 113, the Third Claim for Relief for Contribution and/or Indemnity under California Health and Safety Code section 25363(e), the Fourth Claim for Relief for Equitable Indemnity and Contribution, the Fifth Claim for Relief for Negligence, and the Sixth Claim for Relief: Declaratory Relief, contained in the Second Amended Complaint, be, and the same hereby hereby are, dismissed, with prejudice:

This order does not address any fees or costs associated with these claims or the case.

Dated: December 18, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE