Chad N. Dunigan (SBN 204946)
William J. Ferguson (SBN 245864)
KOELLER, NEBEKER, CARLSON & HALUCK, LLP
1478 Stone Point Drive, Suite 400
Roseville, CA 95661
(916) 724-5700
(916) 788-2850 Facsimile
chad.dunigan@knchlaw.com
william.ferguson@knchlaw.com

Attorneys for Defendants/Cross-Complainants/
Third Party Plaintiffs,
THE DAVIS CENTER, LLC; EMILY STOVER, Individually and as Trustee of the STOVER FAMILY TRUST and as Personal Representative for Melvin Stover (Deceased); and RICHARD ALBERT STINCHFIELD, Individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| CHARLES LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT RUSSELL, et al.,<br><br>Defendants. | **Case No. CIV S-03-2646 WBS KJM**<br><br>**STIPULATION TO EXTEND DISCOVERY, DISCLOSURE, TRIAL AND OTHER DEADLINES SET FORTH IN THE PRETRIAL SCHEDULING ORDER AND [~~PROPOSED~~] ORDER THEREON**<br><br>Trial Date: September 22, 2015 |
| AND RELATED CROSS-ACTIONS. | |

THE DAVIS CENTER, LLC; EMILY STOVER, Individually and as Trustee of the STOVER FAMILY TRUST and as Personal Representative for Melvin Stover (Deceased); and RICHARD ALBERT STINCHFIELD, Individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST (collectively the "Davis Center"); Potter Taylor & Company, and it predecessors-in-interest: Potter, Long, Adams & Taylor, Ltd.; Davis Center; Potter-Taylor, Inc.; and Potter Taylor & Scurfield, Inc.; Robert D. Russell (Deceased) and

Irene Russell; the City of Davis; Marie L. Whitcombe (Deceased); and Charles H. Lewis and Jane W. Lewis (Deceased) (collectively the "Participating Parties") are parties to the above-captioned matter. The Davis Center previously moved to amend the scheduling order (Docket No. 447) and the Participating Parties stipulated to extend the deadlines to disclose experts (Docket No. 458) in order to provide the Davis Center with sufficient time to complete an investigative study to determine the efficacy of a potential site remedy. The Court entered Orders granting the Motion (Docket No. 457) and approving the Stipulation (Docket No. 460). The Participating Parties entered into a further stipulation to amend the scheduling order to allow time to produce and compile data associated with the investigative study (Docket No. 472). The Court entered an Order approving the Stipulation (Docket No. 474).

The initial site work or field portion of that investigative study has been completed. The data from the investigative study is still currently being compiled. According to the Davis Center's consultants, however, it will now require at least one to two more additional months to produce and compile the data and complete final testing associated with the investigative study. Given the additional work the Davis Center plans to complete, expert disclosures and production of the reports are premature because these disclosures and reports would lack the data generated from the investigative study and, as a result, these reports would be incomplete. Such a result would create needless work and expense to the parties.

The data and reports are necessary to determine the efficacy of a potential site remedy and, as a result, will help the parties with their settlement efforts. The Participating Parties appearing in the above-entitled action do hereby stipulate to extend the following deadlines four months:

1. Disclosure of experts and production of reports, no later than: January 12, 2015;
2. Rebuttal experts and production of rebuttal expert reports, no later than: March 10, 2015;
3. Discovery deadlines: no later than July 20, 2015;
4. Motion deadline: no later than September 21, 2015;

5. Final pretrial conference on November 20, 2015 or such time that is convenient for the Court;

6. Jury Trial on January 22, 2016, or such time that is convenient for the Court.

**SO STIPULATED.**

DATED: August 15, 2014

/s/ William J. Ferguson
Chad N. Dunigan
William J. Ferguson
Attorneys for Defendants/Cross-Complainants/ Third Party Plaintiffs, THE DAVIS CENTER, LLC; EMILY STOVER, Individually and as Trustee of the STOVER FAMILY TRUST and as Personal Representative for Melvin Stover (Deceased); and RICHARD ALBERT STINCHFIELD, Individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST

DATED: August 15, 2014

/s/ Jeffory J. Scharff
Jeffory J. Scharff
Attorney for Potter Taylor & Company, and it predecessors-in-interest: Potter, Long, Adams & Taylor, Ltd.; Davis Center; Potter-Taylor, Inc.; and Potter Taylor & Scurfield, Inc.

DATED: August 15, 2014

/s/ Daniel W. Smith
Daniel W. Smith
Attorneys for Robert D. Russell (Deceased) and Irene Russell.

DATED: August 15, 2014

/s/ Jennifer Hartman King
Jennifer Hartman King
King Williams & Gleason LLP
Attorneys for the City of Davis.

DATED: August 15, 2014

/s/ Olivia Marie Wright
Steven H. Goldberg
Olivia Marie Wright
Attorneys for Marie L. Whitcombe (Deceased)

DATED: August 15, 2014

/s/ S. Craig Hunter

S. Craig Hunter
Attorney for Charles H. Lewis and Jane W. Lewis (Deceased)

**ORDER**

Accordingly, for good cause and pursuant to the above stipulation of the Participating Parties, IT IS HEREBY ORDERED that:

1. Disclosure of experts and production of reports must occur no later than January 12, 2015;

2. Rebuttal experts and production of rebuttal expert reports must occur no later than March 10, 2015;

3. All discovery must be completed no later than July 20, 2015;

4. All motions to be filed no later than September 21, 2015;

5. Final pretrial conference is reset to **November 23, 2015 at 2:00 p.m.**

6. Jury trial is set for **January 20, 2016 at 9:00 a.m.** and

5. All other dates set forth in the Court's Order re motion to amend status (pretrial scheduling) order (Docket No. 457) shall remain the same.

**IT IS SO ORDERED**.

Dated: August 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE