Chad N. Dunigan (SBN 204946)
William J. Ferguson (SBN 245864)
KOELLER, NEBEKER, CARLSON & HALUCK, LLP
1478 Stone Point Drive, Suite 400
Roseville, CA  95661
(916) 724-5700
(916) 788-2850 Facsimile
chad.dunigan@knchlaw.com
william.ferguson@knchlaw.com

Attorneys for Defendants/Cross-Complainants/
Third Party Plaintiffs,
THE DAVIS CENTER, LLC; EMILY STOVER,
Individually and as Trustee of the STOVER FAMILY
TRUST and as Personal Representative for Melvin Stover
(Deceased); and RICHARD ALBERT STINCHFIELD,
Individually and as Trustee of the ROBERT S.
STINCHFIELD SEPARATE REAL PROPERTY TRUST
and as Trustee of the BARBARA ELLEN STINCHFIELD
TESTAMENTARY TRUST

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT RUSSELL, et al.,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. CIV S-03-264 6 WBS KJM<br><br>**STIPULATION TO EXTEND DISCOVERY, DISCLOSURE, TRIAL AND OTHER DEADLINES SET FORTH IN THE PRETRIAL SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**<br><br>Trial Date:   September 20, 2016 |

THE DAVIS CENTER, LLC; EMILY STOVER, Individually and as Trustee of the STOVER FAMILY TRUST and as Personal Representative for Melvin Stover (Deceased); and RICHARD ALBERT STINCHFIELD, Individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST (collectively the "Davis Center"); Potter Taylor & Company, and its predecessors-in-interest : Potter, Long, Adams & Taylor, Ltd.; Davis Center; Potter-Taylor, Inc.; and

Potter Taylor & Scurfield, Inc.; Robert D. Russell (Deceased) and Irene Russell; the City of Davis; Marie L. Whitcombe (Deceased); and Charles H. Lewis and Jane W. Lewis (Deceased) (collectively the "Participating Parties") are parties to the above-captioned matter. The Davis Center previously moved to amend the scheduling order (Docket No. 447) and the Participating Parties stipulated to extend the deadlines to disclose experts (Docket No. 458) in order to provide the Davis Center with sufficient time to complete an investigative study to determine the efficacy of a potential site remedy. The Court entered Orders granting the Motion (Docket No. 457) and approving the Stipulation (Docket No. 460). The Participating Parties entered into a further stipulation to amend the scheduling order to allow time to produce and compile data associated with the investigative study (Docket No. 472). The Court entered an Order approving the Stipulation (Docket No. 474). The Participating Parties entered into a further stipulation to amend the scheduling order to allow time to produce and compile additional data associated with the site investigation (Docket No. 475). The Court entered an Order approving the Stipulation (Docket No. 477). The Participating Parties entered into a further stipulation to amend the scheduling order to allow time to develop a cost estimate and work plan for the proposed remediation (Docket No. 478). The Court entered an Order approving the Stipulation (Docket No. 479).

The field portion of the site investigation necessary to determine an appropriate remedy has been completed, and the data from that study has been compiled and analyzed. The Davis Center presented the results of the investigation to Central Valley Regional Water Quality Control Board ("Regional Board") staff and received preliminary approval for its proposed remedial approach for the site at issue. Some of the Participating Parties have been and are still working together to develop a cost estimate and work plan for the proposed remediation. The work plan will need to be approved by the Regional Board, which could take several months. Also, the Participating Parties are discussing possible mediation after the work plan has been approved, in an effort to resolve the case. The preparation of the aforementioned cost estimate and work plan is underway, but has taken longer than originally anticipated.

In light of the foregoing and due to upcoming expert disclosure and discovery deadlines, proceeding toward trial on the current schedule would unnecessarily waste the parties' resources on

litigation instead of allowing the parties to focus their resources on coordinating with one another to prepare a work plan, obtain Regional Board approval, and participate in settlement negotiations. Therefore, the Participating Parties appearing in the above-entitled action hereby stipulate to extend the following deadlines six months:

1. Disclosure of experts and production of reports: no later than March 14, 2016;

2. Rebuttal experts and production of rebuttal expert reports: no later than May 10, 2016;

3. Discovery deadlines: no later than September 21, 2016;

4. Motion deadline: no later than December 23, 2016;

5. Final pretrial conference on February 20, 2017 or such time that is convenient for the Court;

6. Jury Trial on April 24, 2017, or such time that is convenient for the Court.

**SO STIPULATED.**

DATED:   June 2, 2015                           KOELLER, NEBEKER, CARLSON & HALUCK, LLP

　　　　　　　　　　　　　　　　　　　　　　　　 /s/  *William F. Ferguson*
　　　　　　　　　　　　　　　　　　　　　　　　William J. Ferguson
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants/Cross-Complainants/ Third Party Plaintiffs, THE DAVIS CENTER, LLC; EMILY STOVER, Individually and as Trustee of the STOVER FAMILY TRUST and as Personal Representative for Melvin Stover (Deceased); and RICHARD ALBERT STINCHFIELD, Individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST

| | |
|---|---|
| DATED: June 2, 2015 | KING WILLIAMS & GLEASON LLP |
| | /s/ *Jennifer Hartman King* <br> Jennifer Hartman King <br> Shelby M. Gatlin <br> Attorneys for Defendant, Cross-Complainant and Cross-Defendant CITY OF DAVIS |
| DATED: June 2, 2015 | LAW OFFICES OF JEFFORY J. SCHARFF |
| | /s/ *Jeffory J. Scharff* <br> Jeffory J. Scharff <br> Attorney for Potter Taylor & Company, and it predecessors-in-interest: Potter, Long, Adams & Taylor, Ltd.; Davis Center; Potter-Taylor, Inc.; and Potter Taylor & Scurfield, Inc. |
| DATED: June 2, 2015 | LAW OFFICES OF DANIEL W. SMITH |
| | /s/ *Daniel W. Smith* <br> Daniel W. Smith <br> Attorneys for Robert D. Russell (Deceased) and Irene Russell |
| DATED: June 2, 2015 | DOWNEY BRAND LLP |
| | /s/ *Steven H. Goldberg* <br> Steven H. Goldberg <br> Olivia Marie Wright <br> Attorneys for Marie L. Whitcombe (Deceased) |
| | LAW OFFICES OF S. CRAIG HUNTER |
| DATED: June 2, 2015 | |
| | /s/ *S. Craig Hunter* <br> S. Craig Hunter <br> Attorney for Charles H. Lewis and Jane W. Lewis (Deceased) |

**ORDER**

For good cause and pursuant to the above stipulation of the Participating Parties, IT IS HEREBY ORDERED that:

1. Disclosure of experts and production of reports must occur no later than March 14, 2016;
2. Rebuttal experts and production of rebuttal expert reports must occur no later than May10, 2016;
3. All discovery must be completed no later than September 21, 2016;
4. All motions to be filed no later than December 23, 2016;
5. Final pretrial conference is reset to **February 27, 2017 at 2:00 p.m.;**
6. Jury trial is set for **April 25, 2017 at 9:00 a.m.**

**IT IS SO ORDERED**.

Dated: June 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE