1 | JUNG HANG SUH
2 | SOO JUNG SUH
3003 Mojave Dr.
West Sacramento, CA 95691
3
4 | Third-Party (Cross) Plaintiffs
IN PRO PER

5

6 | DOWNEY BRAND LLP
STEVEN H. GOLDBERG (Bar No. 140039)
7 | OLIVIA M. WRIGHT (Bar No. 240200)
621 Capitol Mall, 18th Floor
8 | Sacramento, CA 95814-4686
Telephone: (916) 444-1000
9 | Facsimile: (916) 444-2100
sgoldberg@downeybrand.com
owright@downeybrand.com

10 | Attorneys for Third-Party (Cross) Defendant
11 | MARIE L. WHITCOMBE, individually and as Trustee
of the Marie L. Whitcombe Trust

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS and JANE W. LEWIS,<br><br>Plaintiffs,<br>vs.<br><br>ROBERT D. RUSSELL, et al.,<br><br>Defendants.<br><br>AND ALL RELATED CROSS- AND COUNTER-CLAIMS | Case No. CIV-S-03-2646 WBS AC<br><br>**STIPULATION OF THIRD-PARTY (CROSS) PLAINTIFFS JUNG HANG SUH AND SOO JUNG SUH AND THIRD-PARTY (CROSS) DEFENDANT MARIE L. WHITCOMBE, DECEASED, INDIVIDUALLY AND AS TRUSTEE OF THE MARIE L. WHITCOMBE TRUST, FOR DISMISSAL OF CROSS-CLAIMS; [~~PROPOSED~~] ORDER OF DISMISSAL**<br><br>**[Fed. R. Civ. Proc. 41(a)(1)(A)(ii)]**<br><br>Trial Date: April 24, 2017 |

1

**STIPULATION**

Third-Party (Cross) Plaintiffs Jung Hang Suh and Soo Jung Suh (collectively, the "Suhs"); and Third-Party (Cross) Defendant Marie L. Whitcombe, Deceased, individually and as Trustee of the Marie L. Whitcombe Trust ("Whitcombe"), through her attorneys of record, stipulate to the following:

That the Suhs' claims in its Cross-Claims, filed on or about May 16, 2004 in the above-entitled action, be dismissed in their entirety, with prejudice, as against Whitcombe only.

Dated: May 5, 2016                              /S/Jung Hang Suh

                                                Third Party (Cross) Plaintiff
                                                JUNG HANG SUH


Dated: May 5 2016                               /S/ Soo Jung Suh

                                                Third Party (Cross) Plaintiff
                                                SOO JUNG SUH


Dated: May 11, 2016          DOWNEY BRAND LLP


                             By:       /S/ Olivia M. Wright
                                    STEVEN H. GOLDBERG
                                    OLIVIA M. WRIGHT
                                Attorneys for Third Party (Cross) Defendant
                                MARIE L. WHITCOMBE, Deceased, individually and
                                as Trustee of the Marie L. Whitcombe Trust

### ORDER OF DISMISSAL

The Court, having reviewed and considered the stipulation set forth above and good cause appearing, issues the following Order:

IT IS HEREBY ORDERED that the Cross-Claims filed by Third-Party (Cross) Plaintiffs Jung Hang Suh and Soo Jung Suh in the above-entitled action on May 16, 2004 be, and hereby are, dismissed in their entirety, with prejudice, as to Third-Party (Cross) Defendant Marie L. Whitcombe, individually and as Trustee of the Marie L. Whitcombe Trust, only.

Dated: May 11, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE