JENNIFER HARTMAN KING (Bar No. 211313)
ALANNA C. LUNGREN (Bar No. 269668)
TYLER BOWLIN (Bar No. 305715)
KING WILLIAMS LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:    (916) 379-7530
Facsimile:     (916) 379-7535
JHartmanKing@KingWilliamsLaw.com
ALungren@KingWilliamsLaw.com
TBowlin@KingWilliamsLaw.com

BEST, BEST & KRIEGER LLP
HARRIET A. STEINER (Bar No. 109436)
500 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone:    (916) 325-4000
Facsimile:     (916) 325-4010
Harriet.Steiner@bbklaw.com

Attorneys for Defendant
CITY OF DAVIS

Exempt From Filing Fees Pursuant To
Government Code Section 6103

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS AND JANE W. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL, ET AL.,<br><br>Defendants,<br><br>AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | Case No. 2:03-CV-02646-WBS-AC<br><br>**STIPULATION TO CONTINUE THE CITY OF DAVIS'S MOTION TO COMPEL AND FOR SANCTIONS AS TO THE DAVIS CENTER;**<br><br>**[PROPOSED] ORDER**<br><br>**[LR 144]**<br><br>Hearing Date:      September 21, 2016<br>New Date:           October 26, 2016<br>Time:                    10:00 a.m.<br>Courtroom:         26, 8th Floor<br>Magistrate Judge: Hon. Allison Claire |

Stip & Prop Order.1

**STIPULATION**

Defendant, The City of Davis (the "City"), and Defendant/Cross-Complainants/Third Party Plaintiffs THE DAVIS CENTER LLC; EMILY STOVER, Individually, and as Trustee of the STOVER FAMILY TRUST and as Personal Representative for Melvin Stover (Deceased); and RICHARD ALBERT STINCHFIELD, Individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST ("The Davis Center"), (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the City noticed a Motion to Compel and for Sanctions ("Motion"), as to The Davis Center which is set for hearing before the Honorable Allison Claire on September 21, 2016;

WHEREAS, the City's Motion seeks an order from the Court compelling The Davis Center to produce a prepared witness for the City to depose, pursuant to Federal Rule of Civil Procedure rule 30(b)(6) ("Rule 30(b)(6)"), by the discovery cutoff deadline of September 21, 2016;

WHEREAS, on September 6, 2016, The Davis Center agreed to produce a prepared witness pursuant to Rule 30(b)(6) on September 21, 2016, in Woodland Hills, California;

WHEREAS, this is the first request for continuance of the hearing on the City's Motion;

WHEREAS, to allow for the City's deposition of The Davis Center's witness to occur, the Parties stipulate to continue the hearing on the City's Motion to a new date of October 26, 2016 at 10:00 a.m., or at such date and time that is convenient for the Court;

WHEREAS, the Parties stipulate that all deadlines and/or requirements applicable to the City's Motion pursuant to the Federal Rules of Civil Procedure or Local Rules shall run from the new hearing date;

///

///

///

Stip & Prop Order.1

-1-

STIPULATION TO CONTINUE THE CITY OF DAVIS'S MOTION TO COMPEL/SANCTIONS; [PROPOSED] ORDER

NOW THEREFORE, the Parties hereby stipulate to the recitals set forth directly above.

Dated: September 12, 2016                    Respectfully submitted,

KING WILLIAMS LLP

By: /s/ *Jennifer Hartman King*
    Jennifer Hartman King
Attorneys for Defendant
CITY OF DAVIS

Dated: September 12, 2016                    Respectfully submitted,

KOELLER, NEBEKER,
CARLSON & HALUCK, LLP

By: /s/ *Peter W. Dye*
    Peter W. Dye
Attorneys for THE DAVIS CENTER LLC; EMILY STOVER, Individually, and as Trustee of the STOVER FAMILY TRUST and as Personal Representative for Melvin Stover (Deceased); and RICHARD ALBERT STINCHFIELD, Individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing Stipulation,

**IT IS SO ORDERED.**

Dated: September 14, 2016

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE