JENNIFER HARTMAN KING (Bar No. 211313)
ALANNA C. LUNGREN (Bar No. 269668)
TYLER BOWLIN (Bar No. 305715)
KING WILLIAMS LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:       (916) 379-7530
Facsimile:        (916) 379-7535
JHartmanKing@KingWilliamsLaw.com
ALungren@KingWilliamsLaw.com
TBowlin@KingWilliamsLaw.com

BEST, BEST & KRIEGER LLP
HARRIET A. STEINER (Bar No. 109436)
500 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone:       (916) 325-4000
Facsimile:        (916) 325-4010
Harriet.Steiner@bbklaw.com

Exempt From Filing Fees Pursuant To
Government Code Section 6103

Attorneys for Defendant
CITY OF DAVIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

CHARLES H. LEWIS AND JANE W. LEWIS,

Plaintiffs,

v.

ROBERT D. RUSSELL, ET AL.,

Defendants,

Case No.:  CIV S-03-2646 WBS AC

**STIPULATION TO CONTINUE THE HEARING ON THE CITY OF DAVIS'S MOTION TO COMPEL AND FOR SANCTIONS AS TO THE DAVIS CENTER;**

**[~~PROPOSED~~] ORDER**

**[LR 144]**

Hearing Date:      December 14, 2016
New Date:            January 25, 2017
Time:                   10:00 a.m.
Courtroom:          26, 8th Floor
Magistrate Judge: Hon. Allison Claire

AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS.

KING WILLIAMS LLP
520 CAPITOL MALL, SUITE 750
SACRAMENTO, CA 95814
TEL: (916) 379-7530 / FAX: (916) 379-7535

00013941.1

**STIPULATION**

Defendant, The City of Davis (the "City"), and Defendant/Cross-Complainants/Third Party Plaintiffs THE DAVIS CENTER LLC; EMILY STOVER, Individually, and as Trustee of the STOVER FAMILY TRUST and as Personal Representative for Melvin Stover (Deceased); and RICHARD ALBERT STINCHFIELD, Individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST ("The Davis Center"), (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the City noticed a Motion to Compel and for Sanctions ("Motion"), as to The Davis Center which is set for hearing before the Honorable Allison Claire on December 14, 2016;

WHEREAS, the City's Motion seeks an order from the Court compelling The Davis Center to produce a prepared witness for the City to depose, pursuant to Federal Rule of Civil Procedure rule 30(b)(6) ("Rule 30(b)(6)"), by the discovery cutoff deadline of September 21, 2016;

WHEREAS, on September 21, 2016, The Davis Center produced for deposition its Rule 30(b)(6) designated witness in Woodland Hills, California;

WHEREAS, the City's Motion also seeks an order for sanctions as to The Davis Center;

WHEREAS, this is the fourth request for continuance of the hearing on the City's Motion;

WHEREAS, the City and The Davis Center have been engaged in good faith settlement negotiations in an effort to reach a mutually agreeable resolution and avoid the need for a hearing on the City's Motion.  The Parties, therefore, stipulate to continue the hearing on the City's Motion to a new date of January 25, 2017 at 10:00 a.m., or at such date and time that is convenient for the Court;

WHEREAS, the Parties stipulate that all deadlines and/or requirements applicable to the City's Motion pursuant to the Federal Rules of Civil Procedure or Local Rules shall run from the new hearing date;

///

///

00013941.1

1

NOW THEREFORE, the Parties hereby stipulate to the recitals set forth directly above.

Dated: December 6, 2016                                    Respectfully submitted,

                                                           KING WILLIAMS LLP


                                                           By: /s/ Jennifer Hartman King
                                                               Jennifer Hartman King
                                                           Attorneys for Defendant
                                                           CITY OF DAVIS

Dated: December 6, 2016                                    Respectfully submitted,

                                                           KOELLER, NEBEKER,
                                                           CARLSON & HALUCK, LLP


                                                           By:    /s/ Peter W. Dye
                                                                  Peter W. Dye
                                                           Attorneys for THE DAVIS CENTER
                                                           LLC;       EMILY      STOVER,
                                                           Individually, and as Trustee of the
                                                           STOVER FAMILY TRUST and as
                                                           Personal Representative for Melvin
                                                           Stover (Deceased); and RICHARD
                                                           ALBERT          STINCHFIELD,
                                                           Individually and as Trustee of the
                                                           ROBERT      S.     STINCHFIELD
                                                           SEPARATE    REAL    PROPERTY
                                                           TRUST   and   as  Trustee  of  the
                                                           BARBARA ELLEN STINCHFIELD
                                                           TESTAMENTARY TRUST

## [~~PROPOSED~~] ORDER

Pursuant to the foregoing Stipulation,

**IT IS SO ORDERED.**


Dated: December 7, 2016

                                                           _/s/ Allison Claire_
                                                           ALLISON CLAIRE
                                                           UNITED STATES MAGISTRATE JUDGE