JENNIFER HARTMAN KING (Bar No. 211313)
ALANNA C. LUNGREN (Bar No. 269668)
TYLER BOWLIN (Bar No. 305715)
KING WILLIAMS LLP
520 Capitol Mall, Suite 750
Sacramento, CA  95814
Telephone:   (916) 379-7530
Facsimile:    (916) 379-7535
JHartmanKing@KingWilliamsLaw.com
ALungren@KingWilliamsLaw.com
TBowlin@KingWilliamsLaw.com

BEST, BEST & KRIEGER LLP
HARRIET A. STEINER (Bar No. 109436)
500 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone:   (916) 325-4000
Facsimile:    (916) 325-4010
Harriet.Steiner@bbklaw.com

Attorneys for Defendant
CITY OF DAVIS

Exempt From Filing Fees Pursuant To
Government Code Section 6103

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS AND JANE W. LEWIS,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL, ET AL.,<br><br>　　　　　Defendants,<br><br>AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | Case No.:  CIV S-03-2646 WBS AC<br><br>**STIPULATION TO EXTEND TRIAL AND OTHER DEADLINES SET FORTH IN PRETRIAL SCHEDULING ORDER**<br><br>[~~PROPOSED~~] ORDER<br><br>**[LR 144]**<br><br>Trial Date: April 25, 2017 |

///

///

///

00014050.2

STIPULATION TO EXTEND TRIAL AND OTHER DEADLINES SET FORTH IN PRETRIAL SCHEDULING ORDER
[PROPOSED] ORDER

**STIPULATION**

The City of Davis (the "City"); The Davis Center LLC, Emily Stover, individually, and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased); and Richard Albert Stinchfield, Individually and as Trustee of the Robert A. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust ("The Davis Center"); Charles H. Lewis and Jane W. Lewis (Deceased) ("The Lewises"); Potter-Taylor & Company, Potter Long, Adams & Taylor, Ltd., Davis Center, Potter-Taylor, Inc. and Potter Taylor & Scurfield Inc. ("Potter Taylor") (collectively, the "Participating Parties"), are parties to the above-captioned matter. The Participating Parties, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 12, 2013 The Davis Center moved to amend the scheduling order (Docket No. 447) and the Participating Parties stipulated to extend the deadlines to disclose experts (Docket No. 458). On August 30, 2013 The Court entered Orders granting the Motion (Docket No. 457) and approving the Stipulation (Docket No. 460).

WHEREAS, on February 28, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to produce and compile data associated with the investigative study (Docket No. 472). On March 3, 2014, the Court entered an Order approving the Stipulation (Docket No. 474).

WHEREAS, on August 15, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to produce and compile additional data associated with the site investigation (Docket No. 475). On August 19, 2014, the Court entered an Order approving the Stipulation (Docket No. 477).

WHEREAS, on December 12, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to develop a cost estimate and work plan for the proposed remediation (Docket No. 478). On the same day the Court entered an Order approving the Stipulation (Docket No. 479).

WHEREAS, on June 2, 2015, the Participating Parties entered into a further stipulation to amend the scheduling order to allow additional time to develop a cost estimate and work plan for the

proposed remediation and to enter into possible mediation in an effort to resolve the case (Docket No. 480). On June 15, 2015, the Court entered an Order approving the Stipulation (Docket No. 481).

WHEREAS, the Participating Parties held a mediation in December of 2015, and since that time have continued to negotiate settlement terms among themselves and with the California Central Valley Regional Water Quality Control Board; and,

WHEREAS, the Participating Parties, as defined above, believe they have reached agreement on the major terms of a settlement, but require time to draft settlement documents and secure approval of those terms by all Participating Parties, including the City of Davis City Council; and to secure approval from the Central Valley Regional Water Quality Control Board, a process that is likely to require at least another eight weeks; and

WHEREAS, due to the upcoming trial date, proceeding toward trial on the current schedule would unnecessarily direct the Participating Parties' resources on trial preparation instead of allowing the Participating Parties to focus their resources on coordinating with one another in an effort to reach and finalize a mutually agreeable resolution and avoid the need for trial.

NOW THEREFORE, the Participating Parties hereby stipulate to extend the existing deadlines to the following dates:

1. Dispositive motion filing deadline is reset to June 23, 2017;
2. Final pretrial conference is reset to August 20, 2017, or at such time that is convenient for the Court;
3. Jury trial is reset for October 22, 2017, or at such time that is convenient for the Court.

Dated: December 21, 2016         Respectfully submitted,

KING WILLIAMS LLP

/s/ Jennifer Hartman King
Jennifer Hartman King

Attorneys City of Davis

///
///
///
///

| | |
|---|---|
| Dated: December 21, 2016 | Respectfully submitted, |
| | Koeller, Nebeker, Carlson & Haluck, LLP |
| | /s/ Peter W. Dye (as authorized on December 20, 2016)<br>Peter W. Dye |
| | Attorneys for The Davis Center LLC; Emily Stover, individually, and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased); and Richard Albert Stinchfield, Individually and as Trustee of the Robert A. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust |
| Dated: December 21, 2016 | Respectfully submitted,<br>Law Offices of Francis M. Goldsberry |
| | /s/ Francis M. Goldsberry (as authorized on December 20, 2016)<br>Francis M. Goldsberry |
| | Attorneys for Potter-Taylor & Company, Potter Long, Adams & Taylor, Ltd., Davis Center, Potter-Taylor, Inc. and Potter Taylor & Scurfield Inc. |
| Dated: December 21, 2016 | Respectfully submitted,<br>Schuering Zimmerman & Doyle LLP |
| | /s/ Keith D. Chidlaw (as authorized on December 20, 2016)<br>Keith D. Chidlaw |
| | Attorneys for Charles H. Lewis and Jane W. Lewis (Deceased) |

## **ORDER**

For good cause and pursuant to the above stipulation of the Participating Parties, IT IS HEREBY ORDERED that:

1. Dispositive motion filing deadline is reset to June 23, 2017;

2. Final pretrial conference is reset to **August 28, 2017 at 1:30 p.m.**

3. Jury trial is set for **October 31, 2017 at 9:00 a.m.**

**IT IS SO ORDERED**.

Dated:  December 21, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

00014050.2                                          -4-