JENNIFER HARTMAN KING (Bar No. 211313)
ALANNA C. LUNGREN (Bar No. 269668)
TYLER BOWLIN (Bar No. 305715)
KING WILLIAMS LLP
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 379-7530
Facsimile: (916) 379-7535
JHartmanKing@KingWilliamsLaw.com
ALungren@KingWilliamsLaw.com
TBowlin@KingWilliamsLaw.com

BEST, BEST & KRIEGER LLP
HARRIET A. STEINER (Bar No. 109436)
500 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: (916) 325-4000
Facsimile: (916) 325-4010
Harriet.Steiner@bbklaw.com

Attorneys for Defendant
CITY OF DAVIS

Exempt From Filing Fees Pursuant To
Government Code Section 6103

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

CHARLES H. LEWIS AND JANE W. LEWIS,

Plaintiffs,

v.

ROBERT D. RUSSELL, ET AL.,

Defendants,

AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS.

Case No.: CIV S-03-2646 WBS AC

**STIPULATION TO CONTINUE THE HEARING ON THE CITY OF DAVIS'S MOTION TO COMPEL AND FOR SANCTIONS AS TO THE DAVIS CENTER;**

**[PROPOSED] ORDER**

**[LR 144]**

Hearing Date: May 10, 2017
New Date: June 21, 2017
Time: 10:00 a.m.
Courtroom: 26, 8th Floor
Magistrate Judge: Hon. Allison Claire

00015647.1

STIPULATION TO CONTINUE THE CITY OF DAVIS'S MOTION TO COMPEL/SANCTIONS
[PROPOSED] ORDER

**STIPULATION**

Defendant, The City of Davis (the "City"), and Defendant/Cross-Complainants/Third Party Plaintiffs THE DAVIS CENTER LLC; EMILY STOVER, Individually, and as Trustee of the STOVER FAMILY TRUST and as Personal Representative for Melvin Stover (Deceased); and RICHARD ALBERT STINCHFIELD, Individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST ("The Davis Center"), (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the City noticed a Motion to Compel and for Sanctions ("Motion"), as to The Davis Center, and a hearing was set before the Honorable Allison Claire on May 10, 2017;

WHEREAS, the City's Motion seeks an order from the Court compelling The Davis Center to produce a prepared witness for the City to depose, pursuant to Federal Rule of Civil Procedure rule 30(b)(6) ("Rule 30(b)(6)"), by the discovery cutoff deadline of September 21, 2016;

WHEREAS, on September 21, 2016, The Davis Center produced for deposition its Rule 30(b)(6) designated witness in Woodland Hills, California;

WHEREAS, the City's Motion also seeks an order for sanctions as to The Davis Center;

WHEREAS, the hearing date for the City's Motion has been continued six times;

WHEREAS, the City and The Davis Center, along with the other participating parties in this matter, believe they have reached agreement on the major terms of a settlement, but require time to draft and finalize settlement documents and secure approval of those terms, a process that is likely to require at least another six to eight weeks;

WHEREAS, the City and The Davis Center agree that additional time is necessary to finalize the settlement documents and avoid the need for a hearing on the City's Motion. The Parties, therefore, stipulate to continue the hearing on the City's Motion to a new date of June 21, 2017, at 10:00 a.m., or at such date and time that is convenient for the Court;

WHEREAS, the Parties stipulate that all deadlines and/or requirements applicable to the City's Motion pursuant to the Federal Rules of Civil Procedure or Local Rules shall run from the

00015647.1 -1-

new hearing date;

NOW THEREFORE, the Parties hereby stipulate to the recitals set forth directly above.

Dated: May 3, 2017   Respectfully submitted,

                                        KING WILLIAMS LLP


By:  */s/Jennifer Hartman King*
      Jennifer Hartman King
Attorneys for Defendant
CITY OF DAVIS

Dated: May 3, 2017   Respectfully submitted,

                                        KOELLER, NEBEKER,
                                        CARLSON & HALUCK, LLP


By:  */s/ Peter W. Dye*

      Peter W. Dye
Attorneys for THE DAVIS CENTER LLC; EMILY STOVER, Individually, and as Trustee of the STOVER FAMILY TRUST and as Personal Representative for Melvin Stover (Deceased); and RICHARD ALBERT STINCHFIELD, Individually and as Trustee of the ROBERT S. STINCHFIELD SEPARATE REAL PROPERTY TRUST and as Trustee of the BARBARA ELLEN STINCHFIELD TESTAMENTARY TRUST

**[~~PROPOSED~~] ORDER**

Pursuant to the foregoing Stipulation,

**IT IS SO ORDERED.**

Dated: May 4, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

00015647.1  -2-