| | |
|---|---|
| JENNIFER HARTMAN KING (Bar No. 211313)<br>ALANNA C. LUNGREN (Bar No. 269668)<br>TYLER BOWLIN (Bar No. 305715)<br>KING WILLIAMS LLP<br>520 Capitol Mall, Suite 750<br>Sacramento, CA 95814<br>Telephone: (916) 379-7530<br>Facsimile: (916) 379-7535<br>JHartmanKing@KingWilliamsLaw.com<br>ALungren@KingWilliamsLaw.com<br>TBowlin@KingWilliamsLaw.com<br><br>BEST, BEST & KRIEGER LLP<br>HARRIET A. STEINER (Bar No. 109436)<br>500 Capitol Mall, Suite 1700<br>Sacramento, CA 95814<br>Telephone: (916) 325-4000<br>Facsimile: (916) 325-4010<br>Harriet.Steiner@bbklaw.com<br><br>Attorneys for Defendant<br>CITY OF DAVIS | Exempt From Filing Fees Pursuant To<br>Government Code Section 6103 |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS AND JANE W. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL, ET AL.,<br><br>Defendants,<br><br>AND RELATED COUNTER, CROSS AND THIRD PARTY CLAIMS. | Case No.: CIV S-03-2646 WBS AC<br><br>**STIPULATION TO EXTEND THE TIME TO FILE MOTION TO SUBSTITUTE PARTY FOR CHARLES H. LEWIS (DECEASED) AND JANE W. LEWIS, (DECEASED)**<br><br>**[~~PROPOSED~~] ORDER**<br><br>**[LR 144]**<br><br>Current Deadline: June 5, 2017<br>New Deadline: June 23, 2017 |

00015648.1

# **STIPULATION**

Defendant, the City of Davis (the "City"), and Plaintiffs, Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased) ("Plaintiffs"), (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on March 7, 2017, counsel for Plaintiffs filed and served the Statement of Fact of Death, Document Number 518, with respect to Charles H. Lewis and Jane W. Lewis, in the above-referenced matter;

WHEREAS, pursuant to Federal Rule of Civil Procedure rule 25(a)(1), the deadline to bring a motion to substitute the proper party for Plaintiffs is June 5, 2017;

WHEREAS, the Parties agree to extend the June 5, 2017, deadline to bring a motion to substitute the proper party for Plaintiffs to and including June 23, 2017;

WHEREAS, no prior extensions of the deadline to substitute the proper party for Plaintiffs has been requested in this case;

NOW THEREFORE, the Parties hereby stipulate to the recitals set forth directly above.

Dated: May 2, 2017          Respectfully submitted,

KING WILLIAMS LLP


By: */s/ Jennifer Hartman King*
Jennifer Hartman King
Attorneys for Defendant
CITY OF DAVIS


Dated: May 2, 2017          Respectfully submitted,

SCHUERING ZIMMERMAN & DOYLE, LLP


By: */s/ Keith D. Chidlaw* (as authorized on May 2, 2017)
Keith D. Chidlaw
Attorneys for CHARLES H. LEWIS (Deceased) and Jane W. Lewis (Deceased)

00015648.1                                -2-

STIPULATION TO EXTEND THE TIME TO FILE MOTION TO SUBSTITUTE PARTY FOR CHARLES H. LEWIS (DECEASED) AND JANE W. LEWIS, (DECEASED);
[PROPOSED] ORDER

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulation,

**IT IS SO ORDERED.**

Dated: May 4, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

00015648.1 -3-

STIPULATION TO EXTEND THE TIME TO FILE MOTION TO SUBSTITUTE PARTY FOR CHARLES H. LEWIS (DECEASED) AND JANE W. LEWIS, (DECEASED);
[PROPOSED] ORDER

# PROOF OF SERVICE

I, Anna Brown, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is King Williams LLP, 520 Capitol Mall, Suite 750, Sacramento, CA 95814. On May 4, 2017, I served the within document(s):

**STIPULATION TO EXTEND THE TIME TO FILE MOTION TO SUBSTITUTE PARTY FOR CHARLES H. LEWIS (DECEASED) AND JANE W. LEWIS, (DECEASED); [PROPOSED] ORDER**

- [✓] **BY MAIL**. I caused such envelope with the document(s) listed above, with postage thereon fully prepaid, to be placed in the United States mail at Sacramento, California, addressed as set forth below.

- [ ] **BY PERSONAL SERVICE**. I caused to be delivered the above-listed document(s) by hand to the office of the person(s) listed below.

- [ ] **BY OVERNIGHT DELIVERY**. I caused the above-listed documents to be delivered by overnight delivery to the office of the person(s) listed below.

- [ ] **BY FACSIMILE**. I caused the above-listed document(s) to be transmitted via facsimile to the fax number(s) set forth below.

- [✓] **BY ELECTRONIC SERVICE**. I hereby certify that I electronically transmitted the attached document(s) listed above using the PACER Filing System of the United States District Court, Eastern District of California for filing and transmittal to the below listed registrant(s).

**SEE ATTACHED LIST**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 4, 2017, at Sacramento, California.

*/s/Anna Brown*
Anna Brown

00015648.1 -1-

PROOF OF SERVICE

*Lewis, et al. v. Russell, et al.*
USDC, Eastern District Court of California Case No. 2:03-CV-02646-WBS-AC

**SERVICE LIST**

| Attorney(s)/Firm | Represented Party(ies) |
|---|---|
| **VIA E-FILING**<br><br>Chad Dunnigan<br>Peter Dye<br>Koeller, Nebeker, Carlson & Haluck LLP<br>1478 Stone Point Drive, Suite 400<br>Roseville, CA 95661<br>T:    (916) 724-5700<br>F:    (916) 788-2850<br>chad.dunigan@knchlaw.com;<br>peter.dye@knchlaw.com;<br>mary.coombe@knchlaw.com | Attorneys for Third Party Plaintiffs, The Davis Center, LLC; Emily Stover, Individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased); Richard Albert Stinchfield, Individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust |
| **VIA E-FILING**<br><br>Harriet A. Steiner<br>Best, Best & Krieger, LLP<br>500 Capitol Mall, Suite 1700<br>Sacramento, CA 95814<br>T:    (916) 325-4000<br>F:    (916) 325-4010<br>harriet.steiner@bbklaw.com | Attorneys for Defendant, Cross-Defendant, and Cross-Claimant City of Davis |
| **VIA E-FILING**<br><br>Tripp Goldsberry<br>Law Office of Francis M. Goldsberry<br>2725 Riverside Blvd., Suite 2300<br>Sacramento, CA 95818<br>T:    (916) 551-2903<br>F:    (916) 441-0280<br>tripp@trippgoldsberry.com | Attorneys for Defendants Potter-Taylor & Company; Potter, Long, Adams & Taylor, LTD; Potter-Taylor, Inc.; and Potter Taylor & Scurfield, Inc. |
| **VIA E-FILING**<br><br>Daniel W. Smith<br>Law Offices of Daniel W. Smith<br>3640 American River Drive, Suite 150<br>Sacramento, CA 95864<br>T:    (916) 922-9400<br>F:    (916) 922-0481<br>dan@dslawoffice.com | Attorneys for Defendant Irene Russell, Successor-in-Interest to Robert D. Russell (deceased) |
| **VIA E-FILING**<br><br>Keith D. Chidlaw<br>Schuering Zimmerman & Doyle, LLP<br>400 University Avenue<br>Sacramento, CA 95825-6502<br>T:    (916) 567-0400<br>F:    (916) 568-0400<br>kdc@szs.com | Attorneys for Plaintiffs Charles H. Lewis and Jane W. Lewis (Deceased) |

| Attorney(s)/Firm | Represented Party(ies) |
|---|---|
| **VIA U.S. MAIL**<br><br>Jung K. Seo<br>7997 Bothwell Drive<br>Sacramento, CA  95829 | In Pro Per Defendant |
| **VIA U.S. MAIL**<br><br>Jung Hang Suh<br>Soo Jungh Suh<br>1843 Trinity Way<br>West Sacramento, CA  95691<br><br>Jung Hang Suh<br>Soo Jungh Suh<br>3003 Mojave Dr.<br>West Sacramento, CA 95691<br><br>Jung Hang Suh<br>Soo Jungh Suh<br>303 Mojave Dr.<br>West Sacramento, CA 95691 | In Pro Per Defendants |

00015648.1 -3-

PROOF OF SERVICE