JENNIFER HARTMAN KING (Bar No. 211313)
ALANNA C. LUNGREN (Bar No. 269668)
TYLER BOWLIN (Bar No. 305715)
KING WILLIAMS LLP
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 379-7530
Facsimile: (916) 379-7535
JHartmanKing@KingWilliamsLaw.com
ALungren@KingWilliamsLaw.com
TBowlin@KingWilliamsLaw.com

BEST, BEST & KRIEGER LLP
HARRIET A. STEINER (Bar No. 109436)
500 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: (916) 325-4000
Facsimile: (916) 325-4010
Harriet.Steiner@bbklaw.com

Attorneys for Counter Claimant
CITY OF DAVIS

Exempt From Filing Fees Pursuant To
Government Code Section 6103

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS AND JANE W. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL, ET AL.,<br><br>Defendants, | Case No.: CIV S-03-2646 WBS AC<br><br>**STIPULATION TO CONTINUE THE HEARING ON THE CITY OF DAVIS'S MOTION TO COMPEL AND FOR SANCTIONS AS TO THE DAVIS CENTER**<br><br>**[PROPOSED] ORDER**<br><br>**[LR 144]**<br><br>Hearing Date: June 21, 2017<br>New Date: August 23, 2017<br>Time: 10:00 a.m.<br>Courtroom: 26, 8th Floor<br>Magistrate Judge: Hon. Allison Claire |
| AND RELATED COUNTER, CROSS AND THIRD-PARTY CLAIMS. | |

00016112.7

STIPULATION TO CONTINUE THE CITY OF DAVIS'S MOTION TO COMPEL/SANCTIONS;
[PROPOSED] ORDER

# STIPULATION

Counter Claimant, The City of Davis (the "City"), and Counter Claimants The Davis Center, LLC; Emily A. Stover, individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased); and Richard Albert Stinchfield, individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust (collectively, the "Landowners"), (the City and the Landowners are referred to collectively herein as the "Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, the City noticed a Motion to Compel and for Sanctions ("Motion") (Docket No. 498), as to the Landowners, and a hearing was set before the Honorable Allison Claire and most recently continued to June 21, 2017 (Docket No. 521);

WHEREAS, the City's Motion seeks an order from the Court compelling the Landowners to produce a prepared witness for the City to depose, pursuant to Federal Rule of Civil Procedure rule 30(b)(6) ("Rule 30(b)(6)"), by the discovery cutoff deadline of September 21, 2016;

WHEREAS, on September 21, 2016, the Landowners produced for deposition its Rule 30(b)(6) designated witness in Woodland Hills, California;

WHEREAS, the City's Motion also seeks an order for sanctions as to the Landowners;

WHEREAS, the hearing date for the City's Motion has been continued seven times;

WHEREAS, the City and the Landowners, along with the other participating parties in this matter, have reached agreement on the major terms of settlement;

WHEREAS, settlement agreement documents are pending review and approval by the regulatory oversight agency, the California Regional Water Quality Control Board, Central Valley Region ("CVRWQCB");

WHEREAS, the City and the Landowners agree that additional time is necessary to secure the CVRWQCB's approval of settlement agreement documents and avoid the need for a hearing on the City's Motion. The Parties, therefore, stipulate to continue the hearing on the City's Motion to a new date of August 23, 2017, at 10:00 a.m., or at such date and time that is convenient for the Court;

WHEREAS, the Parties stipulate that all deadlines and/or requirements applicable to the City's Motion pursuant to the Federal Rules of Civil Procedure or Local Rules shall run from the new hearing date;

NOW THEREFORE, the Parties hereby stipulate to the recitals set forth directly above.

Dated: June 15, 2017     Respectfully submitted,

KING WILLIAMS LLP

By: /s/ Jennifer Hartman King
    Jennifer Hartman King
Attorneys for Counter Claimant City of Davis

Dated: June 15, 2017     Respectfully submitted,

KOELLER, NEBEKER,
CARLSON & HALUCK, LLP

By: /s/ Peter W. Dye (as authorized on June 15, 2017)
    Peter W. Dye
Attorneys for Counter Claimants The Davis Center, LLC; Emily A. Stover, individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased); and Richard Albert Stinchfield, individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust

# [~~PROPOSED~~] ORDER

Pursuant to the foregoing Stipulation,

**IT IS SO ORDERED.**

Dated: June 16, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE