JENNIFER HARTMAN KING (Bar No. 211313)
ALANNA C. LUNGREN (Bar No. 269668)
TYLER BOWLIN (Bar No. 305715)
KING WILLIAMS LLP
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 379-7530
Facsimile: (916) 379-7535
JHartmanKing@KingWilliamsLaw.com
ALungren@KingWilliamsLaw.com
TBowlin@KingWilliamsLaw.com

BEST, BEST & KRIEGER LLP
HARRIET A. STEINER (Bar No. 109436)
500 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: (916) 325-4000
Facsimile: (916) 325-4010
Harriet.Steiner@bbklaw.com

Attorneys for Counter Claimant
CITY OF DAVIS

Exempt From Filing Fees Pursuant To
Government Code Section 6103

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS AND JANE W. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL, ET AL.,<br><br>Defendants, | Case No.: CIV S-03-2646 WBS AC<br><br>**STIPULATION TO SUBSTITUTE PARTY FOR CHARLES H. LEWIS (DECEASED) AND JANE W. LEWIS (DECEASED);**<br><br>**[PROPOSED] ORDER**<br><br>**[Fed. R. Civ. P. 25, Cal. Prob. Code 9370 and Cal. Prob. Code 500 *et seq*.]** |
| AND RELATED COUNTER, CROSS AND THIRD-PARTY CLAIMS. | |

00015956.6

# STIPULATION

Counter Claimant City of Davis (the "City") and Counter Defendants Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased) ("Lewis") (the City and Lewis are referred to collectively herein as the "Probate Parties"); Counter Claimants The Davis Center, LLC, Emily A. Stover, individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased), and Richard Albert Stinchfield, individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust (collectively, "Landowners"); and Counter Claimants Potter Taylor & Co., Potter, Long, Adams & Taylor Ltd., Potter-Taylor & Scurfield, Inc., Potter-Taylor, Inc., and Davis Center (collectively, "Potter Taylor") (the Landowners and Potter-Taylor are referred to collectively herein as the "Non-Probate Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on or about December 2, 2008, Charles H. Lewis filed a Statement of Death in the above-captioned action ("Action"), suggesting upon the record the death of his wife, Jane W. Lewis (Docket No. 257);

WHEREAS, upon Jane W. Lewis's death, all claims against her in this action passed to Charles H. Lewis pursuant to California Probate Code Sections 13550 *et seq.*;

WHEREAS, on or about March 7, 2017, Charles H. Lewis's counsel filed a Statement of Death in the Action, suggesting upon the record the death of Charles H. Lewis and Jane W. Lewis (Docket No. 518);

WHEREAS, on May 22, 2017, the Superior Court of California for Yolo County duly appointed Robert Zehnder as Personal Representative of Charles H. Lewis in Case Number PB17-94;

WHEREAS, on May 22, 2017, Robert Zehnder obtained Letters of Administration granting him, as Personal Representative, full authority to administer the Estate of Charles H. Lewis under the Independent Administration of Estates Act;

WHEREAS, on May 25, 2017, the City filed and served a creditor's claim regarding claims arising out of this Action against Charles H. Lewis, in compliance with Section 9390 of

the California Probate Code;

WHEREAS, on June 1, 2017, Robert Zehnder, as Personal Representative of Charles H. Lewis, notified the City of his rejection of the City's above-referenced creditor's claim;

WHEREAS, Robert Zehnder, as Personal Representative of Charles H. Lewis, hereby acknowledges actual notice of this Action and subjects himself to the jurisdiction of this Court in this Action;

WHEREAS, the Non-Probate Parties have not filed and served a creditor's claim against Charles H. Lewis pursuant to Section 9390 of the California Probate Code;

WHEREAS, the Probate Parties and the Non-Probate Parties have counter claims pending in this Action against Lewis; and

WHEREAS, Lewis dismissed with prejudice all claims previously asserted in the Action against the Probate Parties and the Non-Probate Parties on or about December 19, 2013 (Docket No. 469).

NOW THEREFORE, the Probate and Non-Probate Parties hereby stipulate as follows:

1. Robert Zehnder, as Personal Representative of Charles H. Lewis, is substituted as a party to this Action in place of Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased) for purposes of the City's counter claims against Lewis only.

2. The Estate of Charles H. Lewis (Deceased) is substituted as a party to this Action in place of Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased) for purposes of the Non-Probate Parties' respective counter claims against Lewis only.

Dated: June 23, 2017          Respectfully submitted,

                                        Schuering Zimmerman & Doyle, LLP

                                        /s/ Keith D. Chidlaw (as authorized on June 19, 2017)
                                        Keith Chidlaw

                                        Attorneys for Counter Defendants Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased), Robert Zehnder, as Personal Representative of Charles H. Lewis, and Estate of Charles H. Lewis (Deceased)

Dated: June 23, 2017        Respectfully submitted,

                            King Williams LLP


                             /s/ Jennifer Hartman King
                                Jennifer Hartman King

                            Attorneys for Counter Claimant City of Davis


Dated: June 23, 2017        Respectfully submitted,

                            KOELLER, NEBEKER, CARLSON & HALUCK, LLP


                             /s/ Peter Dye (as authorized on June 22, 2017)
                                Peter Dye

                            Attorneys for Counter Claimants The Davis Center, LLC; Emily A. Stover, individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased); and Richard Albert Stinchfield, individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust


Dated: June 23, 2017        Respectfully submitted,

                            Law Offices of Francis M. Goldsberry


                             /s/ Francis M. Goldsberry (as authorized on June 19, 2017)
                                Francis M. Goldsberry III

                            Attorneys for Counter Claimants Potter-Taylor & Co.; Potter, Long, Adams & Taylor, Ltd.; Davis Center; Potter-Taylor, Inc. and Potter Taylor & Scurfield, Inc.


## **ORDER**

Pursuant to the foregoing Stipulation,

**IT IS SO ORDERED.**

Dated: June 23, 2017        WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE