JENNIFER HARTMAN KING (Bar No. 211313)
ALANNA C. LUNGREN (Bar No. 269668)
TYLER BOWLIN (Bar No. 305715)
KING WILLIAMS LLP
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 379-7530
Facsimile: (916) 379-7535
JHartmanKing@KingWilliamsLaw.com
ALungren@KingWilliamsLaw.com
TBowlin@KingWilliamsLaw.com

BEST, BEST & KRIEGER LLP
HARRIET A. STEINER (Bar No. 109436)
500 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: (916) 325-4000
Facsimile: (916) 325-4010
Harriet.Steiner@bbklaw.com

Attorneys for Counter Claimant
CITY OF DAVIS

Exempt From Filing Fees Pursuant To
Government Code Section 6103

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS AND JANE W. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL, ET AL.,<br><br>Defendants,<br><br>AND RELATED COUNTER, CROSS AND THIRD-PARTY CLAIMS. | Case No.: CIV S-03-2646 WBS AC<br><br>**STIPULATION TO EXTEND TRIAL AND OTHER DEADLINES SET FORTH IN PRETRIAL SCHEDULING ORDER**<br><br>**[PROPOSED] ORDER**<br><br>**[LR 144]**<br><br>Trial Date: October 31, 2017 |

00016125.2

STIPULATION TO EXTEND TRIAL AND OTHER DEADLINES SET FORTH IN PRETRIAL SCHEDULING ORDER;
[PROPOSED] ORDER

# **STIPULATION**

Counter Claimant City of Davis (the "City"); Counter Claimants The Davis Center, LLC, Emily A. Stover, individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased), and Richard Albert Stinchfield, individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust (collectively, "Landowners"); Counter Claimants Potter Taylor & Co., Potter, Long, Adams & Taylor Ltd., Davis Center, Potter-Taylor, Inc., Potter Taylor & Scurfield, Inc. (collectively, "Potter-Taylor"); and Counter Defendants Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased) ("Lewis") (The City, Landowners, Potter-Taylor and Lewis are referred to collectively herein as the "Participating Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 12, 2013, The Davis Center moved to amend the scheduling order (Docket No. 447) and the Participating Parties stipulated to extend the deadlines to disclose experts (Docket No. 458). On August 30, 2013, the Court entered Orders granting the Motion (Docket No. 457) and approving the Stipulation (Docket No. 460).

WHEREAS, on February 28, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to produce and compile data associated with the investigative study (Docket No. 472). On March 3, 2014, the Court entered an Order approving the Stipulation (Docket No. 474).

WHEREAS, on August 15, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to produce and compile additional data associated with the site investigation (Docket No. 475). On August 19, 2014, the Court entered an Order approving the Stipulation (Docket No. 477).

WHEREAS, on December 12, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to develop a cost estimate and work plan for the proposed remediation (Docket No. 478). On the same day, the Court entered an Order approving the Stipulation (Docket No. 479).

WHEREAS, on June 2, 2015, the Participating Parties entered into a further stipulation to

amend the scheduling order to allow additional time to develop a cost estimate and work plan for the proposed remediation and to enter into possible mediation in an effort to resolve the case (Docket No. 480). On June 15, 2015, the Court entered an Order approving the Stipulation (Docket No. 481).

WHEREAS, the Participating Parties held a mediation in December of 2015, and since that time have continued to negotiate settlement terms among themselves and with the California Regional Water Quality Control Board, Central Valley Region.

WHEREAS, on December 21, 2016, in light of progress in settlement negotiations, the Participating Parties entered into a further stipulation to amend the scheduling order to allow additional time to draft settlement documents and secure approval of those terms by all Participating Parties (Docket No. 511). On December 22, 2016, the Court entered an Order approving the Stipulation (Docket No. 512). Under that Order, the trial in this matter is set to commence on October 31, 2017.

WHEREAS, on March 7, 2017, counsel for Lewis filed a Statement of Fact of Death in the above-captioned action ("Action"), suggesting upon the record the death of Charles H. Lewis and Jane W. Lewis (Docket No. 518).

WHEREAS, on May 22, 2017, the Superior Court of California for Yolo County duly appointed Robert Zehnder as Personal Representative of Charles H. Lewis in Case Number PB17-94.

WHEREAS, on June 15, 2017, the Participating Parties transmitted various settlement documents to the California Regional Water Quality Control Board, Central Valley Region, for its review and approval.

WHEREAS, on June 22, 2017, the Participating Parties entered into a stipulation agreeing to substitute: 1) Robert Zehnder, as Personal Representative of Charles H. Lewis as a party to this Action in place of Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased) for purposes of the City's counter claims against Lewis only; and 2) the Estate of Charles H. Lewis (Deceased) as a party to this Action in place of Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased) for purposes of the Landowner's and Potter-Taylor's respective counter claims against Lewis only (Docket No. 526).

1     WHEREAS, the Participating Parties, believe they have reached agreement on the major terms of settlement and have prepared the various settlement documents, but require additional time in order to secure approval of the settlement documents from the California Regional Water Quality Control Board, Central Valley Region, a process that is likely to require at least another three months; and

    WHEREAS, due to the upcoming October 31, 2017, trial date, proceeding toward trial on the current schedule would unnecessarily direct the Participating Parties' resources to trial preparation. An extension of the existing deadlines by three months will allow the Participating Parties to focus their resources on coordinating with one another and the California Regional Water Quality Control Board, Central Valley Region, in an effort to finalize the settlement among the Participating Parties and avoid the need for trial.

    NOW THEREFORE, the Participating Parties hereby stipulate to extend the existing deadlines to the following dates:

1. Dispositive motion filing deadline is reset to September 25, 2017;
2. Final pretrial conference is reset to November 20, 2017 at 1:30 p.m.;
3. Jury trial is reset for January 30, 2018 at 9:00 a.m.

Dated: June 23, 2017      Respectfully submitted,

Law Offices of Francis M. Goldsberry

By: /s/ Francis M. Goldsberry (as authorized on June 19, 2017)
Francis M. Goldsberry

Attorneys for Counter Claimants Potter-Taylor & Co.; Potter, Long, Adams & Taylor, Ltd.; Davis Center; Potter-Taylor, Inc. and Potter Taylor & Scurfield, Inc.

Dated: June 23, 2017      Respectfully submitted,

King Williams LLP

By: /s/ Jennifer Hartman King
Jennifer Hartman King

Attorneys Counter Claimant City of Davis

Dated: June 23, 2017      Respectfully submitted,

|   |   |   |
|---|---|---|
| 1 | | Koeller, Nebeker, Carlson & Haluck, LLP |
| 2 | | By: /s/ Peter Dye (as authorized on June 22, 2017)<br>Peter Dye |
| 3 | | |
| 4 | | Attorneys for Counter Claimants The Davis Center, LLC; Emily A. Stover, individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased); and Richard Albert Stinchfield, individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | Dated: June 23, 2017 | Respectfully submitted,<br>Schuering Zimmerman & Doyle LLP |
| 9 | | |
| 10 | | By: /s/ Keith D. Chidlaw (as authorized on June 19, 2017)<br>Keith D. Chidlaw |
| 11 | | |
| 12 | | Attorneys for Counter Defendants Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased), Robert Zehnder, as Personal Representative of Charles H. Lewis, and Estate of Charles H. Lewis (Deceased) |
| 13 | | |

## **ORDER**

For good cause and pursuant to the above stipulation of the Participating Parties, IT IS HEREBY ORDERED that:

1. Dispositive motion filing deadline is reset to September 25, 2017;

2. Final pretrial conference is reset to **November 20, 2017 at 1:30 p.m**.;

3. **Jury trial is set for January 30, 2018 at 9:00 a.m.**

**IT IS SO ORDERED**.

Dated: June 23, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE