JENNIFER HARTMAN KING (Bar No. 211313)
ALANNA C. LUNGREN (Bar No. 269668)
TYLER BOWLIN (Bar No. 305715)
HARTMAN KING PC
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 379-7530
Facsimile: (916) 379-7535
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com
TBowlin@HartmanKingLaw.com

BEST, BEST & KRIEGER LLP
HARRIET A. STEINER (Bar No. 109436)
500 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: (916) 325-4000
Facsimile: (916) 325-4010
Harriet.Steiner@bbklaw.com

Attorneys for Counter Claimant
CITY OF DAVIS

Exempt From Filing Fees Pursuant To Government Code Section 6103

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS AND JANE W. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL, ET AL.,<br><br>Defendants,<br><br>AND RELATED COUNTER, CROSS AND THIRD-PARTY CLAIMS. | Case No.: CIV S-03-2646 WBS AC<br><br>**STIPULATION TO EXTEND TRIAL AND OTHER DEADLINES SET FORTH IN PRETRIAL SCHEDULING ORDER**<br><br>**[~~PROPOSED~~] ORDER**<br><br>**[LR 144]**<br><br>Trial Date: May 1, 2018 |

00021405.1

# STIPULATION

Counter Claimant City of Davis (the "City"); Counter Claimants The Davis Center, LLC, Emily A. Stover, individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased), and Richard Albert Stinchfield, individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust (collectively, "Landowners"); Counter Claimants Potter Taylor & Co., Potter, Long, Adams & Taylor Ltd., Davis Center, Potter-Taylor, Inc., Potter Taylor & Scurfield, Inc. (collectively, "Potter-Taylor"); and Counter Defendants Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased), Estate of Charles H. Lewis (Deceased) and Robert Zehnder as Personal Representative of Charles H. Lewis (Deceased) ("Lewis") (The City, Landowners, Potter-Taylor and Lewis are referred to collectively herein as the "Participating Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 12, 2013, The Davis Center moved to amend the scheduling order (Doc. No. 447) and the Participating Parties stipulated to extend the deadlines to disclose experts (Doc. No. 458). On August 30, 2013, the Court entered Orders granting the Motion (Doc. No. 457) and approving the Stipulation (Doc. No. 460).

WHEREAS, on February 28, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to produce and compile data associated with the investigative study (Doc. No. 472). On March 3, 2014, the Court entered an Order approving the Stipulation (Doc. No. 474).

WHEREAS, on August 15, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to produce and compile additional data associated with the site investigation (Doc. No. 475). On August 19, 2014, the Court entered an Order approving the Stipulation (Doc. No. 477).

WHEREAS, on December 12, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to develop a cost estimate and work plan for the proposed remediation (Doc. No. 478). On the same day, the Court entered an Order approving the Stipulation (Doc. No. 479).

WHEREAS, on June 2, 2015, the Participating Parties entered into a further stipulation to amend the scheduling order to allow additional time to develop a cost estimate and work plan for the proposed remediation and to enter into possible mediation in an effort to resolve the case (Doc. No. 480). On June 15, 2015, the Court entered an Order approving the Stipulation (Doc. No. 481).

WHEREAS, the Participating Parties held a mediation in December of 2015, and since that time have continued to negotiate settlement terms among themselves and with the California Regional Water Quality Control Board, Central Valley Region.

WHEREAS, on December 21, 2016, in light of progress in settlement negotiations, the Participating Parties entered into a further stipulation to amend the scheduling order to allow additional time to draft settlement documents and secure approval of those terms by all Participating Parties (Doc. No. 511). On December 22, 2016, the Court entered an Order approving the Stipulation (Doc. No. 512). Under that Order, the trial in this matter was set to commence on October 31, 2017.

WHEREAS, on March 7, 2017, counsel for Lewis filed a Statement of Fact of Death in the above-captioned action ("Action"), suggesting upon the record the death of Charles H. Lewis and Jane W. Lewis (Doc. No. 518).

WHEREAS, on May 22, 2017, the Superior Court of California for Yolo County duly appointed Robert Zehnder as Personal Representative of Charles H. Lewis in Case Number PB17-94.

WHEREAS, on June 15, 2017, the Participating Parties transmitted various settlement documents to the California Regional Water Quality Control Board, Central Valley Region, for its review and approval.

WHEREAS, on June 22, 2017, the Participating Parties entered into a stipulation agreeing to substitute: 1) Robert Zehnder, as Personal Representative of Charles H. Lewis as a party to this Action in place of Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased) for purposes of the City's counter claims against Lewis only; and 2) the Estate of Charles H. Lewis (Deceased) as a party to this Action in place of Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased) for purposes of the Landowner's and Potter-Taylor's respective counter claims against Lewis only

(Doc. No. 526).

WHEREAS, on June 22, 2017, in light of the Participating Parties' progress in having prepared the various settlement documents and efforts in the process to secure approval of the settlement documents from the California Regional Water Quality Control Board, Central Valley Region ("Regional Board"), the Participating Parties entered into a further stipulation to amend the scheduling order and extend the deadlines by three months (Doc. No. 527). On June 23, 2017, the Court entered an Order approving that stipulation (Doc. No. 529). Under that Order, the trial in this matter was set to commence on January 30, 2018.

WHEREAS, on September 22, 2017, in light of progress in settlement negotiations, the Participating Parties entered into a further stipulation to amend the scheduling order to allow additional time to redraft settlement documents and secure approval of those terms by all Participating Parties (Doc. No. 531). On the same date, the Court entered an Order approving the Stipulation (Doc. No. 532). Under that Order, the trial in this matter is set to commence on May 1, 2018.

WHEREAS, on December 13, 2017, counsel for City filed a Motion for Summary Judgment or, In the Alternative, Summary Adjudication as to Cross-Claimants Jung Hang Suh and Soo Jung Suh (Doc. No. 533) which is scheduled to be heard on February 5, 2018.

WHEREAS, on December 14, 2017, the Court issued its own Minute Order continuing the Pretrial Conference from February 26, 2018 to March 12, 2018 (Doc. No. 534).

WHEREAS, since the Court's September 22, 2017 Order resetting the trial date to May 1, 2018, the Participating Parties have continued to coordinate to finalize the various settlement documents, the process for which included a public notice and comment period. In addition, the Regional Board required an additional amount of time to perform its final review of the settlement documents.

WHEREAS, the Participating Parties, however, have not yet reached agreement on the final terms of the Agreement and Covenant Not to Sue ("CNS") between the Regional Board, and the Participating Parties, but are continuing their negotiations. On January 5, 2018, the Regional Board submitted material revisions and changes to the CNS. On January 18, 2018, counsel for

Landowners advised all parties to the CNS that their clients rejected the Regional Board's material revisions to the CNS and offered alternative language. The Participating Parties and the Regional Board continue to negotiate the terms, but have yet to finalize the terms and require additional time in light of the above-described circumstances and the difficulty of obtaining timely approval of material language to the CNS.

WHEREAS, due to the upcoming May 1, 2018, trial date, proceeding toward trial on the current schedule would unnecessarily direct the Participating Parties' resources to trial preparation. An extension of the existing deadlines by approximately three months will allow the Participating Parties to focus their resources on coordinating with one another and the Regional Board, in an effort to finalize the settlement among the Participating Parties and avoid the need for trial.

NOW THEREFORE, the Participating Parties hereby stipulate to extend the existing deadlines to the following dates:

1. Final pre-trial conference is reset to June 20, 2018, or at such time that is convenient for the Court; and
2. Jury trial is reset for August 1, 2018, or at such time that is convenient for the Court.

Dated: January 26, 2018  Respectfully submitted,

Law Offices of Francis M. Goldsberry

By: /s/ Francis M. Goldsberry (as authorized on Jan. 25, 2018)
Francis M. Goldsberry

Attorneys for Counter Claimants Potter-Taylor & Co.; Potter, Long, Adams & Taylor, Ltd.; Davis Center; Potter-Taylor, Inc. and Potter Taylor & Scurfield, Inc.

Dated: January 26, 2018  Respectfully submitted,

Hartman King, PC

By: /s/ Jennifer Hartman King
Jennifer Hartman King

Attorneys for Counter Claimant City of Davis

00021405.1
-5-
STIPULATION TO EXTEND TRIAL AND OTHER DEADLINES SET FORTH IN PRETRIAL SCHEDULING ORDER; [PROPOSED] ORDER

| | |
|---|---|
| Dated: January 26, 2018 | Respectfully submitted, |

Koeller, Nebeker, Carlson & Haluck, LLP

By: /s/ Peter Dye (as authorized on Jan. 25, 2018)
Peter Dye

Attorneys for Counter Claimants The Davis Center, LLC; Emily A. Stover, individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased); and Richard Albert Stinchfield, individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust

| | |
|---|---|
| Dated: January 26, 2018 | Respectfully submitted, |

Schuering Zimmerman & Doyle LLP

By: /s/ Keith D. Chidlaw (as authorized on Jan. 25, 2018)
Keith D. Chidlaw

Attorneys for Counter Defendants Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased), Robert Zehnder, as Personal Representative of Charles H. Lewis, and Estate of Charles H. Lewis (Deceased)

## **ORDER**

For good cause and pursuant to the above stipulation of the Participating Parties, IT IS HEREBY ORDERED that:

1. Final pre-trial conference is reset to **June 18, 2018 at 1:30 p.m.;**
2. Jury trial is reset for **August 7, 2018 at 9:00 a.m.**

**IT IS SO ORDERED**.

Dated: January 26, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE