JENNIFER HARTMAN KING (Bar No. 211313)
ALANNA C. LUNGREN (Bar No. 269668)
TYLER BOWLIN (Bar No. 305715)
HARTMAN KING PC
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone:     (916) 379-7530
Facsimile:     (916) 379-7535
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com
TBowlin@HartmanKingLaw.com

BEST, BEST & KRIEGER LLP
HARRIET A. STEINER (Bar No. 109436)
500 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone:     (916) 325-4000
Facsimile:     (916) 325-4010
Harriet.Steiner@bbklaw.com

Attorneys for Counter Claimant
CITY OF DAVIS

Exempt From Filing Fees Pursuant To
Government Code Section 6103

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

CHARLES H. LEWIS AND JANE W.
LEWIS,

          Plaintiffs,

v.

ROBERT D. RUSSELL, ET AL.,

          Defendants,

_____

AND RELATED COUNTER, CROSS AND
THIRD-PARTY CLAIMS.

Case No.:  CIV S-03-2646 WBS AC

**STIPULATION TO EXTEND TRIAL AND
OTHER DEADLINES SET FORTH IN
PRETRIAL SCHEDULING ORDER**

**[~~PROPOSED~~] ORDER**

**[LR 144]**

Trial Date: January 23, 2019

HARTMAN KING PC
520 CAPITOL MALL, SUITE 750
SACRAMENTO, CA 95814
TEL: (916) 379-7530 / FAX: (916) 379-7535

## STIPULATION

Counter Claimant City of Davis (the "City"); Counter Claimants The Davis Center, LLC, Emily A. Stover, individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased), and Richard Albert Stinchfield, individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust (collectively, "Landowners"); Counter Claimants Potter Taylor & Co., Potter, Long, Adams & Taylor Ltd., Davis Center, Potter-Taylor, Inc., Potter Taylor & Scurfield, Inc. (collectively, "Potter-Taylor"); and Counter Defendants Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased), Estate of Charles H. Lewis (Deceased) and Robert Zehnder as Personal Representative of Charles H. Lewis (Deceased) ("Lewis") (the City, Landowners, Potter-Taylor and Lewis are referred to collectively herein as the "Participating Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 12, 2013, The Davis Center moved to amend the scheduling order (Doc. No. 447) and the Participating Parties stipulated to extend the deadlines to disclose experts (Doc. No. 458). On August 30, 2013, the Court entered Orders granting the Motion (Doc. No. 457) and approving the Stipulation (Doc. No. 460).

WHEREAS, on February 28, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to produce and compile data associated with the investigative study (Doc. No. 472). On March 3, 2014, the Court entered an Order approving the Stipulation (Doc. No. 474).

WHEREAS, on August 15, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to produce and compile additional data associated with the site investigation (Doc. No. 475). On August 19, 2014, the Court entered an Order approving the Stipulation (Doc. No. 477).

WHEREAS, on December 12, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to develop a cost estimate and work plan for the proposed remediation (Doc. No. 478). On the same day, the Court entered an Order approving the Stipulation (Doc. No. 479).

WHEREAS, on June 2, 2015, the Participating Parties entered into a further stipulation to amend the scheduling order to allow additional time to develop a cost estimate and work plan for the proposed remediation and to enter into possible mediation in an effort to resolve the case (Doc. No. 480). On June 15, 2015, the Court entered an Order approving the Stipulation (Doc. No. 481).

WHEREAS, the Participating Parties held a mediation in December of 2015, and since that time have continued to negotiate settlement terms among themselves and with the California Regional Water Quality Control Board, Central Valley Region ("Regional Board").

WHEREAS, on December 21, 2016, in light of progress in settlement negotiations, the Participating Parties entered into a further stipulation to amend the scheduling order to allow additional time to draft settlement documents and secure approval of those terms by all Participating Parties (Doc. No. 511). On December 22, 2016, the Court entered an Order approving the Stipulation (Doc. No. 512). Under that Order, the trial in this matter was set to commence on October 31, 2017.

WHEREAS, on March 7, 2017, counsel for Lewis filed a Statement of Fact of Death in the above-captioned action ("Action"), suggesting upon the record the death of Charles H. Lewis and Jane W. Lewis (Doc. No. 518).

WHEREAS, on May 22, 2017, the Superior Court of California for Yolo County duly appointed Robert Zehnder as Personal Representative of Charles H. Lewis in Case Number PB17-94.

WHEREAS, on June 15, 2017, the Participating Parties transmitted various settlement documents to the Regional Board, for its review and approval.

WHEREAS, on June 22, 2017, the Participating Parties entered into a stipulation agreeing to substitute: 1) Robert Zehnder, as Personal Representative of Charles H. Lewis as a party to this Action in place of Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased) for purposes of the City's counter claims against Lewis only; and 2) the Estate of Charles H. Lewis (Deceased) as a party to this Action in place of Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased) for purposes of the Landowner's and Potter-Taylor's respective counter claims against Lewis only (Doc. No. 526).

1    WHEREAS, on June 22, 2017, in light of the Participating Parties' progress in having

2    prepared the various settlement documents and efforts in the process to secure approval of the

3    settlement documents from the Regional Board, the Participating Parties entered into a further

4    stipulation to amend the scheduling order and extend the deadlines by three months (Doc. No.

5    527).  On June 23, 2017, the Court entered an Order approving that stipulation (Doc. No. 529).

6    Under that Order, the trial in this matter was set to commence on January 30, 2018.

7    WHEREAS, on September 22, 2017, in light of progress in settlement negotiations, the

8    Participating Parties entered into a further stipulation to amend the scheduling order to allow

9    additional time to revise settlement documents and secure approval of those terms by all

10    Participating Parties (Doc. No. 531).  On the same date, the Court entered an Order approving the

11    Stipulation (Doc. No. 532).  Under that Order, the trial in this matter was set to commence on

12    May 1, 2018.

13    WHEREAS, on December 13, 2017, counsel for the City filed a Motion for Summary

14    Judgment or, In the Alternative, Summary Adjudication as to Cross-Claimants Jung Hang Suh

15    and Soo Jung Suh (Doc. No. 533) which was heard on February 5, 2018 (Doc. No. 538).

16    WHEREAS, on December 14, 2017, the Court issued its own Minute Order continuing

17    the Pretrial Conference from February 26, 2018 to March 12, 2018 (Doc. No. 534).

18    WHEREAS, at that time the Participating Parties had not yet reached agreement on the

19    final terms of the Agreement and Covenant Not to Sue ("CNS") between the Regional Board, and

20    the Participating Parties, but continued their negotiations.

21    WHEREAS, on January 5, 2018, the Regional Board submitted material revisions and

22    changes to the CNS.  On January 18, 2018, counsel for Landowners advised all parties to the

23    CNS that their clients rejected the Regional Board's material revisions to the CNS and offered

24    alternative language.

25    WHEREAS, on January 25, 2018, in light of continued coordination between the

26    Participating Parties to negotiate the terms of the various settlement documents and the Regional

27    Board's need for additional time to complete its review of the revised settlement documents, the

28    Participating Parties entered into a further stipulation to amend the scheduling order (Doc. No.

536).

WHEREAS, on January 26, 2018, the Court entered an Order approving the Stipulation (Doc. No. 537). Under that Order, the trial in this matter was set to commence on August 7, 2018, and the pre-trial conference was reset to June 18, 2018.

WHEREAS, on February 6, 2018, the Court entered an Order granting the City's Motion for Summary Judgment or, In the Alternative, Summary Adjudication as to Cross-Claimants Jung Hang Suh and Soo Jung Suh (Doc. No. 539).

WHEREAS, on May 11, 2018, in light of continued coordination between the Participating Parties to finalize the various settlement documents, and to avoid unnecessarily directing the Participating Parties' resources to trial preparation, the Participating Parties entered into a further stipulation to amend the scheduling order (Doc. No. 540).

WHEREAS, on May 14, 2018, the Court entered an Order approving the Stipulation (Doc. No. 541). Under that Order, the trial in this matter was set to commence on January 23, 2019, and the pre-trial conference was reset to October 22, 2018.

WHEREAS, since the Court's May 14, 2018, Order resetting the trial date to January 23, 2019, the Participating Parties have continued to work toward finalizing the revised settlement documents, and this effort is on-going to date. Over the last few months, various revisions to the settlement documents necessitated further coordination between the Participating Parties and the Regional Board. At this stage, the Participating Parties are in the process of obtaining final client approval. For example, now that the settlement documents are in near-final form and the City of Davis City Council has returned from summer recess, Counsel for the City plans to meet with the City Manager and appear before the City Council in October 2018 regarding finalization of the settlement documents.

WHEREAS, due to the upcoming January 23, 2019, trial date, proceeding toward trial on the current schedule would unnecessarily direct the Participating Parties' resources to trial preparation. An extension of the existing deadlines by approximately three months will allow the Participating Parties to focus their resources on finalizing the various settlement documents and allow sufficient time to obtain final client approvals of the settlement documents and avoid the need for trial.

NOW THEREFORE, the Participating Parties hereby stipulate to extend the existing deadlines to the following dates:

1. Final pre-trial conference is reset to January 21, 2019, or at such time that is convenient for the Court; and

2. Jury trial is reset for April 24, 2019, or at such time that is convenient for the Court.


Dated: September 21, 2018                    Respectfully submitted,

Law Offices of Francis M. Goldsberry


By: /s/ Francis M. Goldsberry (as authorized on Sept. 18, 2018)
Francis M. Goldsberry

Attorneys for Counter Claimants Potter-Taylor & Co.; Potter, Long, Adams & Taylor, Ltd.; Davis Center; Potter-Taylor, Inc. and Potter Taylor & Scurfield, Inc.

Dated: September 21, 2018                    Respectfully submitted,

Hartman King, PC


By: /s/ Jennifer Hartman King
Jennifer Hartman King

Attorneys for Counter Claimant City of Davis

Dated: September 21, 2018                    Respectfully submitted,

Koeller, Nebeker, Carlson & Haluck, LLP


By: /s/ Peter Dye (as authorized on Sept. 18, 2018)
Peter Dye

Attorneys for Counter Claimants The Davis Center, LLC; Emily A. Stover, individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased); and Richard Albert Stinchfield, individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust

Dated: September 21, 2018           Respectfully submitted,

Schuering Zimmerman & Doyle LLP

By: /s/ Keith D. Chidlaw (as authorized on Sept. 18, 2018)
Keith D. Chidlaw

Attorneys for Counter Defendants Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased), Robert Zehnder, as Personal Representative of Charles H. Lewis, and Estate of Charles H. Lewis (Deceased)

## ORDER

For good cause and pursuant to the above stipulation of the Participating Parties, IT IS HEREBY ORDERED that:

1. Final pre-trial conference is reset to **January 28, 2019 at 1:30 p.m**.;

2. Jury trial is reset for **April 23, 2019 at 9:00 a.m.**

**IT IS SO ORDERED**.

Dated:  September 21, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE