JENNIFER HARTMAN KING (Bar No. 211313)
ALANNA C. LUNGREN (Bar No. 269668)
SARA CUTULI (Bar No. 320954)
HARTMAN KING PC
520 Capitol Mall, Suite 750
Sacramento, CA 95814
Telephone: (916) 379-7530
Facsimile: (916) 379-7535
JHartmanKing@HartmanKingLaw.com
ALungren@HartmanKingLaw.com

BEST, BEST & KRIEGER LLP
HARRIET A. STEINER (Bar No. 109436)
500 Capitol Mall, Suite 1700
Sacramento, CA 95814
Telephone: (916) 325-4000
Facsimile: (916) 325-4010
Harriet.Steiner@bbklaw.com

Attorneys for Counter Claimant
CITY OF DAVIS

Exempt From Filing Fees Pursuant To
Government Code Section 6103

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES H. LEWIS AND JANE W. LEWIS,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT D. RUSSELL, ET AL.,<br><br>Defendants, | Case No.: CIV S-03-2646 WBS AC<br><br>**STIPULATION TO EXTEND TRIAL AND OTHER DEADLINES SET FORTH IN PRETRIAL SCHEDULING ORDER**<br><br>[~~PROPOSED~~] ORDER<br><br>[LR 144]<br><br>Trial Date: October 29, 2019 |
| AND RELATED COUNTER, CROSS AND THIRD-PARTY CLAIMS. | |

## STIPULATION

00036410.1

Counter Claimant City of Davis (the "City"); Counter Claimants The Davis Center, LLC, Emily A. Stover, individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased), and Richard Albert Stinchfield, individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust (collectively, "Landowners"); Counter Claimants Potter Taylor & Co., Potter, Long, Adams & Taylor Ltd., Davis Center, Potter-Taylor, Inc., Potter Taylor & Scurfield, Inc. (collectively, "Potter-Taylor"); and Counter Defendants Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased), Estate of Charles H. Lewis (Deceased) and Robert Zehnder as Personal Representative of Charles H. Lewis (Deceased) ("Lewis") (the City, Landowners, Potter-Taylor and Lewis are referred to collectively herein as the "Participating Parties"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 12, 2013, The Davis Center moved to amend the scheduling order (Doc. No. 447) and the Participating Parties stipulated to extend the deadlines to disclose experts (Doc. No. 458). On August 30, 2013, the Court entered Orders granting the Motion (Doc. No. 457) and approving the Stipulation (Doc. No. 460).

WHEREAS, on February 28, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to produce and compile data associated with the investigative study (Doc. No. 472). On March 3, 2014, the Court entered an Order approving the Stipulation (Doc. No. 474).

WHEREAS, on August 15, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to produce and compile additional data associated with the site investigation (Doc. No. 475). On August 19, 2014, the Court entered an Order approving the Stipulation (Doc. No. 477).

WHEREAS, on December 12, 2014, the Participating Parties entered into a further stipulation to amend the scheduling order to allow time to develop a cost estimate and work plan for the proposed remediation (Doc. No. 478). On the same day, the Court entered an Order approving the Stipulation (Doc. No. 479).

WHEREAS, on June 2, 2015, the Participating Parties entered into a further stipulation to

amend the scheduling order to allow additional time to develop a cost estimate and work plan for the proposed remediation and to enter into possible mediation in an effort to resolve the case (Doc. No. 480). On June 15, 2015, the Court entered an Order approving the Stipulation (Doc. No. 481).

WHEREAS, the Participating Parties held a mediation in December of 2015, and since that time have continued to negotiate settlement terms among themselves and with the California Regional Water Quality Control Board, Central Valley Region ("Regional Board").

WHEREAS, on December 21, 2016, in light of progress in settlement negotiations, the Participating Parties entered into a further stipulation to amend the scheduling order to allow additional time to draft settlement documents and secure approval of those terms by all Participating Parties (Doc. No. 511). On December 22, 2016, the Court entered an Order approving the Stipulation (Doc. No. 512). Under that Order, the trial in this matter was set to commence on October 31, 2017.

WHEREAS, on March 7, 2017, counsel for Lewis filed a Statement of Fact of Death in the above-captioned action ("Action"), suggesting upon the record the death of Charles H. Lewis and Jane W. Lewis (Doc. No. 518).

WHEREAS, on May 22, 2017, the Superior Court of California for Yolo County duly appointed Robert Zehnder as Personal Representative of Charles H. Lewis in Case Number PB17-94.

WHEREAS, on June 15, 2017, the Participating Parties transmitted various settlement documents to the Regional Board, for its review and approval.

WHEREAS, on June 22, 2017, the Participating Parties entered into a stipulation agreeing to substitute: 1) Robert Zehnder, as Personal Representative of Charles H. Lewis as a party to this Action in place of Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased) for purposes of the City's counter claims against Lewis only; and 2) the Estate of Charles H. Lewis (Deceased) as a party to this Action in place of Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased) for purposes of the Landowner's and Potter-Taylor's respective counter claims against Lewis only (Doc. No. 526).

1   WHEREAS, on June 22, 2017, in light of the Participating Parties' progress in having prepared the various settlement documents and efforts in the process to secure approval of the settlement documents from the Regional Board, the Participating Parties entered into a further stipulation to amend the scheduling order and extend the deadlines by three months (Doc. No. 527). On June 23, 2017, the Court entered an Order approving that stipulation (Doc. No. 529). Under that Order, the trial in this matter was set to commence on January 30, 2018.

WHEREAS, on September 22, 2017, in light of progress in settlement negotiations, the Participating Parties entered into a further stipulation to amend the scheduling order to allow additional time to revise settlement documents and secure approval of those terms by all Participating Parties (Doc. No. 531). On the same date, the Court entered an Order approving the Stipulation (Doc. No. 532). Under that Order, the trial in this matter was set to commence on May 1, 2018.

WHEREAS, on December 13, 2017, counsel for the City filed a Motion for Summary Judgment or, In the Alternative, Summary Adjudication as to Cross-Claimants Jung Hang Suh and Soo Jung Suh (Doc. No. 533) which was heard on February 5, 2018 (Doc. No. 538).

WHEREAS, on December 14, 2017, the Court issued its own Minute Order continuing the Pretrial Conference from February 26, 2018 to March 12, 2018 (Doc. No. 534).

WHEREAS, at that time the Participating Parties had not yet reached agreement on the final terms of the Agreement and Covenant Not to Sue ("CNS") between the Regional Board, and the Participating Parties, but continued their negotiations.

WHEREAS, on January 5, 2018, the Regional Board submitted material revisions and changes to the CNS. On January 18, 2018, counsel for Landowners advised all parties to the CNS that their clients rejected the Regional Board's material revisions to the CNS and offered alternative language.

WHEREAS, on January 25, 2018, in light of continued coordination between the Participating Parties to negotiate the terms of the various settlement documents and the Regional Board's need for additional time to complete its review of the revised settlement documents, the Participating Parties entered into a further stipulation to amend the scheduling order (Doc. No.

536).

WHEREAS, on January 26, 2018, the Court entered an Order approving the Stipulation (Doc. No. 537). Under that Order, the trial in this matter was set to commence on August 7, 2018, and the pre-trial conference was reset to June 18, 2018.

WHEREAS, on February 6, 2018, the Court entered an Order granting the City's Motion for Summary Judgment or, In the Alternative, Summary Adjudication as to Cross-Claimants Jung Hang Suh and Soo Jung Suh (Doc. No. 539).

WHEREAS, on May 11, 2018, in light of continued coordination between the Participating Parties to finalize the various settlement documents, and to avoid unnecessarily directing the Participating Parties' resources to trial preparation, the Participating Parties entered into a further stipulation to amend the scheduling order (Doc. No. 540).

WHEREAS, on May 14, 2018, the Court entered an Order approving the Stipulation (Doc. No. 541). Under that Order, the trial in this matter was set to commence on January 23, 2019, and the pre-trial conference was reset to October 22, 2018.

WHEREAS, on September 19, 2018, in light of the Participating Parties' continuing efforts toward finalizing the various settlement documents between themselves as well as the Regional Board, and in order to obtain final client approval of the near-final settlement documents, the Participating Parties entered into a further stipulation to amend the scheduling order (Doc. No. 542).

WHEREAS, on September 21, 2018, the Court entered an Order approving the Stipulation (Doc. No. 543). Under that Order, the trial in this matter was set to commence on April 23, 2019, and the pre-trial conference was reset to January 28, 2019.

WHEREAS, on January 7, 2019, in light of the Participating Parties' progress in finalizing the various settlement documents and obtaining final client approval and in order to allow the Participating Parties and Regional Board time to execute the various settlement documents, the Participating Parties entered into a further stipulation to amend the scheduling order (Doc. No. 544).

WHEREAS, on January 8, 2019, the Court entered an Order approving the Stipulation

(Doc. No. 545).  Under that Order, the trial in this matter was set to commence on June 25, 2019, and the pre-trial conference was reset to April 1, 2019.

WHEREAS, on February 14, 2019, the Court entered a Minute Order resetting the pre-trial conference from April 1, 2019, to April 15, 2019 (Doc. No. 546).

WHEREAS, on March 26, 2019, in light of the Participating Parties' continuing efforts in finalizing the various settlement documents and coordinating on other final steps to facilitate the resolution of this litigation, such as preparing a Joint Motion for Good Faith Settlement Determination, the Participating Parties entered into a further stipulation to amend the scheduling order (Doc. No. 547).

WHEREAS, on April 1, 2019, the Court entered an Order approving the Stipulation (Doc. No. 548).  Under that Order, the trial in this matter was set to commence on October 29, 2019, and the pre-trial conference was reset to August 19, 2019.

WHEREAS, since the Court's April 1, 2019, Order resetting the trial date to October 29, 2019, the Participating Parties have coordinated with their respective clients and the Regional Board to obtain signatures on the various settlement documents.  At this stage, the final settlement documents are fully executed by the Participating Parties and the Regional Board, and the Participating Parties are finalizing the Joint Motion for Good Faith Settlement Determination that the Participating Parties will be filing with the Court.

WHEREAS, due to the upcoming October 29, 2019, trial date, proceeding toward trial on the current schedule would unnecessarily direct the Participating Parties' resources to trial preparation.  An extension of the existing deadlines by approximately four months will allow the Participating Parties to focus their resources on finalizing the Joint Motion for Good Faith Settlement Determination, allow the motion to be heard by the Court and avoid the need for trial.

///

///

///

///

///

NOW THEREFORE, the Participating Parties hereby stipulate to extend the existing deadlines to the following dates:

1. Final pre-trial conference is reset to December 16, 2019, or at such time that is convenient for the Court; and

2. Jury trial is reset for February 25, 2020, or at such time that is convenient for the Court.

Dated: August 6, 2019                    Respectfully submitted,

Law Offices of Francis M. Goldsberry

By: /s/ Francis M. Goldsberry (as authorized on Aug 6, 2019)
Francis M. Goldsberry

Attorneys for Counter Claimants Potter-Taylor & Co.; Potter, Long, Adams & Taylor, Ltd.; Davis Center; Potter-Taylor, Inc. and Potter Taylor & Scurfield, Inc.

Dated: August 6, 2019                    Respectfully submitted,

Hartman King, PC

By: /s/ Jennifer Hartman King
Jennifer Hartman King

Attorneys for Counter Claimant City of Davis

Dated: August 6, 2019                    Respectfully submitted,

Koeller, Nebeker, Carlson & Haluck, LLP

By: /s/ Peter Dye (as authorized on Aug. 6, 2019)
Peter Dye

Attorneys for Counter Claimants The Davis Center, LLC; Emily A. Stover, individually and as Trustee of the Stover Family Trust and as Personal Representative for Melvin Stover (Deceased); and Richard Albert Stinchfield, individually and as Trustee of the Robert S. Stinchfield Separate Real Property Trust and as Trustee of the Barbara Ellen Stinchfield Testamentary Trust

| | | |
|---|---|---|
| 1 | Dated: August 6, 2019 | Respectfully submitted, |
| 2 | | Schuering Zimmerman & Doyle LLP |
| 3 | | |
| 4 | | By: /s/ Keith D. Chidlaw (as authorized on Aug. 6, 2019)<br>Keith D. Chidlaw |
| 5 | | |
| 6 | | Attorneys for Counter Defendants Charles H. Lewis (Deceased) and Jane W. Lewis (Deceased), Robert Zehnder, as Personal Representative of Charles H. Lewis, and Estate of Charles H. Lewis (Deceased) |
| 7 | | |

## ORDER

For good cause and pursuant to the above stipulation of the Participating Parties, IT IS HEREBY ORDERED that:

1. Final pre-trial conference is reset to **December 9, 2019 at 1:30 p.m.**;

2. Jury trial is reset for **February 25, 2020 at 9:00 a.m.**

**IT IS SO ORDERED**.

Dated: August 6, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE